

October 21, 2025

<u>Via ECF & Email</u>

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Dahlia Doe v. Noem*, 1:25-cv-08686

Dear Judge Polk Failla:

We write on behalf of the plaintiffs—seven Syrian nationals who stand to lose the Temporary Protected Status (TPS) on November 21, 2025—to notify the Court that we intend to file a motion for expedited preliminary relief later today, October 21, 2025. This case was assigned to your Honor earlier this afternoon.

Filed yesterday, this case challenges the Department of Homeland Security's unlawful termination of TPS for Syrians, which will strip vulnerable individuals of their work authorization and protection from deportation, exposing them to removal to a country plagued by violent conflict and humanitarian crisis. If not postponed by court order, the termination will go into effect in a month.

The plaintiffs intend to seek expedited relief to postpone the effective date of the termination (again, November 21, 2025). Counsel for the plaintiffs conferred with counsel for the federal defendants, who agreed to accept service via electronic mail. Counsel for the plaintiffs also sought consent from counsel for the defendants to proceed on an expedited briefing schedule. While the plaintiffs are prepared to proceed by order to show cause if the defendants do not confirm their position on expedited briefing by tomorrow morning, they believe it would be more efficient for the Court if the parties appeared for a conference at the Court's earliest convenience to determine a schedule for the motion to postpone the effective date of agency action. The plaintiffs' counsel have conferred with the defendants' counsel and the parties are available to appear any time tomorrow, October 22, or Thursday, October 23 should the Court set a conference.

We are available to answer any questions at the email addresses and phone number below.

One Battery Park Plaza, 33rd Floor, New York, NY 10004
refugeerights.org  |  twitter.com/IRAP  |  facebook.com/RefugeeAssist

                                                                    Respectfully submitted,

                                                                    */s/ Guadalupe Aguirre*
INTERNATIONAL REFUGEE
  ASSISTANCE PROJECT
One Battery Park Plaza, Fl 33
New York, N.Y. 10004
(929) 246-0154
laguirre@refugeerights.org

*Counsel for Plaintiffs*