# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dahlia DOE, et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>Kristi NOEM, et al.,<br><br>      *Defendants*. | Case No. 1:25-cv-08686 |

**NOTICE OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

PLEASE TAKE NOTICE that, upon the accompanying declarations of Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, and Ahmad Doe, as well as the Memorandum of Law Dated October 21, 2025, Plaintiffs, by their undersigned attorneys, will move this Court on a date to be determined by this Court for an Order permitting Plaintiffs to proceed in this litigation under pseudonym and requiring Defendants to maintain the confidentiality of the Plaintiffs' identities by using only their pseudonyms in all filings, including all exhibits, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

Dated: New York, New York
   October 21, 2025

Respectfully submitted,

/s/ *Guadalupe Aguirre*
Guadalupe Aguirre
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(929) 246-0154
laguirre@refugeerights.org