**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia DOE, et al., <br><br> *Plaintiffs,* <br> – *versus* – <br><br> Kristi NOEM, et al., <br><br> *Defendants.* | Case No. 1:25-cv-08686 |

**DECLARATION OF GUADALUPE AGUIREE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

I, Guadalupe Aguirre, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the International Refugee Assistance Project and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Motion for Leave to Proceed under Pseudonyms:

    a. **Exhibit 1** is a true and correct copy of the declaration of Dahlia Doe, dated October 19, 2025.

    b. **Exhibit 2** is a true and correct copy of the declaration of Sara Doe, dated October 17, 2025.

    c. **Exhibit 3** is a true and correct copy of the declaration of Nesma Doe, dated October 18, 2025.

    d. **Exhibit 4** is a true and correct copy of the declaration of Laila Doe, dated October 19, 2025.

    e. **Exhibit 5** is a true and correct copy of the declaration of Waleed Doe, dated October 19, 2025.

    f. **Exhibit 6** is a true and correct copy of the declaration of Mustafa Doe, dated October 19, 2025.

    g. **Exhibit 7** is a true and correct copy of the declaration of Ahmad Doe, dated October 19, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 20th day of October, 2025, in Queens, New York.

_____
Guadalupe Aguirre