# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dahlia DOE, et al., *Plaintiffs*, v. Kristi NOEM, et al., *Defendants*. | Case No. 1:25-cv-08686 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Having considered Plaintiffs' Motion for Leave to Proceed Under Pseudonym, as well as the factors laid out in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008) , and having concluded that anonymity is warranted, Plaintiffs' motion is hereby GRANTED.

It is so ORDERED.

The clerk is directed to forward copies of this Order to all counsel of record.

Entered this ___ day of _____ 2025.

New York, New York

_____
UNITED STATES DISTRICT JUDGE