# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dahlia DOE, et al., *Plaintiffs*, – versus – Kristi NOEM, et al., *Defendants*. | Case No. 1:25-cv-08686-KPF |

**NOTICE OF MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

PLEASE TAKE NOTICE that Plaintiffs will move this Court, on a date to be determined by the Court, for postponement of the effective date of agency action pursuant to 5 U.S.C. § 705. As described more fully in their supporting memorandum and declaration, Plaintiffs seek an order postponing, during the pendency of this action, the effective date of Defendants' termination of Temporary Protected Status (TPS) for Syrians in the United States. In support of their motion, Plaintiffs file their Memorandum of Law in Support of Motion to Postpone Agency Action, dated October 21, 2025, the Declaration of Guadalupe Aguirre, dated October 21, 2025, with Exhibits 1–50.

Dated: October 21, 2025                              Respectfully submitted,

INTERNATIONAL REFUGEE ASSISTANCE
   PROJECT
/s/ *Guadalupe Aguirre*
Guadalupe Aguirre
Ghita Schwarz
Megan Hauptman*
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
gschwarz@refugeerights.org
mhauptman@refugeerights.org

MUSLIM ADOVCATES
/s/ *Golnaz Fakhimi*
Golnaz Fakhimi
Sadaf Hasan*
1032 15th Street N.W. # 362
Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org
sadaf@muslimadvocates.org

VAN DER HOUT LLP
/s/ *Marc Van Der Hout*
Marc Van Der Hout*
Johnny Sinodis*
Oona Cahill*
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

*Counsel for Plaintiffs*

\**Application for admission Pro Hac Vice forthcoming*