# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Dahlia DOE, et al.,

*Plaintiffs*,

v.

Kristi NOEM, et al.,

*Defendants*.

Case No. 1:25-cv-08686-KPF

## DECLARATION OF GUADALUPE AGUIRRE IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION

I, Guadalupe Aguirre, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am over the age of eighteen and competent to make this declaration. I am an attorney at law licensed to practice in New York State. I am a senior staff attorney with the International Refugee Assistance Project and counsel for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.     I submit this declaration to provide the Court with true and correct copies of certain documents submitted in support of Plaintiffs' motion to postpone effective date of agency action:

**Exhibit 1** is a true and correct copy of the document titled "Temporary Protected Status: Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions" (Apr. 2020). The document was downloaded at my direction on October 19, 2025, and is available on the Government Accountability Office website at  https://www.gao.gov/assets/gao-20-134.pdf.

**Exhibit 2** is a true and correct copy of the document titled "TPS Terminations and Associated Orderly Transition Periods Prior to Current Trump Administration." This document

was initially submitted as an exhibit in the matter *National TPS Alliance v. Noem* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 28 (C.D. Cal. 2025).

    **Exhibit 3** is a true and correct copy of a certified transcript of the January 15, 2025, confirmation hearing of Secretary Kristi Noem. This certified transcript was initially submitted as an exhibit in the matter *National TPS Alliance v. Noem* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-14 (C.D. Cal. 2025).  The video of the hearing is available for viewing at https://www.c-span.org/program/senatecommittee/homeland-security-secretary-nominee-gov-kristi-noem-testifies-at-confirmationhearing/654484. At approximately 1:51:50, Secretary Noem states, "[TPS] has been abused and manipulated by the Biden Administration and that will no longer be allowed . . . and these extensions going forward the way that they are, the program was intended to be temporary[.]"

    **Exhibit 4** is a true and correct screen capture of the article titled "Vance Vows an End to Programs for Legal Immigrants" (Oct. 22, 2024). The webpage was captured at my direction on October 16, 2025, and is available on the New York Times website at https://www.nytimes.com/2024/10/22/us/politics/vance-trump-legal-immigrants.html.

    **Exhibit 5** is a true and correct screen capture of the article titled "Sweeping Raids, Giant Camps and Mass Deportations: Inside Trump's 2025 Immigration Plans" (Nov. 11, 2023). The webpage was captured at my direction on October 10, 2025, and is available on the New York Times website at https://www.nytimes.com/2023/11/11/us/politics/trump-2025-immigration-agenda.html.

    **Exhibit 6** is a true and correct screen capture of the article titled "Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected" (Oct. 3, 2024). The webpage was captured at my direction on October 16, 2025, and is available on the CNN website at https://www.cnn.com/2024/10/03/politics/trump-revoke-status-ohio-haitian-migrants.

    **Exhibit 7** is a true and correct declaration of Aaron Reichlin-Melnick, dated October 16, 2025.

**Exhibit 8** is a true and correct screen capture of an X post made by Secretary Kristi Noem on January 29, 2025. The image was captured at my direction on October 16, 2025, and is available on https://x.com/Sec_Noem/status/1884752724194963594.

**Exhibit 9** is a true and correct screen capture of the press release issued by the Department of Homeland Security on February 20, 2025, titled "Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status." The press release was captured at my direction on October 10, 2025, and is available on the DHS website at https://www.dhs.gov/news/2025/02/20/secretary-noem-rescinds-extension-haitis-temporary-protected-status.

**Exhibit 10** is a true and correct screen capture of the webpage titled "Afghanistan Travel Advisory." The webpage was captured at my direction on October 10, 2025, and is available on the Travel.State.gov website at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/afghanistan-advisory.html.

**Exhibit 11** is a true and correct screen capture of the webpage titled "Cameroon Travel Advisory." The webpage was captured at my direction on October 14, 2025, and is available on the Travel.State.gov website at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/cameroon-travel-advisory.html.

**Exhibit 12** is a true and correct screen capture of the webpage titled "Nepal Travel Advisory." The webpage was captured at my direction on October 14, 2025, and is available on the Travel.State.gov website at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/nepal-travel-advisory.html.

**Exhibit 13** is a true and correct screen capture of the webpage titled "Haiti Travel Advisory." The webpage was captured at my direction on October 16, 2025, and is available on the Travel.State.gov website at

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/haiti-travel-advisory.html#.

**Exhibit 14** is a true and correct screen capture of the webpage titled "Honduras Travel Advisory." The webpage was captured at my direction on October 14, 2025, and is available on the Travel.State.gov website at

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/honduras-travel-advisory.html.

**Exhibit 15** is a true and correct screen capture of the webpage titled "Nicaragua Travel Advisory." The webpage was captured at my direction on October 14, 2025, and is available on the Travel.State.gov website at

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/nicaragua-travel-advisory.html.

**Exhibit 16** is a true and correct screen capture of the press release issued by the Department of Homeland Security on September 19, 2025, titled "Secretary Noem Announces the Termination of Temporary Protected Status for Syria." The press release was captured at my direction on October 19 2025, and is available on the DHS website at

https://www.uscis.gov/newsroom/news-releases/secretary-noem-announces-the-termination-of-temporary-protected-status-for-syria.

**Exhibit 17** is a true and correct copy of the document titled "Syria: Transition and U.S. Policy" (Sept. 5, 2025). The document was downloaded at my direction on October 10, 2025, and is available on Congress's website at https://www.congress.gov/crs-product/RL33487.

**Exhibit 18** is a true and correct copy of the document titled "Syria – Security Situation" (June 2025). The document was downloaded at my direction on October 19, 2025, and is available on the Danish Government's website at https://us.dk/media/uhxnvfwp/syria-security-situation-final-20062025.pdf.

**Exhibit 19** is a true and correct screen capture of the webpage titled "Syria Travel Advisory." The webpage was captured at my direction on October 14, 2025, and is available on

the Travel.State.gov website at

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/syria-travel-advisory.html.

**Exhibit 20** is a true and correct copy of an email thread titled "Nicaragua DM," dated April 10, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem (NTPSA II)* with Bates Number NTSA2_00001670. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 145-55 (C.D. Cal. 2025). In this email thread, USCIS Adjudications Officer Kelley K. Miller first shares the Decision Memo for TPS for Nicaragua, and then follows with an email stating that USCIS has a state recommendation for Nicaragua from Department of State from 2024, not 2025, and that USCIS just received country conditions materials that day.

**Exhibit 21** is a true and correct copy of an email thread titled "Honduras and Nicaragua TPS," dated April 7 and 8, 2025, produced by Defendants as part of discovery in the *NTPSA II* with Bates Number NTSA2_00002566. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 145-31 (C.D. Cal. 2025). In this email thread, USCIS Chief Sasha Mehra Ridley writes, on April 7, 2025, regarding TPS for Nicaragua and Honduras, "We have DM's [Decision Memos] written for termination."

**Exhibit 22** is a true and correct copy of an email thread titled "Honduras and Nicaragua Recommendations," dated April 8, 2025, produced by Defendants as part of discovery in *NTPSA II* with Bates Number NTSA2_00002463. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 145-20 (C.D. Cal. 2025).

**Exhibit 23** is a true and correct copy of an email titled "Relevant Quotes from updated Venezuela COI sources (012825)_positive improvements highlighted," dated January 28, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem*

(*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTSA2_000933. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 18-7 (C.D. Cal. 2025).

**Exhibit 24** is a true and correct screen capture of the webpage titled "Conflict in Syria" by the Center for Preventive Action (last updated Oct. 3, 2025). The webpage was captured at my direction on October 16, 2025, and is available on the Center for Preventive Action's website at https://www.cfr.org/global-conflict-tracker/conflict/conflict-syria.

**Exhibit 25** is a true and correct screen capture of the webpage titled "Syria risks rupturing as armed camps face off across the Euphrates" (Sept. 19, 2025).   The webpage was captured at my direction on October 21, 2025, and is available on the Reuters website at https://www.reuters.com/investigations/syria-risks-rupturing-armed-camps-face-off-across-euphrates-2025-09-19/.

**Exhibit 26** is a true and correct screen capture of the NPR article titled "Israel strikes Syria's capital, Damascus, pledging to defend Druze minorities" (July 16,2025). The article was captured at my direction on October 16, 2025, and is available on the NPR website at https://www.npr.org/2025/07/16/nx-s1-5469794/israel-strikes-damascus-syria.

**Exhibit 27** is a true and correct screen capture of the webpage titled "UNHCR deputy chief calls for support to end displacement for millions of Syrians" by UNHCR. The webpage was captured at my direction on October 16, 2025, and is available on the UNHCR website at https://www.unhcr.org/us/news/press-releases/unhcr-deputy-chief-calls-support-end-displacement-millions-syrians.

**Exhibit 28** is a true and correct screen capture of the webpage titled "Syrian Arab Republic: At a glance | Urgently Prioritized Humanitarian Response Priorities 2025" (July 24, 2025). The webpage was captured at my direction on October 10, 2025, and is available on the ReliefWeb website at https://reliefweb.int/report/syrian-arab-republic/syrian-arab-republic-glance-urgently-prioritized-humanitarian-response-priorities-2025.

**Exhibit 29** is a true and correct download of the document titled "Syrian Arab Republic: Humanitarian Situation Report No. 14" (Oct. 10, 2025). The document was downloaded at my direction on October 19, 202, and is available on the UNICEF website at https://reliefweb.int/report/syrian-arab-republic/unicef-syrian-arab-republic-humanitarian-situation-report-no-14-august-2025.

**Exhibit 30** is a true and correct transcript of an interview with Kristi Noem, Homeland Security Secretary which aired on CNN on January 29, 2025. The transcript was captured at my direction on October 10, 2025, and is available on the CNN website at https://transcripts.cnn.com/show/cnc/date/2025-01-29/segment/12.

**Exhibit 31** is a true and correct copy of a certified transcript of a March 5, 2024, interview of Governor Kristi Noem on CBS News. This certified transcript was initially submitted as an exhibit in the *NTPSA II* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-15 (C.D. Cal. 2025). The video is available for viewing at https://www.cbsnews.com/video/kristi-noem-calls-on-nikki-haley-to-exit-2024-race/. At approximately 3:58, Secretary Noem described irregular immigration across the U.S.-Mexico border as an "invasion happening on purpose. . . to remake the foundation of this country."

**Exhibit 32** is a true and correct copy of the report titled "The 'Great Replacement' Theory, Explained." The report was downloaded at my direction on October 16, 2025, and is available on the National Immigration Forum website at https://forumtogether.org/wp-content/uploads/2021/12/Replacement-Theory-Explainer-1122.pdf.

**Exhibit 33** is a true and correct screen capture of an X post made by the Department of Homeland Security on May 19, 2025. The image was captured at my direction on October 16, 2025, and is available on https://x.com/DHSgov/status/1924575437344186612.

**Exhibit 34** is a true and correct screen capture of the article titled "Trump Doubles Down on Migrants 'Poisoning' the Country" (Mar. 17, 2024). This article was captured at my direction

on October 19, 2025 and is available on the New York Times website at

https://www.nytimes.com/2024/03/17/us/politics/trump-fox-interview-migrants.html.

**Exhibit 35** is a true and correct screen capture of the webpage titled "Speech: Donald

Trump Holds a Campaign Event in Clive, Iowa - October 16, 2023." The webpage was captured

at my direction on October 16, 2025, and is available on the Roll Call website at

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-event-clive-iowa-

october-16-2023/#101.

**Exhibit 36** is a true and correct screen capture of the article titled "Exclusive: US

diplomats asked if non-whites qualify for Trump refugee program for South Africans" (July 26,

2025). The webpage was captured at my direction on October 16, 2025, and is available on the

Reuters website at https://www.reuters.com/world/africa/us-diplomats-asked-if-non-whites-

qualify-trump-refugee-program-south-africans-2025-07-25/.

**Exhibit 37** is a true and correct screen capture of the article titled "Trump Administration

Is Said to Plan to Cut Refugee Admissions to a Record Low" (Oct. 3, 2025). The webpage was

captured at my direction on October 16, 2025, and is available on the New York Times website

at https://www.nytimes.com/2025/10/03/us/politics/trump-refugee-admissions-south-africa.html.

**Exhibit 38** is a true and correct screen capture of the article titled "Trump administration

apologizes for telling Ukrainian refugees to leave US" (Apr. 5, 2024). The webpage was

captured at my direction on October 19, 2025, and is available on The Guardian's website at

https://www.theguardian.com/us-news/2025/apr/05/trump-administration-apologizes-ukrainian-

refugees.

**Exhibit 39** is a true and correct copy of the declaration of Plaintiff Dahlia Doe, dated

October 19, 2025.

**Exhibit 40** is a true and correct copy of the declaration of Plaintiff Sara Doe, dated

October 17, 2025.

**Exhibit 41** is a true and correct copy of the declaration of Plaintiff Nesma Doe, dated October 18, 2025.

**Exhibit 42** is a true and correct copy of the declaration of Plaintiff Laila Doe, dated October 19, 2025.

**Exhibit 43** is a true and correct copy of the declaration of Plaintiff Waleed Doe, dated October 19, 2025.

**Exhibit 44** is a true and correct copy of the declaration of Plaintiff Mustafa Doe, dated October 19, 2025.

**Exhibit 45** is a true and correct copy of the declaration of Plaintiff Ahmad Doe, dated October 19, 2025.

**Exhibit 46** is a true and correct copy of the declaration of Stacy Tolchin, dated October 16, 2025.

**Exhibit 47** is a true and correct screen capture of the webpage titled "Syrian crisis. After 14 years of conflict and crisis, children continue to pay the heaviest price." The webpage was captured at my direction on October 16, 2025, and is available on the UNICEF website at https://www.unicef.org/emergencies/syrian-crisis.

**Exhibit 48** is a true and correct copy of the document titled "The Contributions of Temporary Protected Status Holders to the U.S. Economy" (Sep. 2023). The document was downloaded at my direction on October 19, 2025 and is available on the American Immigration Council's website at https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/contributionstemporaryprotectedstatus_0923.pdf.

**Exhibit 49** is true and correct screenshot of an X post made by the Department of Homeland Security on October 14, 2025. The image was captured at my direction on October 20, 2025, and is available on X at https://x.com/DHSgov/status/1978175527329358094.

**Exhibit 50** is a true and correct copy of an article titled "Trump's Department of Homeland Security Embraces a Word With Ties to White Nationalism" (Oct. 16, 2025). The article was

captured at my direction on October 20, 2025, and is available on Time's website at https://time.com/7326233/trump-remigrate-homeland-security/.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on October 21, 2025.

/s/ *Guadalupe Aguirre*
Guadalupe Aguirre