# Exhibit 39

**DECLARATION OF DAHLIA DOE**

I, Dahlia Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Dubai, United Arab Emirates (UAE) in 1997.

2. Although I am a national of Syria, I have never lived in the country and spent my entire life in the United Arab Emirates before moving to the United States. Even though I was born in Dubai, I do not have citizenship or residency in the United Arab Emirates. It is nearly impossible to obtain a passport or permanent residence in the United Arab Emirates as someone born to non-Emirati parents, given the country's strict naturalization and immigration laws.

3. In 2015, I came to the United States on a student visa to pursue a Dual Degree in Business and Political Science, after obtaining a full-tuition scholarship. I initially lived in Upstate New York while enrolled in university. I now currently live in the Bronx, New York City.

4. I'm so lucky to live in the United States and be reunited with my immediate family members who are all now either U.S. citizens or lawful permanent residents. My parents are lawful permanent residents and my sister is a U.S. citizen. I also have a niece and nephew that I'm close to. We are a deeply tight-knit family, and I can't imagine my life far away from them.

5. After graduating from college in 2019, I received a job offer at a market research company where I have been employed for the past six years.

6. In 2021, I obtained Temporary Protected Status (TPS) as a Syrian national. I was so grateful I was able to maintain legal status after my student and Optional Practical Training (OPT) status expired.

7. But now, I stand to lose that protection, as my TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

8. TPS is currently my only form of protection from deportation. Although I can continue working based on a pending immigration application, I will not be protected from the threat of immigration confinement and removal if I lose my TPS status and my pending immigration application is denied.

9. Although I have never lived in Syria, I regularly heard about the devastating conditions of the civil war – from widespread violence to indiscriminate government bombings of civilian areas that reduced entire cities to rubble. I felt lucky I was given the opportunity to not only study and build a life in the United States but to also be in safety with my immediate family as opposed to Syrians who have been massively displaced from their homes and families due to the humanitarian crisis.

10. It is because of TPS that I was able to maintain legal status after my OPT ended and avoid being forcibly removed to Syria when the Assad regime was still in full force. I have never lived in Syria, so TPS has protected me from being separated from my family here in the United States.

11. I first heard the announcement about the termination of TPS for Syria on November 19, 2025 from community group chats where I saw a link of the USCIS announcement. I have not received a formal update directly from the USCIS as a TPS holder from Syria.

12. When I first heard about the announcement, I felt super anxious. I would have hoped that the government would give the Syrian community much more time to prepare for this shocking decision. Since the announcement, I have been living in anxiety of being put in removal proceedings if I lose my TPS. As I continue to hear about ICE raids in New York City and elsewhere, I am scared to be vulnerable to losing my legal status and to face this reality.

13. If I was forcibly removed from the United States, I would not be able to return to the United Arab Emirates and would have no choice but to relocate to Syria. I have never lived in Syria and have no immediate family there, and have very limited remaining connections of any kind. If I were deported, I would be sent to Syria, a country I have never called home and where I would face great difficulty and danger.

14. My family and I are Christian and that identity alone would put me at risk in Syria. As a religious minority in Syria, Christians have been increasingly targeted in recent years, and there was recently a church bombing that killed and injured many Syrian Christians. Given the socio-economic and political climate in Syria, I worry about the hostility towards Christians and their way of life, including simple expressions of faith and cultural practices. I fear being unable to freely express my identity and to live safely if I were forced to relocate.

15. Syria also remains unsafe and unstable in the new political climate. The country is still in the early stages of rebuilding after nearly 14 years of war. There are few jobs, limited infrastructure, and ongoing violence. It will take many years before Syria can safely receive returnees or offer them any meaningful opportunities to rebuild their lives.

16. I have been terrified about my future and that of my family since learning that the government plans to imminently terminate TPS for Syria. I am also extremely concerned about being separated from my family in the United States. My elderly father suffers from Parkinson's disease and is very ill. My mother also has medical issues so she cannot fully take care of my dad. I help take care of them both financially and emotionally, including visiting them as frequently as I am able. My family's well-being depends on my continued ability to stay and work in the United States. Losing TPS would not only mean losing my job but also my ability to support my aging parents financially.

17. TPS has also not only allowed me to stay in safety in the United States with my family, but to also grow personally and professionally. I have built a successful career that I am

2

at risk of losing. I started in an entry-level position and have received four promotions since then. I'm now in a director role where I hold significant responsibilities in overseeing teams, leading client accounts, managing budgets, and mentoring employees both formally and informally.

18. As part of my role at work, I also serve on my company's Refugee Task Force, which supports the hiring and mentorship of refugees and immigrants. My professional life is deeply connected by my commitment to helping others find safety, stability, and opportunity in this country.

19. My long-term goal is to become a Vice President within the company and I am worried that losing TPS may forcibly uproot me from a career in which I have invested so much.

20. If I were forced to the leave the United States, I would not only lose my job but the career I have built, along with the community I have nurtured and the stability I have worked so hard to achieve. Everything I have built over the past decade of living in the United States would disappear.

21. The news of the termination has deeply impacted my mental health. I have severe anxiety thinking about it all the time and I cannot sleep. I've had to start going to therapy to help cope with the stress and uncertainty of possibly being uprooted from my life here in the United States.

22. I'm not only anxious about my own case but also for the Syrian community that I have dedicated my life to serving since living in the United States. I play an active role in supporting the unique challenges faced by Syrian immigrants in the United States.

23. I am deeply connected to the Syrian immigrant community in the United States and have taken on a leadership role in the community. Ever since I heard about the news of terminating TPS, I have been trying my best to be there for other Syrian community members. For the past four weeks, I've been anxiously worried about the stories of community members I've heard – of being forcibly separated from their U.S. citizen children and wrapping up over 10 years of living in the United States. I have barely slept these past four weeks because I am trying so desperately to help not only myself but also be there for other community members.

24. People often ask me for help with finding an attorney to navigate the various issues they're facing – from people in Florida already unable to renew their driver licenses to students having issues with their student status due to expired Syrian passports. I don't know how to answer many of the questions I'm fielding from anxious Syrian community members who may soon lose TPS and who are scrambling to make alternative plans with only two months' notice.

25. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice.

26. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

27. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

28. I want to help everyone in my situation because I am certain Syria is not safe for Syrians in the United States to return to due to the dire humanitarian crisis. I also don't want anyone to bear the pain of being separated from their children and families. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

29. I am providing this declaration anonymously because I fear for the jeopardy of my immigration status and safety based on being a religious minority in Syria.

30. I know that I may soon be in limbo if I lose my TPS, without protection from being detained and placed in removal proceedings. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement.

31. Given the increased immigration enforcement actions and raids in New York City, including the fact that U.S. citizens and green-card holders have been targeted, I am worried that participating in this lawsuit could bring me to the attention of ICE. I am afraid that, if my name is public as part of this lawsuit, I will be targeted by immigration officials.

32. I also have heard in the news that people who criticize the current presidential administration have been targeted. I am afraid this could happen to me and this could put me and my family's lives in danger.

33. I also fear that if my real name becomes public in this lawsuit, I will be in more danger if I am forced to return to Syria, because people will be able to more easily identify me as a Christian with ties to the United States. As a Christian in Syria with no connections, no family there, and no home or career prospects, I would have no way to survive or thrive in the country. The thought of returning fills me with fear and anxiety, and having my name made public as part of this lawsuit further heightens my concern.

34. Given that the lawsuit criticizes the current country conditions in Syria, I also worry about retaliation from the Syrian government if my name is publicly associated with this legal challenge.

35. TPS has allowed me to live safely and meaningfully in the United States – to provide for my sick father and support my family and contribute to my community. Losing TPS threatens to destroy the life I have built, separate me from my family, and force me to a country where I have never lived and would not be safe or able to survive.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Bronx, New York on October 19, 2025.

/s/ Dahlia Doe

Dahlia Doe