# Exhibit 40

**DECLARATION OF SARA DOE**

I, Sara Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Aleppo, Syria. I am a national of Syria.

2. I currently live in New York state, where I recently moved for a new job.

3. I have lived in the United States since 2014, and I have moved all over the United States because of my work. I work as a specialized pediatric doctor.

4. I arrived in Ohio. Later, I lived in Florida and California, where I completed specialized medical fellowships.

5. I completed medical school in Syria, but after the war started, I was not safe there. I lost close family during the war. Two of my brothers were arrested, tortured, and killed in 2013 by the Syrian regime. This made me realize I was not safe in Syria and had to leave. The city I am from, Aleppo, was a site of constant violence and the city has been destroyed, including my family's home, which was hit by a rocket a few months after I left Syria.

6. In Syria, people working in medical fields were targeted for violence because the regime knew that it is our duty to help people and treat them, regardless of patients' political affiliation. I had friends from medical school who were arrested. I was threatened while I was out doing volunteer medical work and also via messages telling me not to do medical work for anyone who wasn't part of the government.

7. I needed a safe place to live and where I could continue my professional development. In the United States, I have been able to build a specialization and do several clinical rotations as part of my medical training. This kind of highly-specialized training was not available in Syria.

8. I am very passionate about what I do. I was recently hired for my dream job as a leadership position at a hospital, where I provide advanced medical care for children all across Upstate New York. People travel from far away, sometimes up to five hours away, to get the specialized care I provide at the hospital alongside my medical team. This work means a lot to me. My specialized medical interventions give my young patients and their families hope. It is extremely rewarding to see the impact my work has on families and I want to continue to use my specialized training and skills to help the community.

9. I have no close relatives in Syria because all of them were killed or fled during the war. My parents are refugees in the United Kingdom. I have extended family in the United States, who have supported me in rebuilding my life in the United States after I left Syria. My family here are all U.S. citizens.

10. In 2015, I first registered for Temporary Protected Status (TPS) as a Syrian national. My TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

11. TPS is currently my only form of protection from deportation. It is also the only source of work authorization that I currently have. If I am not able to secure another status before November 21, 2025, I will lose my job at the hospital.

12. My employers are trying to help me apply for another type of status so that I can continue working for them and stay in the United States. However, these applications take a long time to be approved, and the government shutdown has caused additional delays.

13. I first heard the announcement about the termination of TPS for Syria on September 21st. I was working at the hospital when I first heard the news and it shocked me. It was incredibly stressful and sad that I would lose the job I just started and feel so passionate about. I kept working and doing medical procedures, but it was very challenging to stay focused knowing that I might be deported in 60 days.

14. I have been terrified about my future since learning that the government plans to imminently terminate TPS for Syria. I am having difficulty eating and sleeping. I worry because my job requires me to be focused and productive to care for my patients, and with all this stress, it is very difficult to do that. I feel incredibly stressed about making plans for the future, because I don't know if I will be able to stay here. At my job, I have paused any research projects and avoided taking on new responsibilities because of this uncertainty.

15. If TPS is terminated, I will lose my life-long dream that I have worked so hard for. I will not be able to help so many children who require the specialized medical care that only very few, like me, can provide.

16. I cannot return to Syria because I no longer have anything or anyone there. Aleppo, where I am originally from, has been absolutely destroyed by the war. If I were to return, I would not even be able to meet my most basic necessities, let alone be able to continue my specialized medical career and provide medical treatment for those who need it. If I were to return, I would be extremely worried for my safety due to the ongoing armed conflict.

17. The uncertainty of TPS termination would have a devastating effect on my life. I would lose my job and I don't know where I would go after having lost so much, including my brothers and my home in Syria.

18. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. My employer is racing to help me find an alternative path to work authorization, but we do not have enough time.

2

19. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

20. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

21. I want to help everyone in my situation because I know a lot of people who have been here for ten or fifteen years, building a life in the United States, having children, working hard, and they now stand to lose it all because of this sudden termination. I think it is a moral duty to help not just myself but others in this situation. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

22. I am providing this declaration anonymously because I fear for my safety.

23. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement. If I am able to apply for alternative forms of status, I am worried that the government might retaliate against me by denying the applications.

24. I also have heard in the news about conservative organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this could happen to me and this could put my safety and life in danger–and possibly even the safety of my coworkers and patients who come to me for treatment.

25. I also fear that if my real name becomes public in this lawsuit, I would be in danger if I was forced to return to Syria. I would be targeted for harm in Syria because I am expressing that the situation in Syria is not safe and some people might not like that.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York on October 17, 2025

    /s/ Sara Doe

Sara Doe