# Exhibit 41

**DECLARATION OF NESMA DOE**

I, Nesma Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Banias, Syria in 1948. I am a national of Syria.

2. In June 2013, I came to the United States with my sister, her husband and their daughter because of the war in Syria. It was not safe for me to remain there because of the increasing violence so I decided to come to the United States where I could reunite with my immediate family members living here, including my sister's other daughter. Many of my other family members had already fled or have since left Syria—now, I have no family left there.

3. In July 2013, I applied for Temporary Protected Status (TPS) as a Syrian national. I first received it in April 2014. My TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

4. I currently live in Tampa, Florida, where I have lived since June 2013 and consider my only home. Many of my relatives—several of whom are U.S. citizens—live in the United States. I live with my sister and her family in Florida, and my brothers have lived in the United States for over forty years. I often spend time with my U.S. citizen family members and am involved in my community, including my local mosque where I briefly taught Arabic classes to the younger generation.

5. I live with my two nieces, who have been my primary caregivers ever since I came to the U.S. I have never been married and consider my nieces as my own daughters.

6. I am nearly eighty-years old and have multiple chronic health conditions, so it is an absolute necessity that I live with and near family members who can help care for me and take me to medical appointments. I have arthritis, which has led to me needing to get a knee replacement and shoulder replacement. I will need to have another shoulder replacement surgery soon. I also have chronic lung disease and thyroid issues that require regular medical care.

7. TPS is currently my only form of protection from deportation. I am unable to work because of my age and health issues, but the work authorization document provides me with a form of identification and allows me to get Florida state identification. That identification expired on September 30, 2025, and Florida will not renew that identification because of the TPS termination.

8. I have a pending immigration application based on my relationship to my U.S. citizen sibling. If this petition is approved, I would be able to adjust my status to that of a lawful

permanent resident (LPR), but I would likely be unable to do so if TPS is terminated and I cannot maintain lawful status in the United States.

9. I first heard the announcement about the termination of TPS for Syria on September 19, 2025 from my niece. I have not received any communication from U.S. Citizenship and Immigration Services (USCIS) notifying me that TPS for Syria will be terminated in November.

10. Since learning that the government plans to imminently terminate TPS for Syria, I have been under extreme stress. I have had a lot of trouble sleeping because I am so afraid. I know that the situation remains dangerous and not stable in Syria, so I was shocked to learn that the government had decided to terminate TPS.

11. I will suffer significant hardship if TPS is terminated. I currently have no other legal status in the United States.

12. Additionally, I need extensive medical care which I have been receiving from my doctors in the United States. I receive health insurance that is paid for by one of my nieces.

13. I could not receive the medical care I need, including another shoulder replacement surgery, in Syria. I also could not receive physical therapy there that is required to manage my chronic health conditions. There is not even regular electricity in Syria now, and certainly not the type of specialized health care that I need.

14. In addition to the lack of medical care, I have no family members left in Syria who can help me on a day-to-day basis like my nieces in Florida do now. My nieces take turns driving me to medical appointments and come take care of me. There is no one who could help me in the same way in Syria. Because I have no family there, I would be all on my own and would be isolated. It would be devastating to be separated from my family members who live in the United States. Even worse, however, some of my family members who live in the United States would be left with no choice but to be uprooted from their own lives to go back to Syria with me because I am unable to travel to or live in Syria alone, where I have no one to care for me. This would put their lives at risk too.

15. I also know that Syria is not a safe place to live, and that it is particularly dangerous for elderly people. I have heard of many incidents of targeting of vulnerable elderly people in armed robberies because of the dire economic situation, so I am extremely afraid for my safety if I had to return to Syria. In March, there were massacres in my hometown. Many people walk around the streets with weapons and there are high levels of robbery and violent crime. I am afraid that I would be victimized because I am older and unable to defend myself. The thought of returning to Syria makes me extremely anxious.

16. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. I

2

expected that I would have more time to figure out a plan—it is impossible to plan to leave the country I have lived in for the past twelve years within two months.

17. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

18. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

19. I want to help everyone in my situation because I know others are also struggling with having their lives uprooted with such little notice. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

20. I am providing this declaration anonymously because I fear for my safety and for that of my family.

21. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement. I worry that the government might retaliate against me by denying any future application for immigration relief.

22. I also understand that some people who have criticized the current presidential administration have suffered retaliation. I am afraid this could happen to me and that my family and I would be put in danger.

23. I also fear that if my real name becomes public in this lawsuit, I would be in danger if I were forced to return to Syria. Even if my name were not made public, I would be targeted for harm in Syria because I have lived in the United States for an extended period of time, so bad actors would likely seek to target me as a victim and assume that my family in the United States might have money for ransom. If my name and the details of my family connections here were publicized, I would be at greater risk of harm in Syria.

24. This declaration was read aloud to me in Arabic, a language I understand, and I have understood and verified its contents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

3

Executed in Tampa, Florida on October 18, 2025.

    /s/ Nesma Doe
Nesma Doe

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Shaymaa Majeed, certify that I am fluent in both English and Arabic. On October 18, 2025, I personally spoke with the plaintiff identified in this litigation as Nesma Doe and read the foregoing declaration to her, translated into Arabic faithfully and accurately, over the telephone during a video meeting. Nesma Doe affirmed that she understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____            Date:   October 20, 2025

Shaymaa Majeed