# Exhibit 42

**DECLARATION OF LAILA DOE**

I, Laila Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Damascus, Syria in 1976. I am a national of Syria and a Muslim woman.

2. I currently live in DuPage County in Illinois. I have been living in the U.S. since 2013.

3. I live with my 17-year-old daughter, who is also a TPS holder and a senior in high school, and my mother, who is a U.S. citizen and about 80 years old. I am my mother's primary caregiver and the only person who can take care of her.

4. I work with adults and young people with special needs, including individuals with autism and Down syndrome. I currently work in an after-school program for adults between the ages of 21 and 31. I previously worked in public schools and kindergartens. I started working with people with special needs in 2019 and have completed Registered Behavior Technician training and other courses to support my work.

5. In addition to my work, I am an active member of my community. I volunteer at my daughter's high school during parent-teacher conferences. I also volunteer at a daycare, using my training as a behavioral technician to work with children.

6. I am divorced and I am the provider and caretaker for both my daughter and my elderly U.S. citizen mother. My mother, who is about 80, has high blood pressure, high cholesterol, low blood sugar, and sometimes suffers from physical pain. She uses a cane and often forgets to take her medications. I give her showers, help her change her clothes, take her to doctors' appointments, and manage her medical care. My two sisters, who are also U.S. citizens, have families of their own and cannot take care of our mother. Without me, my mother would have no one to rely on.

7. I came to the United States in 2013 with my daughter. I obtained Temporary Protected Status (TPS) as a Syrian national in 2013. My TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

8. In 2013, Syria was in the middle of war. My daughter and I we were living in Damascus where bombings were constant. My daughter was three years old, and her daycare was across from a government building. One day, the daycare was bombed, and I rushed to get her. Every day, a different area in Damascus was being bombed. There was once a bombing that happened in the

area where I worked and the next two buildings were impacted. I have been waiting for more than a decade for Syria to become safe, but it never has and still is not safe. I am grateful to have been able to find safety in the United States.

9. TPS is currently my only form of protection from deportation. It is also the only form of work authorization that I have. I have a pending family-based immigration application and I do not know when it will be approved.

10. I first learned about the termination of TPS for Syria through social media. At first, I thought it was fake news, but when I checked the USCIS website, I saw the announcement and immediately printed it. I have not received any notice from USCIS about the termination.

11. Since learning about the government's plan to end TPS, I have been terrified for my future and that of my family. I can barely sleep, and I often cry and pray for the situation to change. Everything in Syria is destroyed, and I have no home there. The stress has affected my health. I've recently been experiencing issues with my eye vision and it started shortly after hearing the news of the termination of TPS.

12. My daughter and I will suffer severe hardship if TPS is terminated. My daughter is a senior in high school and will graduate in May 2026. She has lived in the United States since she was three years old and does not speak or understand Arabic. All her education, friends, and future are here. She wants to go to college and study nursing or another medical field. If we are forced to leave, her education and dreams of becoming a nurse will be destroyed. I'm unable to afford private school for my daughter in Syria in which classes are taught in English. As a result, my daughter would be forced to complete her studies in Arabic and be left behind when she is so close to finishing high school and starting college.

13. I am the only person who works in our household. If I lose my work authorization, I will not be able to pay our rent, electricity bills, gas, and buy groceries for me, my daughter, or my mother. I will not be able to pay for my mother's medication or support any expenses related to my daughter's education.

14. I cannot return to Syria because it is still unsafe and unstable. My sister still lives in Damascus. Two months ago, her neighborhood was hit by airstrikes. The explosion broke their windows and cracked their doors. They had to hide in the basement with blankets and were terrified. Several people in their neighborhood were killed, and cars were destroyed because of the airstrikes.

15. As a divorced woman living alone, I would face serious risks if I returned to Syria. In my former neighborhood in Damascus, I heard of two single women who lived alone and were recently murdered and robbed in their homes. One of them lived in a building only five minutes from my family's home. Both women were in their forties, around my age. Even though their buildings had security cameras, the attackers still entered and killed them.

16. Women in Syria face constant harassment and fear for their safety. Taxi and rideshare drivers often follow women home and harass them, especially if they think they live in wealthier areas. This happened before I left Syria, and my sister and friends there tell me it has only gotten worse since the regime fell.

17. For the past three years, I have been working towards enrolling in a nursing program so that I can have a more stable career. To be able to apply to nursing school, I have been taking English for Speakers of Other Languages (ESOL) classes. I am just two courses away from qualifying to apply for a nursing program. If I lose TPS, I will lose my chance to finish my education and pursue a career as a nurse.

18. The government announced the termination of TPS with only two months' notice. That is not enough time to make any alternative plans, especially because I am caring for my elderly mother and my daughter, who is still in high school and in the middle of the school year.

19. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

20. I know that if the class is certified, I will be representing more than just myself. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

21. I want to help others in my situation because I know how painful and frightening it is to face the loss of safety and stability. I want to help protect families like mine from being separated or sent back to danger.

22. I am providing this declaration anonymously because I fear for my safety and for that of my family.

23. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration

enforcement. I have heard of ICE raids and increased immigration enforcement happening in Chicago area and am worried I too will be at risk if I lose TPS. For example, I've heard of Syrian green-card holders with no criminal history in the Chicago area who have been targeted by immigration officials.

24. I also fear that if my real name becomes public in this lawsuit, I would be in danger if I were forced to return to Syria. Speaking publicly about the dangers in Syria could be seen as criticism of the authorities or armed groups, and I could face retaliation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in DuPage County, Illinois on October 19, 2025.


_____ /s/ Laila Doe

Laila Doe