# Exhibit 43

**DECLARATION OF WALEED DOE**

I, Waleed Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Damascus, Syria in 1983. I am a national of Syria.

2. In July 2011, I came to the United States on a student visa to obtain my MBA. At the same time, the civil war was breaking out in Syria and the country was becoming increasingly violent. Although I was born in Syria, I have never lived in the country for more than a couple months and lived my entire life in the United Arab Emirates (UAE). I do not have residency status in the UAE, however. I have no way to obtain either permanent residency or citizenship in the UAE.

3. In 2012, I obtained Temporary Protected Status (TPS) as a Syrian national soon after the program opened. My TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

4. I currently live in Clifton, New Jersey, where I have lived since 2021. I live with my wife and our three U.S. citizen children, who are seven years old, four years old, and nine months old. Our older daughter recently has undergone evaluation for Attention-deficit/hyperactivity disorder (ADHD).

5. My wife, who is also Syrian, also has TPS and does not have any other immigration status. My family and children are the most important things in the world to me. I am terrified of what will happen to my children if my wife and I have to leave the United States.

6. My wife and I are very involved in volunteer work in my community in New Jersey. We both volunteer at local mosques, and my wife teaches Qur'anic studies and Arabic at the Masjid.

7. I am the primary breadwinner for our family. I am a senior manager at a private company in New Jersey, managing contacts between the business departments and the data science and engineering departments. I have also recently begun doing contract work in the information technology (IT) sector. My wife works part-time as a teacher, but I cover most of the cost of rent, education for our children, and other necessary costs for our family.

8. TPS is currently my only form of protection from deportation. It is also my only form of work authorization. Without TPS, I will not be able to pay our rent, buy groceries, or pay for my U.S. citizen children's education.

9. If we lose TPS, it would be particularly devastating for our family because my wife also has work authorization only through TPS, so she will also be unable to work when TPS is terminated. This means our family would be left with no income at all.

10. I first heard the announcement about the termination of TPS for Syria on the day it was announced through social media. I have not received any communication from U.S. Citizenship and Immigration Services (USCIS) notifying me that TPS for Syria will be terminated in November.

11. I have been terrified about my future and that of my family since learning that the government plans to imminently terminate TPS for Syria. We have started to think about finding a therapist for my wife because of the stress this has caused, which is something we had never previously considered.

12. Nearly all of my wife's immediate family is in the United States, and her parents and two siblings are U.S. citizens. My wife is very concerned about being separated from her family, and we fear that our children will either be separated from us or separated from their grandparents and other U.S. citizen family members if we all had to leave the United States.

13. I will suffer significant hardship if TPS is terminated. I currently have no other legal status in the United States, nor does my wife.

14. I have never lived in Syria and my children have spent their entire lives in the United States. I do not have close family in Syria and I cannot imagine building a life for us there.

15. I also know that Syria is not a safe place to live, and I would be afraid for my wife and children, as well as for my own safety if we lived there. There is still widespread violence and I fear my family could be harmed or even killed in Syria.

16. I am also afraid that my family would have trouble accessing basic resources in Syria, including education for my children. My children have done their entire education in the United States and all of their main curriculum classes are in English, and they would not be easily able to adapt to the school system in Syria. Additionally, my children would not receive the medical care they need in Syria. Even before the civil war in Syria, the medical system was not advanced. I fear that my U.S. citizen daughter would not be able to find treatment for her learning disability there. There are no experts who specialize in ADHD. There is also a cultural taboo towards the condition, which would negatively impact my daughter.

17. If TPS is terminated, my whole family will lose our health insurance because we receive insurance through my employer. If I lose work authorization, we will lose not only our income but our healthcare too, just as my daughter is being evaluated for a potential learning disability.

18. I am currently in the process of starting my business to do contract work with IT/consulting for small businesses. All of that will be thrown away if I lose my ability to work. If I had to leave the United States, I do not know how I could rebuild my business abroad, or what sort of job I would be able to do to provide for my family.

19. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. This has thrown my family's life into chaos. We have lived in our current home in New Jersey for nearly five years. Our three children are in the middle of the school year here. Our whole life is in New Jersey and we have nowhere else we could go. It is impossible to think about uprooting my family and my children on such short notice. My wife and I are having to contemplate the devastating choice of leaving the United States and being separated from our U.S. citizen children.

20. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

21. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

22. I want to help everyone in my situation because I understand how difficult it is to face the uncertainty that comes with suddenly losing status. I cannot imagine how difficult it will be for people, especially families with children, to leave the country. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

23. I am providing this declaration anonymously because I fear for my safety and for that of my family.

24. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement as I have seen happen to so many others on the news. This is the biggest concern for me and my family because my eldest child is only seven years old. If something were to happen to me and my wife, I do not know what would happen to our children. It would impact their lives and be traumatic for them.

25. I am worried that participating in this lawsuit could bring me to the attention of local law enforcement. There has been significant ICE enforcement activity in New Jersey and I am afraid that, if my name is public as part of this lawsuit, I will be targeted by local law enforcement and turned over to immigration officials.

26. I also have heard in the news about conservative organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this  could happen to me and this could put me and my family in danger.

27. I also fear that if my real name becomes public in this lawsuit, I would be in danger if I were forced to return to Syria. I fear that if my name is attached to a lawsuit discussing the country condition  in Syria, this could be perceived as a criticism of the current government or of the groups that control different regions of Syria, and I may face retaliation if forced to return to Syria.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Clifton, New Jersey on October 19, 2025.

_____ /s/ Waleed Doe
Waleed Doe

4