# Exhibit 44

**DECLARATION OF MUSTAFA DOE**

I, Mustafa Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Damascus, Syria in 2003. I am a national of Syria.

2. I currently live in Manhattan, NY.

3. In 2021, I moved to the United States on a student visa to pursue a Bachelor's Degree in Global Studies with a minor in Political Science and Entrepreneurship, after obtaining a full-tuition scholarship.

4. The ability to study in the United States gave me something I never had before—academic freedom and the safety to speak and think openly. While I was in Syria, I was involved in advocacy for gender equality and environmental justice but had to do this work very carefully. I had friends in Syria who disappeared due to their activism which was one of the driving forces for me to leave Syria.

5. While in the United States, my studies focused on politics and the Middle East, and I was excited I was able to participate and organize activities on-campus without the threat of government retaliation. As a survivor of sexual assault myself, I also became a resident advisor on campus and helped advocate for Title IX reform to support my fellow peers.

6. All of this would have been impossible in Syria during this time where any form of advocacy and discussion of social justice would result in arbitrary detention, forced disappearances, and even death.

7. I've been privileged to be able to live in safety in the United States since 2021. My parents also live here now and are both green card holders. Most of my extended family on my father's side lives in the United States, and have been living here since the 1960s. They are naturalized citizens or were born in the United States.

8. After I graduated in May 2025, I began working for a global corporation where I manage their social impact, sustainability, and philanthropic initiatives. I'm passionate about environmental justice and want to continue building my career in this field.

9. I also lead our social ambassadors' network at the company and have helped grow our staff's capacity to provide critical volunteer services. This work is extremely meaningful to me. It represents everything I could not do in Syria and would not be able to do if I were forced to return.

10. In 2023, I obtained Temporary Protected Status (TPS) as a Syrian national. My TPS status will expire on November 21, 2025, as a result of the termination of Syria's TPS designation.

11. I currently have Optional Practical Training (OPT) status and work authorization until next summer, when my OPT expires. I will then be left without protection from immigration confinement and deportation as I await adjudication of my pending asylum application and explore alternative permanent pathways through a family-based immigration petition.

12. I was immensely grateful for the opportunity to study, live, and find safety in the United States because of the past harms and trauma I experienced in Syria that I continue to struggle and cope with to this day. While I was a minor, I was sexually trafficked, blackmailed, and subjected to severe abuse. There was a man who targeted minors in my community who coerced us into sexual activities with him and other people all under the government's watch. I was not protected by local authorities under the Assad regime. Rather than providing protection, the government punished survivors of sexual trafficking

13. The psychological trauma from these experiences has left lasting scars. After I came to the United States, a therapist at my university explained that the issues I experienced in Syria were not normal and that I should seek professional help. After seeking professional support, I have been diagnosed with severe Post-Traumatic Stress Disorder (PTSD), anxiety, and depression. I have been in therapy and on medication for years. I have invested time and energy into getting better and had finally starting to feel a sense of safety and stability in my life.

14. When I first heard the announcement about the termination of TPS for Syria on a Whatsapp group, I thought it was a joke. The situation in Syria remains extremely unstable, with the U.S. government itself maintaining a "Do Not Travel" advisory.

15. I have not received any communication from U.S. Citizenship and Immigration Services (USCIS) notifying me that TPS for Syria will be terminated in November.

16. The news immediately made me anxious because TPS has served as a safety net from being forcibly deported to the very country and people I fled for my safety. It has allowed me to remain reunited with my parents in the United States. My employer's global operations have banned sending personnel or equipment to Syria because of the instability, high security risks, and embargo. I could not continue my work from there even if I were to keep my job.

17. I have been terrified about my future since learning that the government plans to imminently terminate TPS for Syria. I strongly believe if I were to return to Syria, I would be in grave danger.

18. The same individuals that targeted me in Syria still send me violent messages, including death threats, until this day. I've even reached out to local authorities here in the United States out of desperation, but they've told me they cannot do anything beyond ensuring my safety domestically. The fear of having to encounter my abusers has already started to trigger mental health issues that I've been actively working to overcome since I've moved to the United States.

19. If I were returned to Syria, I also worry about suffering from severe psychological harm that may even lead to suicidal ideation and possibly death, as I won't be able to access the medications I need and have been taking for years to manage my mental health. I also worry I won't be able to access critical preventative sexual healthcare I currently take, and this would put my health at severe risk. My life depends on these medications.

20. I am also concerned about my safety based on belonging to the LGBTQI community and the persecution I would face based on this identity alone. Given the ongoing hostility in Syria towards LGBTQI individuals, coupled with the fact that I'm not a practicing Muslim, I fear deeply for my life and the freedom to authentically live my life the way I have been able to in the United States.

21. In addition, I worry that I would be at risk of harm in Syria because I have strong ties in the United States, and in particular, I have had internships with the U.S. government entities. In Syria, any affiliations with the United States exposes one to harm by radical actors, and I would not be able to seek protection from the Syrian government.

22. If I were forced to return to Syria, I would be alone and vulnerable without a support system. I would be extremely devasted to be forcibly separated from my parents in the United States. I support my parents financially and emotionally, and if I had to leave, my parents would lose their caregiver and would be alone in the United States without any of their children to look after them. I help manage all of my parents' affairs, from doing their taxes and navigating their healthcare – especially recently since my mother had surgery. They wouldn't know what to do without me.

23. Many of my family members left Syria because they faced threats and were tortured by the Syrian government during the Assad regime. I also have several family members that were forcibly disappeared and killed by the regime. I have no one left in Syria and have no safe place to return to.

24. I have a vibrant and rich community here in the United States, including a significant other that I would be forcibly separated from. My partner is Jewish and he would not be able to live with me in Syria as his life would be at risk based on his Jewish religious identity.

25. If TPS is terminated, I would be in limbo status now and be without any status or protection from deportation once my OPT expires. This has led to extreme stress and anxiety. I've tried to limit my news intake as much as possible as recommended by my psychiatrist given that I've already started to experience insomnia. As a result, my psychiatrist has increased the dosage of my medical treatment given my escalating levels of anxiety and triggers of my PTSD based on the fear of returning to persecution I fled in Syria.

26. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS recipients.

3

27. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS recipients. I understand what being a class representative means.

28. I want to help everyone in my situation because many people are afraid of facing the legal system right now and it is likely that there are countless Syrian TPS holders who are not aware their legal status will terminate next month. I would like to use my privilege and knowledge of the legal system to represent my community. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

29. I am providing this declaration anonymously because I fear for my safety and for that of my family.

30. I know that I may lose my immigration status in the future if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement.

31. Given the increased immigration enforcement actions and raids in New York City, I am worried that participating in this lawsuit could bring me to the attention of ICE. I am afraid that, if my name is public as part of this lawsuit, I may be targeted by immigration officials. When I was at my university, I was immensely stressed out when I saw international students having their visas revoked and subject to immigration confinement. I feared going to campus and would stay at home out of fear. I cannot live in this fear again especially with the mental health issues I am already battling.

32. I also have heard in the news that people who criticize the current presidential administration have been targeted. I am afraid this could happen to me and this could put my family's lives in danger.

33. I also fear that if my real name becomes public in this lawsuit, I will be in danger if I am forced to return to Syria. If my name and the sensitive personal information included in this declaration is made public, it will expose me to prosecution by government authorities in Syria for being part of the LGBTQI community. It will also increase my vulnerability to the very same private actors who trafficked and blackmailed me as a minor and were already able to find my name and contact information while I sought safety in the United States.

34. I have finally found refuge, family, community, and purpose in the United States. My goal is to become an attorney specializing in international and civil law, and to work on prosecuting the same exact human rights violations I have been subjected to in my life. I

would be devastated if I was forced to go back to a country where I fled my persecutors and return to the danger I fought so hard to protect myself against.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on October 19, 2025

/s/ Mustafa Doe
Mustafa Doe

5