# Exhibit 45

**DECLARATION OF AHMAD DOE**

I, Ahmad Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in the United Arab Emirates (UAE) in 1980. I am a citizen of Syria. I do not have the right to reside in the UAE permanently.

2. In 2022, I came to the United States on a J-1 visa to work as a journalist at a federally-funded U.S. media agency. I have worked as a journalist and in media for over a decade, including at news agencies.

3. Since moving to the United States, I have lived in Arlington, Virginia, where I currently reside with my wife. My wife and I have built a community and life in the United States and our entire lives are here.

4. In April 2025, due to federal funding cuts, I was laid off from my job and lost my J-1 visa.

5. In May 2025, I applied for Temporary Protected Status (TPS) as a Syrian citizen. I have never been arrested nor have any criminal convictions, and I meet all the other eligibility requirements for TPS. I anticipated that my application would be approved.

6. My application is still pending, and now it will not be approved as a result of the termination of Syria's TPS designation. As a result, I will not be able to maintain lawful status and protection from deportation, nor obtain work authorization through TPS.

7. My wife, who is not a Syrian national, only had work authorization through my J-1 visa. When I lost my visa, she lost her ability to work, and so she also lost her job in April. We now have no income and are living off of our meager savings.

8. I have multiple job offers from media companies that want me to work for them in the United States, including my prior company who wants me to resume but needs me to have my own work authorization, but I cannot resume working without authorization. If I were able to obtain TPS, it would allow me to work and maintain status so that I can pursue permanent residency through an employer in the United States. Without TPS, however, I will not have that option and may have to imminently leave the United States, even though I have job offers here.

9. I had begun the process to seek permanent residency in the United States through a limited pathway available to journalists. I have an initial petition approved, but I cannot apply for permanent residency until a visa number becomes available. I understand I could be waiting for a long time, as only 100 of these visas are made available each year.

10. I cannot return to Syria and fear I would be killed in Syria because I have criticized the current and prior regimes as a journalist.

11. I first heard the announcement about the termination of TPS for Syria on September 19 from a former colleague who also has a pending TPS application. I have not received any communication from U.S. Citizenship and Immigration Services (USCIS) notifying me that TPS for Syria will be terminated in November. I was extremely disappointed and devasted at the thought of being deported to Syria.

12. Because I cannot obtain employment authorization through TPS, I have been unable to renew my driver's license, which has made it impossible for me to live my daily life.

13. After months of waiting and following every procedure in good faith, I was devastated to learn that my expedite request had been denied on the grounds that I supposedly had not submitted supporting documents—even though I had, and even though USCIS had already acknowledged that my case met the minimum criteria for an expedite request. It felt deeply unfair and disheartening to be treated this way after providing clear evidence of my job loss, financial hardship, and complete lack of income. I had trusted the system and done everything correctly, yet the decision showed no consideration for the reality of my situation.

14. This experience has left me feeling frustrated and hopeless. I came to the United States with a strong sense of purpose and contribution—I built a respected career in journalism, reporting on issues vital to U.S. public diplomacy, and I've always believed in the American values of fairness and opportunity. Now I find myself struggling just to maintain the basics of life—work authorization, the ability to drive, and the right to stay in the country I have served and called home.

15. It feels as if all the passion and motivation that once drove me have been crushed by circumstances beyond my control. I used to dream of pursuing a PhD in International relations/public diplomacy and launching a media platform to connect U.S. diplomatic voices with audiences in the Middle East. Today, instead of building toward those goals, I am fighting simply to survive—to live legally, to work, and to preserve my dignity.

16. I have built a life and community in Virginia. I speak four languages, have a master's degree, and have a distinguished career in journalism. As a result, I have been highly sought after by multiple employers in the United States, but now I have gone from being someone considered extraordinary to the country to someone at risk of being deported.

17. The uncertainty of my legal status with the upcoming termination of TPS has caused me severe stress and depression.

18. I will suffer significant hardship if TPS is terminated and my application is never approved because of the termination. I currently have no other legal status in the United States.

2

19. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Syrian TPS applicants with pending applications.

20. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Syrian TPS applicants. I understand what being a class representative means.

21. I want to help everyone in my situation because I know others are suffering the same uncertainty of losing their job or having to uproot their lives and families. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

22. I am providing this declaration anonymously because I fear for my safety and for that of my family.

23. I know that I will not be able to maintain immigration status in the United States if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement as I have seen happen to so many others on the news.

24. I am worried that participating in this lawsuit could bring me to the attention of local law enforcement. I am afraid that, if my name is public as part of this lawsuit, I will be targeted by local law enforcement and turned over to immigration officials.

25. I also have heard in the news about conservative organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration I am afraid this could happen to me and this could put me and my family in danger.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Arlington, Virginia on October 19, 2025.

/s/ Ahmad Doe

Ahmad Doe

3