**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia Doe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, et al., <br><br> Defendants. | Case No. 1:25-cv-08686-KPF <br><br> **[PROPOSED] ORDER GRANTING MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

After consideration of the briefs and arguments of counsel, and the evidence filed in support of and in opposition to Plaintiffs' Motion, the Court finds that Plaintiffs have carried their burden to demonstrate a need for postponement of the effective date of agency action in this case to preserve the status quo pending resolution of this case on the merits.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED as follows:

1. The Court concludes that Plaintiffs have carried their burden of showing (1) a likelihood of success on the merits of their claims under the Administrative Procedure Act ("APA"), Immigration and Nationality Act ("INA"), and the Fifth Amendment to the United States Constitution; (2) that the termination of the Temporary Protected Status ("TPS") designation for Syria is causing and will cause irreparable harm to TPS holders, their families, and the public absent postponement of the effective date of the termination; and (3) that the balance of equities

and the public interest weigh in Plaintiffs' favor. Accordingly, a postponement of agency action pursuant to 5 U.S.C. § 705 of the APA and the inherent equitable powers of this Court is warranted.

  2. It is hereby ORDERED that the effective date of implementation and/or enforcement of the decision to terminate TPS for Syria is immediately postponed and stayed pending resolution of this case on the merits.

  IT IS SO ORDERED.

Dated: _____ 2025

_____
United States District Judge Katherine Polk Failla