UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAHLIA DOE, SARA DOE, NESMA DOE, LAILA DOE, WALEED DOE, MUSTAFA DOE, and AHMAD DOE,

                Plaintiffs,

-v.-

SECRETARY KRISTI NOEM, *United States Department of Homeland Security, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,

                Defendants.

25 Civ. 8686 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiffs filed this case on October 20, 2025. (Dkt. #1). One day later, Plaintiffs filed a motion for leave to proceed under pseudonyms (Dkt. #14), and a motion for a preliminary injunction (Dkt. #21). The parties are hereby ORDERED to appear for a conference regarding Plaintiffs' pending motions on **October 24, 2025**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    Furthermore, if the Government wishes to file a written response to Plaintiffs' motions, the Court expects the response by 5:00 p.m. on **October 23, 2025**.

SO ORDERED.

Dated: October 22, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge