

**IRAP**

International Refugee
Assistance Project

October 23, 2025

<u>Via ECF & Email</u>

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Dahlia Doe v. Noem*, No. 1:25-cv-08686

Dear Judge Failla:

On October 21, 2025, I wrote on behalf of the plaintiffs in *Dahlia Doe v. Noem*, No. 1:25-cv-08686, to inform the Court of the plaintiffs' intent to file a motion for expedited preliminary relief and the parties' discussions regarding expedited briefing. *See* ECF No. 12. That same day the plaintiffs filed two motions: a Motion to Postpone the Effective Date of Agency Action, ECF No. 19, and a Motion to Proceed Under Pseudonyms, ECF No. 14. On October 22, 2025 this Court set a conference for October 24, 2025 for the parties to appear and discuss the plaintiffs' pending motions. ECF No. 23.

I now write to inform the Court that the parties have agreed to an expedited briefing schedule for the plaintiffs' motion for preliminary relief, ECF No. 19. The parties have agreed as follows:

1) Defendants' Opposition to Plaintiffs' Motion to Postpone the Effective Date of Agency Action will be due on or before Friday, <u>October 31, 2025</u>; and
2) Plaintiffs' Reply in Support of Plaintiffs' Motion to Postpone the Effective Date of Agency Action will be due on or before Friday, <u>November 7, 2025</u>.[1]

The parties request that the Court so-order the agreed-upon briefing schedule. In light of the parties' agreement and should the Court so-order this schedule, the parties believe the need for a conference on October 24, 2025 is obviated. Should the Court agree, the parties also request that the conference be adjourned.

I am available to answer any questions at the email address and phone number below.

---

[1] Plaintiffs also would respectfully request the Court set a date for argument at the Court's earliest convenience.

One Battery Park Plaza, 33rd Floor, New York, NY 10004
refugeerights.org | twitter.com/IRAP | facebook.com/RefugeeAssist

Respectfully submitted,


*/s/ Guadalupe Aguirre*
INTERNATIONAL REFUGEE
   ASSISTANCE PROJECT
One Battery Park Plaza, Fl 33
New York, N.Y. 10004
(929) 246-0154
laguirre@refugeerights.org

*Counsel for Plaintiffs*