UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAHLIA DOE, SARA DOE, NESMA DOE, LAILA DOE, WALEED DOE, MUSTAFA DOE, and AHMAD DOE,<br><br>                Plaintiffs,<br><br>-v.-<br><br>SECRETARY KRISTI NOEM, *United States Department of Homeland Security, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>                Defendants. | 25 Civ. 8686 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

       The hearing currently scheduled for November 14, 2025, is hereby ADJOURNED to **November 17, 2025**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

       SO ORDERED.

Dated:  November 6, 2025
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge