UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAHLIA DOE, SARA DOE, NESMA DOE, LAILA DOE, WALEED DOE, MUSTAFA DOE, and AHMAD DOE,<br><br>                      Plaintiffs,<br><br>                      -v.-<br><br>SECRETARY KRISTI NOEM, *United States Department of Homeland Security, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>                      Defendants. | 25 Civ. 8686 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

        The hearing scheduled for November 17, 2025 in the above matter has been moved to a different courtroom. It will now be held at 12:00 p.m. in Courtroom 318 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge