



**BY ECF**

November 10, 2025

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *Dahlia Doe, et al. v. Kristi Noem, et al.* No. 1:25-cv-08686
              Request to Consider Provision of Public Access Line

Dear Judge Failla:

      Plaintiffs write to respectfully request that the Court provide a public access line for the preliminary relief hearing scheduled for November 17, 2025. As Plaintiffs have alleged in their complaint and in their briefing in support of their Motion to Postpone the Effective Date of Agency Action, ECF Nos. 1, 19, 21, 41, this case involves important issues of urgent concern to thousands of Syrian Temporary Protected Status holders and applicants residing in numerous communities across the United States. Several named Plaintiffs cannot attend the November 17th hearing in person, either because they reside far outside New York City or have concerns about travelling to attend these proceedings in person due to fears of retaliation, as fully detailed in their motion to proceed under pseudonym, or both.

      In addition, there is a substantial public interest in these proceedings, and the termination of Syria's TPS has received significant media attention. *See, e.g.*, Hamed Aleaziz & Madeleine Ngo, *Trump Administration Will End Deportation Protections for Thousands of Syrians*, N.Y. Times (Sept. 19, 2025). Our Constitution has long recognized the importance of the public's access to the courtroom. *See, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) (noting that "[w]hat transpires in the court room is public property"). And providing additional access to hearing in this case will help ensure that the "discussion of government affairs is an informed one." *Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 604-05 (1982) (internal citation and quotation omitted).

      Lastly, providing a public access line would allow additional Plaintiffs' counsel located in California, who cannot travel to New York, to access these proceedings as well. For all these reasons, Plaintiffs respectfully request that this Court consider providing a public access line on November 17.

      Plaintiffs' counsel contacted counsel for Defendants to ask for their position regarding this request early this afternoon but have not received a response.

We thank the Court for its attention and consideration of their request.

Respectfully submitted,

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT

/s/ *Ghita Schwarz*
Ghita Schwarz
Guadalupe Aguirre
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
gschwarz@refugeerights.org
laguirre@refugeerights.org

CC:     All Counsel of Record (via ECF)

```
The Court has reviewed Plaintiffs' request that the Court provide a public
access line for the November 17, 2025 preliminary relief hearing.  The Court
understands that the Government takes no position on the request.  Plaintiffs'
request is GRANTED.

The proceeding will take place at 12:00 p.m. in Courtroom 318 of the Thurgood
Marshall Courthouse, but there will also be a public access line available.
The dial-in telephone number is (855) 244-8681, and the access code 2315 780
7370.
```

**The rebroadcasting and recording of the conference is not permitted.**

```
Dated:    November 12, 2025        SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE