UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAHLIA DOE, SARA DOE, NESMA DOE, LAILA DOE, WALEED DOE, MUSTAFA DOE, and AHMAD DOE,<br><br>                    Plaintiffs,<br><br>               -v.-<br><br>SECRETARY KRISTI NOEM, *United States Department of Homeland Security, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>                    Defendants. | 25 Civ. 8686 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth on the record at the November 19, 2025 conference, Plaintiffs' motion for a preliminary injunction (Dkt. #19) is GRANTED in part. Defendants' termination of Temporary Protective Status for Syrians in the United States is hereby POSTPONED, pending further order from this Court or a reviewing court, pursuant to 5 U.S.C. § 705.

    Given the anticipated appeal in this matter, Plaintiffs' motion to compel production of the Certified Administrative Record (Dkt. #35) is DENIED without prejudice as to its renewal at a later date.

    The Clerk of Court is directed to terminate the pending motions at docket entries 19 and 35.

SO ORDERED.

Dated:  November 19, 2025
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge