UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DAHLIA DOE, *et al.*,

        Plaintiffs,

   v.

KRISTI NOEM, Secretary, United States Department of Homeland Security, in her official capacity, *et al.*,

        Defendants.
------------------------------------------------------------ x

No. 25 Civ. 8686 (KPF)

**NOTICE OF APPEAL**

    Defendants appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on November 19, 2025.

Dated:   November 24, 2025
           New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:   /s/ Mark Osmond
      REBECCA S. TINIO
      MARK OSMOND
      Assistant United States Attorneys
      86 Chambers Street
      New York, New York 10007
      Telephone: (212) 637-2774/2713
      E-mail: rebecca.tinio@usdoj.gov
               mark.osmond@usdoj.gov