UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

DAHLIA DOE, *et al.*,

       Plaintiffs,

  v.

KRISTI NOEM, Secretary, United States Department of Homeland Security, in her official capacity, *et al.*,

       Defendants.
------------------------------------------------------------ x

No. 25 Civ. 8686 (KPF)

**NOTICE OF APPEAL**

    Defendants appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on November 19, 2025.

Dated:    November 24, 2025
             New York, New York

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney for the
                                            Southern District of New York
                                            *Attorney for Defendants*

                             By:    <u>/s/ Mark Osmond</u>
                                            REBECCA S. TINIO
                                            MARK OSMOND
                                            Assistant United States Attorneys
                                            86 Chambers Street
                                            New York, New York 10007
                                            Telephone: (212) 637-2774/2713
                                            E-mail:  rebecca.tinio@usdoj.gov
                                                                  mark.osmond@usdoj.gov