**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia DOE, et al., | |
| *Plaintiffs*, | Case No. 1:25-cv-08686 (KPF) |
| v. | |
| Kristi NOEM, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRODUCTION OF THE CERTIFIED ADMINISTRATIVE RECORD**

Having considered Plaintiffs' Letter Motion for Production of the Certified Administrative Record for the Termination of Temporary Protected Status for Syria and any opposition thereto, and having concluded that production is warranted, Plaintiffs' motion is hereby GRANTED.

It is ORDERED that Defendants produce the Certified Administrative Record no later than April 3, 2026.

The clerk is directed to forward copies of this Order to all counsel of record.

Entered this ___ day of _____ 2026.

New York, New York

_____
UNITED STATES DISTRICT JUDGE