UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAHLIA DOE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*,[1] et al.,<br><br>        Defendants. | Civil Action No. 25-cv-8686-KPF |

## **CERTIFICATION**

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security ("DHS"), as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary which, among other things: (1) oversees the management of written communication intended for, and originated by, the Secretary of Homeland Security (the "Secretary") and the Deputy Secretary of Homeland Security; and (2) maintains official DHS records. I have held this position since August 2019.

I am the custodian of the administrative record for the Secretary's determination to terminate Syria's Temporary Protected Status designation. I certify that, to the best of my knowledge, information, and belief, the attached index of documents contains the non-privileged documents considered by DHS in connection with that determination, and that these documents constitute the administrative record the agency considered.

Executed this 3rd day of April, 2026, in Washington, D.C.

_____
Juliana Blackwell
Deputy Executive Secretary

---

[1] Secretary of the Department of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem pursuant to Fed. R. Civ. P. 25(d).