| Bates/Control # | End Bates/Control # | Filename |
|---|---|---|
| DHS-AR-000001 | DHS-AR-000014 | Decision Memo, D1 S1 Signed (July 31, 2025).pdf |
| DHS-AR-000015 | DHS-AR-000016 | DHS, Decision Memo, Att A - TPS Legal Authority.pdf |
| DHS-AR-000017 | DHS-AR-000050 | USCIS, DHS, Decision Memo, Att B - RAIO Country Conditions SyriaTPS Updated 07.10.2025.pdf |
| DHS-AR-000051 | DHS-AR-000072 | USCIS, DHS. Decision Memo, Att C - USCIS OP&S Policy Considerations Report SyriaTPS.pdf |
| DHS-AR-000073 | DHS-AR-000073 | DOS-In the Matter of Designation of Al-Nusrah Front.pdf |
| DHS-AR-000074 | DHS-AR-000074 | DOS-Revocation of Foreign Terrorrist Organization Desig of al-Nusrah Front.pdf |
| DHS-AR-000075 | DHS-AR-000079 | EOP-E.O. 14312, Providing for the Revocation of Syria Sanctions.pdf |
| DHS-AR-000080 | DHS-AR-000080 | EOP-EO 14150, America First Policy.pdf |
| DHS-AR-000081 | DHS-AR-000083 | EOP-EO 14161, Protecting the United States From Foreign Terrorists.pdf |
| DHS-AR-000084 | DHS-AR-000084 | USCIS, DHS-Designation of Syrian Arab Republic for Temporary Protected Status, 77 FR 20046.pdf |
| DHS-AR-000085 | DHS-AR-000091 | USCIS, DHS-Ext of Designation of Syria for TPS, 84 FR 49751.pdf |
| DHS-AR-000092 | DHS-AR-000098 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 78 FR 36223.pdf |
| DHS-AR-000099 | DHS-AR-000106 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 80 FR 245.pdf |
| DHS-AR-000107 | DHS-AR-000115 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 81 FR 50533.pdf |
| DHS-AR-000116 | DHS-AR-000123 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 83 FR 9329.pdf |
| DHS-AR-000124 | DHS-AR-000130 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 86 FR 14946.pdf |
| DHS-AR-000131 | DHS-AR-000140 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 87 FR 46982.pdf |
| DHS-AR-000141 | DHS-AR-000150 | USCIS, DHS-Extension and Redesignation of Syria for Temporary Protected Status, 89 FR 5562.pdf |
| DHS-AR-000151 | DHS-AR-000155 | USCIS. DHS-Designation of Syrian Arab Republic for TPS, 77 FR 19026.pdf |
| DHS-AR-000156 | DHS-AR-000156 | DOS-DHS Consultation with DOS for TPS Syria.pdf |
| DHS-AR-000157 | DHS-AR-000158 | USCIS, DHS, Form I-131, Application for travel documents, Syria I-131 AP data.pdf |
| DHS-AR-000159 | DHS-AR-000160 | USCIS, DHS, Form I-821, TPS Current Population Pending 07.11.2025.pdf |
| DHS-AR-000161 | DHS-AR-000161 | USCIS, DHS, OHSS, newly potentially eligible Syria TPS applicants.pdf |
| DHS-AR-000162 | DHS-AR-000164 | USCIS, DHS, Syria TPS Results.pdf |
| DHS-AR-000165 | DHS-AR-000171 | USCIS, DHS-Office of Strategy, Policy, and Plans, Office of Homeland Security Statistics.pdf |
| DHS-AR-000172 | DHS-AR-000185 | BIA, DOJ-Matter of D-J-, 23 I&N Dec. 572 (A.G.).pdf |
| DHS-AR-000186 | DHS-AR-000196 | BIA, DOJ-Matter of Dhanasar, 26 I&N Dec.pdf |
| DHS-AR-000197 | DHS-AR-000200 | CIA, Syria, CIA World Factbook, Last Visited May 31, 2025.pdf |
| DHS-AR-000201 | DHS-AR-000204 | DOD-U.S. Strikes Targets in Iraq.pdf |
| DHS-AR-000205 | DHS-AR-000208 | DOJ-Press Release Former Syrian Prison Official Charged with Immigr Fraud.pdf |
| DHS-AR-000209 | DHS-AR-000213 | DOJ-Press Release, Syrian Man Arrested on Terrorism Charges After Planning Attack on Christian Church.pdf |
| DHS-AR-000214 | DHS-AR-000216 | DOS, Providing Sanctions Relief for the Syrian People.pdf |
| DHS-AR-000217 | DHS-AR-000329 | DOS-2023 Country Reports on Human Rights Practices, Syria, U.S.pdf |
| DHS-AR-000330 | DHS-AR-000332 | DOS-Caesar Act Waiver Certification - United States Department of State.pdf |
| DHS-AR-000333 | DHS-AR-000358 | DOS-Department Press Briefing – May 27, 2025.pdf |
| DHS-AR-000359 | DHS-AR-000368 | DOS-Foreign Terrorist Organization Designations.pdf |
| DHS-AR-000369 | DHS-AR-000372 | DOS-Media Note, Meeting of the Global Coalition to Defeat ISIS Small Group.pdf |

| DHS-AR-000373 | DHS-AR-000374 | DOS-Revoking the Foreign Terrorist Organization Designation of Hay'at Tahrir al-Sham.pdf |
|---|---|---|
| DHS-AR-000375 | DHS-AR-000381 | DOS-Secretary of State Marco Rubio Before the Senate Committee on Foreign Relations on the FY26 DOS Budget Request.pdf |
| DHS-AR-000382 | DHS-AR-000383 | DOS-Secretary Rubio's Meeting with Syrian Foreign Minister al-Shaibani.pdf |
| DHS-AR-000384 | DHS-AR-000386 | DOS-Secretary Rubio's Call with Syrian Foreign Minister al-Shaibani.pdf |
| DHS-AR-000387 | DHS-AR-000393 | DOS-Special Briefing, U.S. Ambassador to Türkiye.pdf |
| DHS-AR-000394 | DHS-AR-000396 | DOS-Syria Travel Advisory.pdf |
| DHS-AR-000397 | DHS-AR-000399 | DOS-Syria Travel Information.pdf |
| DHS-AR-000400 | DHS-AR-000405 | DOS-U.S. Relations With Syria.pdf |
| DHS-AR-000406 | DHS-AR-000441 | Library Of Congress, Congressional Rsrch Serv, Syria- Transition and U.S. Policy.pdf |
| DHS-AR-000442 | DHS-AR-000442 | REAS-Exception to Prohibition Imposed by Sec 311, Commercial Bank of Syria.pdf |
| DHS-AR-000443 | DHS-AR-000446 | TREAS-Office of Foreign Assets Control, Syria Sanctions.pdf |
| DHS-AR-000447 | DHS-AR-000448 | TREAS-Press Release, Treasury Issues Immediate Sanctions Relief.pdf |
| DHS-AR-000449 | DHS-AR-000451 | TREAS-Treasury Sanctions Two Syria-Based Militias Responsible for Serious Human Rights Abuses in Northern Syria.pdf |
| DHS-AR-000452 | DHS-AR-000452 | U.S. Mission to the United Nations-Remarks by John Kelley, Acting U.S.pdf |
| DHS-AR-000453 | DHS-AR-000453 | US Embassy in Syria-Security Alert, U.S. Citizens in Syria.pdf |
| DHS-AR-000454 | DHS-AR-000457 | White House-Fact Sheet, President Donald J Trump Provides for the Revocation of Syria Sanctions.pdf |
| DHS-AR-000458 | DHS-AR-000466 | White House-Providing for the Revocation of Syria Sanctions.pdf |
| DHS-AR-000467 | DHS-AR-000472 | Middle East Eye, Ayah El-Khalidi, Memes, merriment and market buzz Syrians celebrate US plan to lift sanctions, May 14, 2025.pdf |
| DHS-AR-000473 | DHS-AR-000479 | Middle East Eye, Giovanna Vial, HTS raids and forced disappearances fuel fear in Syria's Alawi heartlands, Jan. 17, 2025.pdf |
| DHS-AR-000480 | DHS-AR-000485 | Middle East Eye, Syrian Alawis sheltering in Lebanon say it isn't safe to return home, May 16, 2025.pdf |
| DHS-AR-000486 | DHS-AR-000495 | New York Times-Raja Abdulrahim, Many Syrians Want to Go Hom, After al-Assad's Ouster.pdf |
| DHS-AR-000496 | DHS-AR-000505 | Syrians for Truth & Justice-Syria Afrin-Promises by Transitional Authorities to Restore Rights and End Violations Against Kurds.pdf |
| DHS-AR-000506 | DHS-AR-000513 | The National News- Fareed Rahman, Turkish firms see massive boost as they eye contracts for Syria's reconstruction, Mar. 19, 2025.pdf |
| DHS-AR-000514 | DHS-AR-000526 | ACLED, Actor Profile- Hayat Tahrir al-Sham.pdf |
| DHS-AR-000527 | DHS-AR-000531 | Action Against Hunger- After 13 Years of War in Syria.pdf |
| DHS-AR-000532 | DHS-AR-000537 | Agence France-Presse- Nearly 13,000 Syrians Flee to Lebanon.pdf |
| DHS-AR-000538 | DHS-AR-000539 | Agence France-Presse-Rubio says Syria must hold accountable perpetrators of massacres.pdf |
| DHS-AR-000540 | DHS-AR-000545 | Agence France-Presse-South Syria fighters reluctant to give up weapons.pdf |
| DHS-AR-000546 | DHS-AR-000550 | Agence France-Presse-UN says more than 21,000 people fled Syria sectarian violence for Lebanon.pdf |
| DHS-AR-000551 | DHS-AR-000559 | Al Estiklal-Syria's 2025 Comeback Season- Is the New Tourism Boom Underway.pdf |
| DHS-AR-000560 | DHS-AR-000564 | Al Jazeera, Iraqi PM Sudani and Syria's Assad hold talks in Damascus.pdf |
| DHS-AR-000565 | DHS-AR-000570 | Al Jazeera, Women will play a key role in a new Syria, says minister.pdf |
| DHS-AR-000571 | DHS-AR-000573 | Al Jazeera-Al Jazeera-Four Syrian soldiers killed in Israeli missile attack- Report.pdf |
| DHS-AR-000574 | DHS-AR-000590 | Al Jazeera-Al Jazeera-Syria in 2024- A year that changed everything in a war-torn nation.pdf |

| | | |
|---|---|---|
| DHS-AR-000591 | DHS-AR-000596 | Al Jazeera-Entire families' killed in Syria fighting, UN says.pdf |
| DHS-AR-000597 | DHS-AR-000603 | Al Jazeera-EU reaches initial deal to lift economic sanctions on Syria.pdf |
| DHS-AR-000604 | DHS-AR-000607 | Al Jazeera-Iran's Raisi in Syria- visit hailed as 'strategic victory'.pdf |
| DHS-AR-000608 | DHS-AR-000612 | Al Jazeera-President al-Sharaa and no more Baath party.pdf |
| DHS-AR-000613 | DHS-AR-000619 | Al Jazeera-Satellite images show Israel building military bases in Syria buffer zone.pdf |
| DHS-AR-000620 | DHS-AR-000628 | Al Jazeera-UN, Syria death toll tops 2,200.pdf |
| DHS-AR-000629 | DHS-AR-000635 | Amnesty Intl-Syria, New government must prioritize justice and truth measures.pdf |
| DHS-AR-000636 | DHS-AR-000649 | Arab News, Anan Tello, How Syria's continuing food insecurity threatens national and regional stability, Feb. 1, 2025.pdf |
| DHS-AR-000650 | DHS-AR-000668 | Arab News-Exodus of doctors and health workers leave sick and ailing Syrians.pdf |
| DHS-AR-000669 | DHS-AR-000673 | Arab News-Majid Rafizadeh, Rebuilding Syria's infrastructure a critical priority, Arab News.pdf |
| DHS-AR-000674 | DHS-AR-000680 | Arab News-Syria economy minister discusses resuming cooperation with World Bank, Arab News.pdf |
| DHS-AR-000681 | DHS-AR-000688 | Associated Press, Pariah no more- Arab League reinstates Bashar Assad's Syria.pdf |
| DHS-AR-000689 | DHS-AR-000697 | Associated Press, Syrian rebels free prisoners from Assad's notorious dungeons.pdf |
| DHS-AR-000698 | DHS-AR-000702 | Associated Press-Abby Sewell and Farnoush Amiri, New Syrian foreign minister appears at the UN in his first US visit.pdf |
| DHS-AR-000703 | DHS-AR-000711 | Associated Press-Abby Sewell, An uneasy calm settles over Syrian city of Homs after outbreak.pdf |
| DHS-AR-000712 | DHS-AR-000719 | Associated Press-Abby Sewell, Southern rebels loom large as Syria's new rulers try to form a national army.pdf |
| DHS-AR-000720 | DHS-AR-000723 | Associated Press-Alon Bernstein, Dozens of Syrian Druze make a rare visit to Israeli-controlled Golan Heights.pdf |
| DHS-AR-000724 | DHS-AR-000728 | Associated Press-Ghaith Alsayed and Omar Sanadiki, Syria's driest winter in nearly 7 decades triggers a severe water crisis.pdf |
| DHS-AR-000729 | DHS-AR-000734 | Associated Press-In a shock offensive, insurgents breach Syria's largest city for the first time since 2016.pdf |
| DHS-AR-000735 | DHS-AR-000742 | Associated Press-Kareem Chehayeb et al, What would lifting US sanctions on Syria mean.pdf |
| DHS-AR-000743 | DHS-AR-000751 | Associated Press-Kareem Chehayeb, Kurdish-led forces push back Turkish-backed Syrian rebels in a tense offensive.pdf |
| DHS-AR-000752 | DHS-AR-000759 | Associated Press-Omar Albam, Militants kill 2 soldiers in attack on Russian air base in Syria.pdf |
| DHS-AR-000760 | DHS-AR-000780 | Associated Press-Sally Abou, et. al, Experts push to restore Syria's war-torn heritage sites.pdf |
| DHS-AR-000781 | DHS-AR-000790 | Associated Press-The fall of Bashar Assad after 13 years of war in Syria brings to an end.pdf |
| DHS-AR-000791 | DHS-AR-000796 | Associated Press-What's behind Syria's return to the Arab League.pdf |
| DHS-AR-000797 | DHS-AR-000801 | Associated Press-Zeke Miller, Bassem Mroue and Aamer Madhani, Trump says he will ease sanctions on Syria and move to restore relations with new leader.pdf |
| DHS-AR-000802 | DHS-AR-000806 | Associated Prress-Back in the Arab League after 12 years, Syria urges group to invest in war-torn country.pdf |
| DHS-AR-000807 | DHS-AR-000812 | Atlantic Council, Levent Kemal, From rebel factions to an army, Efforts to tame the Syrian National Army.pdf |

| | | |
|---|---|---|
| DHS-AR-000813 | DHS-AR-000817 | Atlantic Council, Syria's women face a new chapter. Here's how to amplify their voices.pdf |
| DHS-AR-000818 | DHS-AR-000827 | Atlantic Council-Diana Rayes, Dispatch from Damascus, The challenges of rebuilding.pdf |
| DHS-AR-000828 | DHS-AR-000833 | Axios-Iran's president meets with Assad in first Syria visit since war began.pdf |
| DHS-AR-000834 | DHS-AR-000875 | Bertelsmann Stiftung's Transformation Index, Country Report- Syria.pdf |
| DHS-AR-000876 | DHS-AR-000943 | Bertelsmann Transformation Index, Country Report, Syria, May.pdf |
| DHS-AR-000944 | DHS-AR-000950 | British Broadcasting Corporation, Tim Whewell, I'm Overjoyed to return.pdf |
| DHS-AR-000951 | DHS-AR-000958 | British Broadcasting Corporation, Yogita Limaye, Inside a Syrian reconcilation center.pdf |
| DHS-AR-000959 | DHS-AR-000973 | British Broadcasting Corporation-Bashar al-Assad, Sudden downfall ends decades of family's iron rule.pdf |
| DHS-AR-000974 | DHS-AR-000978 | British Broadcasting Corporation-David Gritten, Israel says it struck near Syria palace over violence in Druze areas.pdf |
| DHS-AR-000979 | DHS-AR-000983 | British Broadcasting Corporation-David Gritten, Rubio warns Syria could be weeks away from full-scale civil war.pdf |
| DHS-AR-000984 | DHS-AR-000987 | British Broadcasting Corporation-Drone attack kills six Kurdish-led fighters at US base in east Syria.pdf |
| DHS-AR-000988 | DHS-AR-000995 | British Broadcasting Corporation-Emir Nader, What now for Syria's £4.5BN illegal drug empire.pdf |
| DHS-AR-000996 | DHS-AR-001001 | British Broadcasting Corporation-Feras Kilani, BBC finds families sheltering at Russian airbase.pdf |
| DHS-AR-001002 | DHS-AR-001006 | British Broadcasting Corporation-John Donnison, Israel seizes Golan buffer zone.pdf |
| DHS-AR-001007 | DHS-AR-001017 | British Broadcasting Corporation-Lina Sinjab, Syria, How a new rebel unity is making headway.pdf |
| DHS-AR-001018 | DHS-AR-001029 | British Broadcasting Corporation-Lucy Williamson, Syrian security forces monitored armed civilians.pdf |
| DHS-AR-001030 | DHS-AR-001034 | British Broadcasting Corporation-Sebastian Usher, Deadly clashes in Syria's Druze areas raise fears.pdf |
| DHS-AR-001035 | DHS-AR-001038 | British Broadcasting Corporation-Syria government says women must wear burkinis at public beaches.pdf |
| DHS-AR-001039 | DHS-AR-001046 | British Broadcasting Corporation-Syria war- Peace talks restart in Geneva.pdf |
| DHS-AR-001047 | DHS-AR-001053 | British Broadcasting Corporation-Syrians returning home face deadly threats of landmines.pdf |
| DHS-AR-001054 | DHS-AR-001057 | British Broadcasting Corportaiton-David Gritten, Ahmed al-Sharaa named Syria's transitional president.pdf |
| DHS-AR-001058 | DHS-AR-001069 | Cable News Network, Richard Collett, Everything is better than before, How Syria is reopening to tourists.pdf |
| DHS-AR-001070 | DHS-AR-001079 | Cable News Network-As Syria's president preaches human rights, new evidence details abuse.pdf |
| DHS-AR-001080 | DHS-AR-001085 | Cable News Network-Eyad Kourdi, Syrian rebels appear to have entered Damascus as Assad regime's defenses crumble.pdf |
| DHS-AR-001086 | DHS-AR-001091 | Cable News Network-Mostafa Salem, Syrian government loyalists accused of executing civilians as violence erupts.pdf |
| DHS-AR-001092 | DHS-AR-001094 | Cable News Network-Suicide bomber attack on church in Syria kills at least 20 people.pdf |
| DHS-AR-001095 | DHS-AR-001108 | Cable News Network-Tamara Quiblawi, et al, Ethnic Cleaning, Syrian government-aligned forces.pdf |
| DHS-AR-001109 | DHS-AR-001118 | Cable News Network-What we know about the deadly violence in Syria.pdf |

| | | |
|---|---|---|
| DHS-AR-001119 | DHS-AR-001131 | Carnegie Endowment for International Peace, Food Insecurity in War-Torn Syria From Decades of Self-Sufficiency to Food Dependence , Jun. 4, 2015.pdf |
| DHS-AR-001132 | DHS-AR-001157 | Carnegie Endowment-Armenak Tokmajyan, A Fractured Border: Syria, Türkiye, and Cantonization.pdf |
| DHS-AR-001158 | DHS-AR-001160 | Carnegie Endowment-Jalal Al-Attar, Syria's Water and Food Security Crisis.pdf |
| DHS-AR-001161 | DHS-AR-001165 | Carnegie Endowment-Nathan Brown, Syria's Leaders Show Their Intentions.pdf |
| DHS-AR-001166 | DHS-AR-001169 | CBS News, Several hundred troops to remain in Syria.pdf |
| DHS-AR-001170 | DHS-AR-001171 | Chattam House-Rahaf Aldoughli, Syria needs security – can Al-Sharaa build a united army to provide it.pdf |
| DHS-AR-001172 | DHS-AR-001177 | Christian Science Monitor-Taylor Luck and Dominque, Deadly Clashes in Syria are precisely what new leaders sought to avert.pdf |
| DHS-AR-001178 | DHS-AR-001194 | Comparative Migration Studies-Samer Bakkour, Uprooting, removing and relocating populations.pdf |
| DHS-AR-001195 | DHS-AR-001203 | Council on Foreign Relations-Global Conflict Tracker Center for Preventative Action, Conflict in Syria.pdf |
| DHS-AR-001204 | DHS-AR-001231 | Council on Foreign Relations-Syria's Civil War The Descent Into Horror.pdf |
| DHS-AR-001232 | DHS-AR-001237 | Council on Foreign Relations-Trump Meets Syria's Al-Sharaa.pdf |
| DHS-AR-001238 | DHS-AR-001352 | CSIS, Lyse Mauvais, Northwestern Syria's Water Crisis, The Thirst for Power.pdf |
| DHS-AR-001353 | DHS-AR-001357 | CSIS-Don't Rush Syrian Refugees' Return.pdf |
| DHS-AR-001358 | DHS-AR-001366 | CSIS-Mackenize Holtz, Examining Extremism, Hayat Tahrir Al-Sham (HTS) .pdf |
| DHS-AR-001367 | DHS-AR-001371 | CSIS-Omar Haj Kadour, Hay at Tahrir Al Sham TNT Terrorism Backgrounder.pdf |
| DHS-AR-001372 | DHS-AR-001378 | CSIS-Shattered Relief, A 7.8-Magnitude Earthquake Strikes Turkey and Syria.pdf |
| DHS-AR-001379 | DHS-AR-001382 | CSIS-Trump Announces Lifting of Sanctions on Syria.pdf |
| DHS-AR-001383 | DHS-AR-001476 | Danish Immgr Serv-Syria military recruitment in North and East Syria.pdf |
| DHS-AR-001477 | DHS-AR-001479 | Demonstration in As-Suwayda opposing Damascus government.pdf |
| DHS-AR-001480 | DHS-AR-001483 | Direct Relief-Talya Meyers, A Stunning End to Civil War in Syria Brings Urgent Need, New Possibilities, Direct Relief .pdf |
| DHS-AR-001484 | DHS-AR-001489 | Direct Relief-Talya Meyers, Lifesaving medical training becomes available to once-isolated areas of Syria, Direct Relief.pdf |
| DHS-AR-001490 | DHS-AR-001494 | Doctors Without Borders-Inadequate water and sanitation pose health threats in Syria, Doctors without Borders.pdf |
| DHS-AR-001495 | DHS-AR-001497 | Emergency Response Coordination Centre-Syria-Historic drought.pdf |
| DHS-AR-001498 | DHS-AR-001501 | Enab Baladi-Displaced persons arrive from northern Aleppo to SDF areas.pdf |
| DHS-AR-001502 | DHS-AR-001506 | Enab Baladi-Fuel stalls efforts to regulate parallel market in Damascus.pdf |
| DHS-AR-001507 | DHS-AR-001517 | Enab Baladi-Jana al-Issa,Interim government of Damascus establishes a transitional ground.pdf |
| DHS-AR-001518 | DHS-AR-001522 | Enab Baladi-Khaled al Jerati, Assassinations, A continuing phenomenon in Daraa.pdf |
| DHS-AR-001523 | DHS-AR-001526 | Enab Baladi-Samah Alloush, Construction material prices rise by 20% in northern Syria.pdf |
| DHS-AR-001527 | DHS-AR-001530 | Enab Baladi-Samah Alloush, Transportation fees hinder return of displaced persons in Idlib.pdf |
| DHS-AR-001531 | DHS-AR-001534 | Enab Baladi-Syria awaits exceptional season in tourism sector.pdf |
| DHS-AR-001535 | DHS-AR-001539 | Euro News-Sergio Cantone, Syria's road ahead, How transport infrastructure could be the key to stability.pdf |
| DHS-AR-001540 | DHS-AR-001549 | Fanack Water-Syria's Water Crisis.pdf |
| DHS-AR-001550 | DHS-AR-001551 | Food Security Cluster-Food Security Cluster, Syria.pdf |
| DHS-AR-001552 | DHS-AR-001557 | Foreign Policy-Colin Clarke, The Islamic State's Comeback in Syria, Worldwide.pdf |

| | | |
|---|---|---|
| DHS-AR-001558 | DHS-AR-001560 | Foundation for Defense of Democracies, Ahmad Sharawi, Continued chaos in Syria, Iraqi militias and an Alawite insurgency.pdf |
| DHS-AR-001561 | DHS-AR-001564 | Foundation for Defense of Democracies, Seth Frantzman, Netanyahu calls for the demilitarization of southern Syria.pdf |
| DHS-AR-001565 | DHS-AR-001568 | Foundation for Defense of Democracies-FDD's Long War Journal, US strike in northwestern Syria kills Islamic State's external attack planner.pdf |
| DHS-AR-001569 | DHS-AR-001572 | Foundation for Defense of Democracies-Intense IDF Strikes Reported on Former Assad Regime's Military Sites in Syria.pdf |
| DHS-AR-001573 | DHS-AR-001576 | Foundation for Defense of Democracies-Seth Frantzman, Syrian government forces enter Afrin, signaling a change in control.pdf |
| DHS-AR-001577 | DHS-AR-001579 | Foundation for Defense of Democracies-Seth frantzman, Syrian government, SDF, and other factions move to end tensions over strategic dam.pdf |
| DHS-AR-001580 | DHS-AR-001581 | Foundation for Defense of Democracies-Trump Tells Syria to Expel Foreign Fighters, But Sharaa Gives Them Army Divisions.pdf |
| DHS-AR-001582 | DHS-AR-001583 | France 24-EU sanctions Syrian militia groups over ethnic violence targeting Alawites.pdf |
| DHS-AR-001584 | DHS-AR-001585 | France 24-Syria's interim president says organising elections could take up to five years.pdf |
| DHS-AR-001586 | DHS-AR-001590 | France 24-Syria's new constitution gives sweeping powers, ignores minority rights.pdf |
| DHS-AR-001591 | DHS-AR-001608 | Friedrich Ebert Stiftung-Joseph Daher, Tourism in Syria.pdf |
| DHS-AR-001609 | DHS-AR-001610 | Global Detention Project-Iraq Summarily Deporting Refugees.pdf |
| DHS-AR-001611 | DHS-AR-001619 | Global Food Security Cluster-Monthly Market Price Bulletin, April.pdf |
| DHS-AR-001620 | DHS-AR-001628 | Global Food Security Cluster-Monthly Market Price Bulletin, March.pdf |
| DHS-AR-001629 | DHS-AR-001631 | Ground News-Ground News, Syria-Türkiye-Backed Attack Kills, Injures Family.pdf |
| DHS-AR-001632 | DHS-AR-001644 | HLP, Syria Report, The Housing Crisis in Syria Do Social Housing and Housing Cooperatives Still Have a Role Syria, Sep. 09, 2021.pdf |
| DHS-AR-001645 | DHS-AR-001702 | Human Rights Watch-Everything is by the Power of the Weapon.pdf |
| DHS-AR-001703 | DHS-AR-001709 | Human Rights Watch-Landmines, New Casualties Show Need to Support Treaty Ban.pdf |
| DHS-AR-001710 | DHS-AR-001716 | Human Rights Watch-Northeast Syria Apparent War Crime by Türkiye-Backed Forces.pdf |
| DHS-AR-001717 | DHS-AR-001723 | Human Rights Watch-Syria,Türkiye-backed Armed Groups Detain, Extort Civilians.pdf |
| DHS-AR-001724 | DHS-AR-001726 | Humanitarian Action, Syrian Arab Republic Water, Sanitation and Hygiene, Jan. 28, 2025.pdf |
| DHS-AR-001727 | DHS-AR-001730 | Humanitarian Action-Syrian Arab Republic Humanitarian Response Priorities.pdf |
| DHS-AR-001731 | DHS-AR-001737 | iHH Humanitarian Relief Foundation-Syria Situation Report, iHH Humanitarian Relief Foundation.pdf |
| DHS-AR-001738 | DHS-AR-001749 | Institute for the Study of War-Iran Update, April 14, 2025.pdf |
| DHS-AR-001750 | DHS-AR-001758 | Institute for the Study of War-The Islamic State's Global Long Game and Resurgence in Syria.pdf |
| DHS-AR-001759 | DHS-AR-001821 | Internal Displacement Monitoring Centre (IDMC)-Syrian Arab Republic, Internal Displacement Monitoring Centre (IDMC).pdf |
| DHS-AR-001822 | DHS-AR-001824 | Internal Displacement Monitoring Centre, May 14, 2025.pdf |
| DHS-AR-001825 | DHS-AR-001844 | International Blue Crescent-Kahramanmaraş Earthquakes Situation Report.pdf |
| DHS-AR-001845 | DHS-AR-001851 | International Crisis Group, What Lies in Store for Syria as a New Government Takes Power.pdf |
| DHS-AR-001852 | DHS-AR-001857 | International Crisis Group-A Glimmer of Peace in Syria's North East.pdf |

| | | |
|---|---|---|
| DHS-AR-001858 | DHS-AR-001871 | International Institute for Strategic Studies-Regional reactions to the transition in Syria.pdf |
| DHS-AR-001872 | DHS-AR-001874 | International Organization for Migration, IOM Welcomes EU and US Decisions to Lift Sanctions on Syria.pdf |
| DHS-AR-001875 | DHS-AR-001879 | Italian Institute for International Political Studies-Anna Myriam Roccatello, Coming to Terms with the past in Syria.pdf |
| DHS-AR-001880 | DHS-AR-001884 | MedRxiv-Access to essential medicines for noncommunicable diseases during conflicts.pdf |
| DHS-AR-001885 | DHS-AR-001887 | Microsoft Network-Turkish firms see massive boost as they eye contracts for Syria's reconstruction.pdf |
| DHS-AR-001888 | DHS-AR-001891 | Middle East Eye, Ragip Soylu, Syria Manbij car bomb attack suspends SDF-Damascus talks, Feb. 4, 2025.pdf |
| DHS-AR-001892 | DHS-AR-001897 | Middle East Eye, Rayhan Uddin, The Syrian National Army Rebels, thugs or Turkish proxies, Dec. 7, 2024.pdf |
| DHS-AR-001898 | DHS-AR-001899 | Middle East Eye, Syria's new government says it thwarted Islamic State attack on Shia shrine, Jan. 11, 2025.pdf |
| DHS-AR-001900 | DHS-AR-001904 | Middle East Eye, Wladimir van Wilgenburg, Syria Aleppo's Kurds fear displacement as thousands flee rebels in Tel Rifaat, Dec. 3, 2024.pdf |
| DHS-AR-001905 | DHS-AR-001913 | Middle East Eye-A weekend from hell in coastal Syria.pdf |
| DHS-AR-001914 | DHS-AR-001919 | Middle East Eye-Andrew Waller and Khabat Abbas, Protests and bloodshed at Tishreen Dam, the Syrian war's last faultline, Jan. 31, 2025.pdf |
| DHS-AR-001920 | DHS-AR-001931 | Middle East Eye-How Syrian mutinies and betrayal sunk Iran's support for Assad.pdf |
| DHS-AR-001932 | DHS-AR-001937 | Middle East Eye-Madeline Edwards, Syria's Druze fearful after deadly attacks on Damascus suburbs, May 1, 2025.pdf |
| DHS-AR-001938 | DHS-AR-001945 | Middle East Eye-One month on, killings persist in Syria's Alawi heartlands.pdf |
| DHS-AR-001946 | DHS-AR-001954 | Middle East Eye-Sacked Syrian workers stage nationwide protests as government targets public sector.pdf |
| DHS-AR-001955 | DHS-AR-001957 | Middle East Forum-HTS-led Syria government captures Deir ez-Zor city from Kurdish SDF.pdf |
| DHS-AR-001958 | DHS-AR-001965 | Middle East Forum-Sirwan Kajjo, Sectarian Violence Against Syria's Alawites Has Not Stopped.pdf |
| DHS-AR-001966 | DHS-AR-001970 | Middle East Institute-Ibrahim Al-Assil-The national dialogue in Syria: A step forward or a concerning trajectory.pdf |
| DHS-AR-001971 | DHS-AR-001973 | Migration Policy Institute-Migration Policy Institute, The Complicated Reality of Syrians' Return.pdf |
| DHS-AR-001974 | DHS-AR-001991 | National Public Radio-Emily Feng and Jawad Rizkallah-Syria's new government struggles to keep electricity running.pdf |
| DHS-AR-001992 | DHS-AR-001997 | National Public Radio-Greg Myre, In Syria, the Assads leave a bitter legacy after a half-century of repressive rule.pdf |
| DHS-AR-001998 | DHS-AR-002000 | National Public Radio-Hadeel Al-Shadlchi, Bashar al-Assad flees Syria for Russia.pdf |
| DHS-AR-002001 | DHS-AR-002004 | National Public Radio-Hadeel Al-Shalchi, Assad's summer home in Syria now attracts tourists.pdf |
| DHS-AR-002005 | DHS-AR-002009 | National Public Radio-Hadeel Al-Shalchi, In Syria's Golan Heights buffer zone, residents fear Israel is making a land grab.pdf |
| DHS-AR-002010 | DHS-AR-002026 | New Lines Magazine-Rahaf Aldoughli, Syria's New Rulers Are Working To Unify Military Power.pdf |
| DHS-AR-002027 | DHS-AR-002031 | New York Times, Charles Lister, The Fall of al-Assad Increases the Risk of an ISIS Resurgence in Syria.pdf |

| | | |
|---|---|---|
| DHS-AR-002032 | DHS-AR-002036 | New York Times, Christina Goldbaum, Talks on Syria's Future Fall Short of Promises, Participants Say.pdf |
| DHS-AR-002037 | DHS-AR-002041 | New York Times-Christina Goldbaum, Syrian Government Signs Breakthrough Deal With Kurdish-Led Forces.pdf |
| DHS-AR-002042 | DHS-AR-002045 | New York Times-Erika Solomon, New U.S. Envoy Makes First and Symbolic Trip to Syria.pdf |
| DHS-AR-002046 | DHS-AR-002052 | New York Times-Raja Abdulrahim, As Ramadan Nears, Syrians Feel the Pinch of a Cash Shortage.pdf |
| DHS-AR-002053 | DHS-AR-002071 | Norwegian Refugee Council-Beyond Return Ensuring sustainable recovery and reintegration in Syria.pdf |
| DHS-AR-002072 | DHS-AR-002077 | PBS-Patrice Taddonio, Assad Has Fallen. Who Is Abu Mohammad al-Jolani, the Syrian Militant Who Led The Rebel Offensive That Toppled Him, FRONTLINE.pdf |
| DHS-AR-002078 | DHS-AR-002080 | PBS-Syria's worst violence in months reopens wounds of the country's 13-year civil war.pdf |
| DHS-AR-002081 | DHS-AR-002084 | Qatar Airways-Qatar Airways to Resume Flights to Syria.pdf |
| DHS-AR-002085 | DHS-AR-002088 | Radio Free Europe Radio Liberty-Kian Sharif, The Man Who Could Be A Threat To Syria's New Rulers.pdf |
| DHS-AR-002089 | DHS-AR-002095 | ReliefWeb-Europe- Thousands of Syrian lives on hold amid asylum application freeze.pdf |
| DHS-AR-002096 | DHS-AR-002096 | ReliefWeb-Syrians Left Hanging with Lowest Levels of Funding as Humanitarian Needs Hit Highest Levels in Thirteen Years of Crisis.pdf |
| DHS-AR-002097 | DHS-AR-002144 | ReliefWeb-The impact of the conflict in Syria.pdf |
| DHS-AR-002145 | DHS-AR-002148 | Reuters-Amina Ismail, Syria's new leaders turn to Islamic law.pdf |
| DHS-AR-002149 | DHS-AR-002151 | Reuters-Ceyda Caglayan, Turkish firms pursue ambitious plans in rebuilding of Syria's economy.pdf |
| DHS-AR-002152 | DHS-AR-002152 | Reuters-Exclusive, Iran's Guards pull officers from Syria after Israeli strikes, Aug. 11, 2023.pdf |
| DHS-AR-002153 | DHS-AR-002156 | Reuters-Exclusive, Iran's Guards pull officers from Syria after Israeli strikes.pdf |
| DHS-AR-002157 | DHS-AR-002159 | Reuters-Exclusive, Syria and Israel in direct talks focused on security, sources say, May 27, 2025.pdf |
| DHS-AR-002160 | DHS-AR-002161 | Reuters-Jana Choukeir, Kurdish-led Syrian group rejects Islamist.pdf |
| DHS-AR-002162 | DHS-AR-002164 | Reuters-Laila Bassam, Syrian Shi_ites and other minorities flee.pdf |
| DHS-AR-002165 | DHS-AR-002168 | Reuters-Maya Gebeily, Syrian rebels topple Assad who flees to Russia in Mideast shakeup.pdf |
| DHS-AR-002169 | DHS-AR-002171 | Reuters-Maya Gebeily, With Syria's Assad gone, his PM agrees.pdf |
| DHS-AR-002172 | DHS-AR-002174 | Reuters-Samia Nakhoul, New Syrian leader Sharaa says killings.pdf |
| DHS-AR-002175 | DHS-AR-002176 | Reuters-Syria appoints Maysaa Sabrine as first woman to lead central bank, official says, Dec. 30, 2024.pdf |
| DHS-AR-002177 | DHS-AR-002178 | Reuters-Syria Peace Talks in Astana close with no sign of rebels.pdf |
| DHS-AR-002179 | DHS-AR-002180 | Reuters-Syria signs $7 billion power deal with Qatar's UCC Holding-led consortium, May 29, 2025.pdf |
| DHS-AR-002181 | DHS-AR-002183 | Reuters-Syria's economy - The devastating impact of war and sanctions, Jan. 6, 2025.pdf |
| DHS-AR-002184 | DHS-AR-002185 | Reuters-Syrian refugees in Europe fear being forced home after Assad's fall, December 11, 2024.pdf |
| DHS-AR-002186 | DHS-AR-002188 | Reuters-Trump meets Syrian president, urges him to establish ties with Israel, May 14, 2025.pdf |
| DHS-AR-002189 | DHS-AR-002189 | Reuters-US forces attacked 4 times in Iraq, Syria within hours, Nov. 23, 2023.pdf |
| DHS-AR-002190 | DHS-AR-002192 | Rudaw-Karwan Faidhi Dri, Syrian Kurds struggle to repair key dam damaged by militants.pdf |

| | | |
|---|---|---|
| DHS-AR-002193 | DHS-AR-002204 | Small Wars Journal-Jeremy Hodge-The Islamic State (ISIS) in Syria.pdf |
| DHS-AR-002205 | DHS-AR-002209 | Stars and Stripes-Syria's worst violence in months reopens wounds of the civil war.pdf |
| DHS-AR-002210 | DHS-AR-002217 | Stifung Wissenschaft und Pilitik-Sinem Adar, The Fall of the Assad Regime: Regional and International Power Shifts.pdf |
| DHS-AR-002218 | DHS-AR-002224 | Syria Direct-Natacha Danon, Extrajudicial killings of Alawites plague Homs city.pdf |
| DHS-AR-002225 | DHS-AR-002230 | Syria Direct-Salam Ali, Afrin belongs to its people' More Kurds return to Afrin, while others wait for guarantees.pdf |
| DHS-AR-002231 | DHS-AR-002237 | Syria Justice and Accountability Center, Intensified deportation campaigns by Lebanon and Türkiye amid EU funding pledges.pdf |
| DHS-AR-002238 | DHS-AR-002277 | Syria Red Crescent-Syria Complex Emergency - Need Assessment Report.pdf |
| DHS-AR-002278 | DHS-AR-002283 | Syrian Center for Policy Research-Monthly Bulletin for Consumer Price Index and Inflation in Syria.pdf |
| DHS-AR-002284 | DHS-AR-002286 | Syrian Network for Human Rights-The Syrian Regime is Using Provisional Seizure of Assets as An Instrument of Collective Punishment.pdf |
| DHS-AR-002287 | DHS-AR-002290 | Syrian Observatory for Human Rights-As more massacres documented, The number of people killed during security operations in Syrian coastline exceeds 2,000.pdf |
| DHS-AR-002291 | DHS-AR-002295 | Syrian Observatory for Human Rights-Including 1,805 civilians extrajudicially executed, 4,711 civilians killed in 100 days after fall of Al-Assad re.pdf |
| DHS-AR-002296 | DHS-AR-002298 | Syrian Observatory for Human Rights-Including 14 attacks in May, ISIS carries out 86 attacks in SDF-controlled areas since early 2025.pdf |
| DHS-AR-002299 | DHS-AR-002303 | Syrian Observatory for Human Rights-Monthly death toll  2,069 civilians among 2,644 people killed in March 2025.pdf |
| DHS-AR-002304 | DHS-AR-002307 | Syrian Observatory for Human Rights-Monthly death toll 295 civilians among 428 people killed in May 2025.pdf |
| DHS-AR-002308 | DHS-AR-002311 | Syrian Observatory for Human Rights-Monthly death toll 352 civilians among 452 people killed in April 2025.pdf |
| DHS-AR-002312 | DHS-AR-002314 | Syrian Observatory for Human Rights-Turkish escalation in Aleppo Countryside.PDF |
| DHS-AR-002315 | DHS-AR-002346 | Syrians for Truth and Justice and Synergy Association for Victims-We will kill you.pdf |
| DHS-AR-002347 | DHS-AR-002356 | Syrians for Truth and Justice, Syria Afrin, Promises-by-Transitional-Authorities-to-Restore-Rights-and-End-Violations-Against-Kurds.pdf |
| DHS-AR-002357 | DHS-AR-002360 | The Atlantic-The End of the Beginning in Syria.pdf |
| DHS-AR-002361 | DHS-AR-002364 | The Conversation-Katya Alkhateeb, Syria faces renewed sectarian violence as government fails to deliver inclusivity.pdf |
| DHS-AR-002365 | DHS-AR-002368 | The Guardian-Islamic State suicide bombing in Damascus church kills 22 and injures 63.pdf |
| DHS-AR-002369 | DHS-AR-002371 | The Guardian-Jason Burke, Israel to occupy Syrian southern territory for unlimited time, says minister.pdf |
| DHS-AR-002372 | DHS-AR-002375 | The Guardian-Landmines in Syria kill hundreds of civilians returning home after fall of Assad.pdf |
| DHS-AR-002376 | DHS-AR-002380 | The Guardian-Ruth Michaelson, We will keep protesting_ Druze minority demands a voice in new Syria.pdf |
| DHS-AR-002381 | DHS-AR-002388 | The Guardian-William Christou and Bethan McKernan, Syrians celebrate fall of Bashar al-Assad after five decades of dynastic rule.pdf |
| DHS-AR-002389 | DHS-AR-002395 | The Guardian-William Christou, Forgotten by the west, Syria's IS prisons are under threat as militant group mobilises.pdf |

| | | |
|---|---|---|
| DHS-AR-002396 | DHS-AR-002401 | The Guardian-William Christou, I just want security' fear remains for Syrian massacre survivors awaiting justice.pdf |
| DHS-AR-002402 | DHS-AR-002403 | The GuardianIs-William Christou, Irael strikes targets in southern Syria after demanding demilitarisation.pdf |
| DHS-AR-002404 | DHS-AR-002421 | The Independent-Could Syria return as a tourism destination? What to consider after years of devastation under Assad.pdf |
| DHS-AR-002422 | DHS-AR-002431 | The Independent-Omar Albam and Kareem Cheheyeb, Israeli strikes in southwestern Syria.pdf |
| DHS-AR-002432 | DHS-AR-002440 | The Jerusalem Post-Syria's Al-Sharaa sparks outcry for promoting militia leaders accused of rights abuses.pdf |
| DHS-AR-002441 | DHS-AR-002445 | The LANCET Infectious Diseases-Communicable diseases in northwest Syria in the context of protracted.pdf |
| DHS-AR-002446 | DHS-AR-002450 | The National UAE-Kahled Yacoub Oweis, Six Syrian Alawites killed in outbreak.pdf |
| DHS-AR-002451 | DHS-AR-002455 | The National UAE-Khaled Yacoub Oweis, New front created in eastern Syria as Turkish-backed fighters.pdf |
| DHS-AR-002456 | DHS-AR-002459 | The National UAE-Khaled Yacoub Oweis, Powerful southern Syrian militia disban.pdf |
| DHS-AR-002460 | DHS-AR-002466 | The National UAE-Khaled Yacoub Oweisis and Nada Maucourant Atallah, At least 13 Syrian security troops killed in clashes with pro-Assad gunmen.pdf |
| DHS-AR-002467 | DHS-AR-002472 | The National UAE-Khaled Yacoub Owesis, Syrian tribesmen kill 14 Alawites in latest sectarian violence.pdf |
| DHS-AR-002473 | DHS-AR-002479 | The National UAE-Lizzie Porter, Inside a Syrian reconciliation centre handling soldiers of fallen Assad regime.pdf |
| DHS-AR-002480 | DHS-AR-002483 | The National UAE-Nada Homsi, Syrians who fear retribution from rebels flee to Lebanese border.pdf |
| DHS-AR-002484 | DHS-AR-002487 | The New Arab-15 killed in sectarian massacre in Alawi village in Syria.pdf |
| DHS-AR-002488 | DHS-AR-002491 | The New Arab-280 dead as SNA battles SDF for control of Syria's Tishrin dam.pdf |
| DHS-AR-002492 | DHS-AR-002495 | The New Arab-Ahmed al-Sharaa named as new interim president of Syria.pdf |
| DHS-AR-002496 | DHS-AR-002499 | The New Arab-Attack on Damascus nightclub, killing one woman.pdf |
| DHS-AR-002500 | DHS-AR-002502 | The New Arab-Clashes erupt near Syria's Tishrin Dam as Turkish-backed SNA and Kurdish-led SDF battle for control, Dec. 26, 2024.pdf |
| DHS-AR-002503 | DHS-AR-002507 | The New Arab-Diaa al-Sahnawi, Suweida Military Council, what does it want and who.pdf |
| DHS-AR-002508 | DHS-AR-002512 | The New Arab-Druze leader says no agreement with radical Syria government.pdf |
| DHS-AR-002513 | DHS-AR-002517 | The New Arab-Israel steps up Quneitra incursions, abducts civilians in Syria.pdf |
| DHS-AR-002518 | DHS-AR-002521 | The New Arab-Israeli forces launch deepest incursion yet into southern Syria.pdf |
| DHS-AR-002522 | DHS-AR-002525 | The New Arab-Israeli ministers discuss plan to divide Syria report.pdf |
| DHS-AR-002526 | DHS-AR-002529 | The New Arab-Nearly 300 arrested in Syria crackdown on Assad loyalists.pdf |
| DHS-AR-002530 | DHS-AR-002534 | The New Arab-New Syrian gov't taps Druze woman as governor of southern province.pdf |
| DHS-AR-002535 | DHS-AR-002538 | The New Arab-Northwest Syria, 70,000 Kurds return to Afrin since fall of Assad.pdf |
| DHS-AR-002539 | DHS-AR-002543 | The New Arab-Reconciliation centres' for Assad regime personnel spark debate.pdf |
| DHS-AR-002544 | DHS-AR-002547 | The New Arab-Romanai's Dan Air to offer direct flights to Syria in June.pdf |
| DHS-AR-002548 | DHS-AR-002551 | The New Arab-Syria forces deploy in Damascus suburb after deadly unrest.pdf |
| DHS-AR-002552 | DHS-AR-002555 | The New Arab-Syria gives holdout armed groups deadline to join state forces.pdf |
| DHS-AR-002556 | DHS-AR-002562 | The New Arab-Syria's Druze, Key players caught between rival power struggles.pdf |
| DHS-AR-002563 | DHS-AR-002566 | The New Arab-Syria's interim leader Ahmed al-Sharaa visits ex-Assad strongholds.pdf |
| DHS-AR-002567 | DHS-AR-002568 | The New Arab-Syrian minister oversaw execution of women for prostitution.pdf |

| | | |
|---|---|---|
| DHS-AR-002569 | DHS-AR-002572 | The New Arab-Syrians protest against Israeli attempts to divide south.pdf |
| DHS-AR-002573 | DHS-AR-002576 | The New Arab-Tensions in northeast Syria rise amid Damascus-SDF negotiations.pdf |
| DHS-AR-002577 | DHS-AR-002580 | The New Arab-Turkey sends team of experts to Syria to help renovate Damascus International Airport.pdf |
| DHS-AR-002581 | DHS-AR-002584 | The New Arab-UN food agency says some countries are hesitant to fund urgent Syrian aid under new government.pdf |
| DHS-AR-002585 | DHS-AR-002589 | The New Arab-Why Al-Sharaa's scrapping of conscription for Syrians matters.pdf |
| DHS-AR-002590 | DHS-AR-002595 | The New Arab-Why fighting is raging in north Syria between the SNA and SDF.pdf |
| DHS-AR-002596 | DHS-AR-002599 | The New Arab-William Christou, Syria raises gas prices for second time within one month despite protests.pdf |
| DHS-AR-002600 | DHS-AR-002602 | The New York Times-Aryn Baker, How Many People Have Died in Syria's Civil War.pdf |
| DHS-AR-002603 | DHS-AR-002604 | The Syrian Observer-Syrian Activists Outraged Over Obaida Arnaout's Remarks on Women's Role in Future Syria.pdf |
| DHS-AR-002605 | DHS-AR-002606 | The Syrian Observer-Syrian Women Between the Discourse of Empowerment and the Legacy of Marginalization.pdf |
| DHS-AR-002607 | DHS-AR-002609 | The Syrian Observer-Syria's Inflation Cools, but Structural Fragility Persists.pdf |
| DHS-AR-002610 | DHS-AR-002614 | The Syrian Observer-The View from Damascus – Syria's Constitutional Declaration Reform or a Return to Authoritarianism.pdf |
| DHS-AR-002615 | DHS-AR-002622 | The Times of Israel-Ahmed al-Sharaa said to seek peace with Israel, eyes Syrian entry to Abraham Accords.pdf |
| DHS-AR-002623 | DHS-AR-002625 | The Times of Israel-Emanuel Fabian, Netanyahu and Katz direct IDF to 'prepare to defend' Syrian Druze suburb of Damascus.pdf |
| DHS-AR-002626 | DHS-AR-002630 | The Times of Israel-Israel in advanced talks for deal to end hostilities with Syria.pdf |
| DHS-AR-002631 | DHS-AR-002645 | The Times-Richard Spencer, New Syrian PM urges refugees: Come home and help us rebuild.pdf |
| DHS-AR-002646 | DHS-AR-002649 | Turkish Airlines-Widen Your World Flights to Damascus.pdf |
| DHS-AR-002650 | DHS-AR-002655 | Turkiye Today-Clashes reportedly erupt between Syrian army, YPG-led SDF near Tishrin Dam.pdf |
| DHS-AR-002656 | DHS-AR-002657 | UNHCR-In Syria, UNHCR's Grandi urges more support.pdf |
| DHS-AR-002658 | DHS-AR-002664 | UNHCR-Middle East and North Africa- Syrian Arab Republic.pdf |
| DHS-AR-002665 | DHS-AR-002673 | UNHCR-Repatriation explained, why Syrian refugees are voluntarily returning.pdf |
| DHS-AR-002674 | DHS-AR-002676 | UNHCR-Syria emergency.pdf |
| DHS-AR-002677 | DHS-AR-002677 | UNHCR-Syria governorates IDPs and IDP returnees as of 15 March 2025.pdf |
| DHS-AR-002678 | DHS-AR-002683 | UNHCR-Syria, Up to one million people plan to return home in desperation.pdf |
| DHS-AR-002684 | DHS-AR-002690 | UNHCR-UN Commission warns Syrian war is intensifying amid continuing patterns of war crimes and fear of large-scale regional conflict.pdf |
| DHS-AR-002691 | DHS-AR-002712 | UNICEF-Rapid Needs Assessment (RNA)- WoS WASH 2025.pdf |
| DHS-AR-002713 | DHS-AR-002714 | UNICEF-Whole of Syria WASH Cluster, Advocacy Note - access to water Ain Arab, Manbij and Ein Issa.pdf |
| DHS-AR-002715 | DHS-AR-002722 | United Nations Children's Fund-As Syria's children step out of the shadows of war, securing their future is more critical than ever.pdf |
| DHS-AR-002723 | DHS-AR-002730 | United Nations Development Programme-Accelerating Economic Recovery is Critical to Reversing Syria's Decline and Restoring Stability.pdf |
| DHS-AR-002731 | DHS-AR-002735 | United Nations Development Programme-UNDP's Response, Turkiye-Syria earthquakes.pdf |
| DHS-AR-002736 | DHS-AR-002737 | United Nations High Commissioner for Refugees, Nour Jarrouj, Forcibly displaced Syrian women's crucial role in rebuilding a free Syria for all, Mar. 7, 2025.pdf |

| | | |
|---|---|---|
| DHS-AR-002738 | DHS-AR-002747 | United Nations High Commissioner for Refugees-Returning Syrians filled with hope despite the challenges ahead.pdf |
| DHS-AR-002748 | DHS-AR-002759 | United Nations High Commissioner for Refugees-Syria Refugee Crisis Explained.pdf |
| DHS-AR-002760 | DHS-AR-002762 | United Nations High Commissioner for Refugees-Syrian centenarian leads his family home as returns reach half a million.pdf |
| DHS-AR-002763 | DHS-AR-002765 | United Nations High Commissioner for Refugees- Syria Needs Overview.pdf |
| DHS-AR-002766 | DHS-AR-002777 | United Nations News-Middle East- Security Council meets on US strikes in Iraq and Syria.pdf |
| DHS-AR-002778 | DHS-AR-002783 | United Nations News-Syria's humanitarian crisis 16.5 million in need amid continuing conflict.pdf |
| DHS-AR-002784 | DHS-AR-002789 | United Nations News-UNDP calls for long-term investment to support recovery in Syria.pdf |
| DHS-AR-002790 | DHS-AR-002796 | United Nations News-United Nations News, Almost $15 billion needed for earthquake recovery in Syria.pdf |
| DHS-AR-002797 | DHS-AR-002805 | United Nations News- 'Syria simply cannot withstand another wave of instability,' Security Council hears.pdf |
| DHS-AR-002806 | DHS-AR-002850 | United Nations Security Council-Children and armed conflict.pdf |
| DHS-AR-002851 | DHS-AR-002856 | United Nations-Humanitarian Needs Remain Immense, Growing in Complexity across Syria, Senior Official Tells Security Council, Noting Shortfalls in Funding.pdf |
| DHS-AR-002857 | DHS-AR-002861 | UNOCHA-Clearing debris to save and improve lives.pdf |
| DHS-AR-002862 | DHS-AR-002874 | UNOCHA-Humanitarian Situation Report no.3, Syria.pdf |
| DHS-AR-002875 | DHS-AR-002881 | UNOCHA-Syrian Arab Republic at a glance.pdf |
| DHS-AR-002882 | DHS-AR-002883 | US News and World Report-Saudi Arabia Appoints First Ambassador to Syria Since 2012, May 8, 2023.pdf |
| DHS-AR-002884 | DHS-AR-002887 | Voice of America-Analysts see flaws in Syria's temporary constitution.pdf |
| DHS-AR-002888 | DHS-AR-002888 | Voice of America-Newroz Resho, VOA Kurdish, Kurdish activists claim prisoners still being held in Afrin.pdf |
| DHS-AR-002889 | DHS-AR-002889 | Voice of America-Zana Omer, VOA Kurdish, SDF secure and protect al-Hol Camp.pdf |
| DHS-AR-002890 | DHS-AR-002895 | Washington Institute for Near East Policy-Aaron Y. Zelin, Syria's Transitional Honeymoon Is Over After Massacres and Disinformation.pdf |
| DHS-AR-002896 | DHS-AR-002987 | Washington Institute for Near East Policy-Aaron Y. Zelin, The Age of Political Jihadism A Study of Hayat Tahrir al Sham.pdf |
| DHS-AR-002988 | DHS-AR-002991 | Washington Institute for Near East Policy-Aaron Zelin, The Islamic State Attacks the New Syrian Government.pdf |
| DHS-AR-002992 | DHS-AR-002995 | Washington Post-After Assad's fall, some say it's time for Syrian refugees to go home, Dec. 9, 2024.pdf |
| DHS-AR-002996 | DHS-AR-003000 | Washington Post-Loveday Morris, Suzan Haidamous, Syria's new leaders struggle to contain revenge killings.pdf |
| DHS-AR-003001 | DHS-AR-003004 | Washington Post-Loveday Morris, Zakaria, and Salwan, Killings in Syrian village foreshadowed.pdf |
| DHS-AR-003005 | DHS-AR-003008 | Washington Post-Loveday Morris, Zakaria, Syria could allow Russia to keep its bases.pdf |
| DHS-AR-003009 | DHS-AR-003011 | World Bank Group-GDP (current US$)- Syrian Arab Republic.pdf |
| DHS-AR-003012 | DHS-AR-003014 | World Bank-New World Bank Report Highlights Syria.pdf |
| DHS-AR-003015 | DHS-AR-003148 | World Bank-Syria Earthquake 2023 Rapid Damage and Needs Assessment(RDNA).pdf |

| DHS-AR-003149 | DHS-AR-003156 | World Food Program USA-What's Happening in Syria? How the Civil War Is Worsening Hunger Among Civilians.pdf |
|---|---|---|
| DHS-AR-003157 | DHS-AR-003158 | World Food Programme, Emergency Syria, Last Visited May 31,2025.pdf |
| DHS-AR-003159 | DHS-AR-003161 | World Health Organization-Community-based surveillance improves cholera reporting in Al Hol Camp, Syria.pdf |
| DHS-AR-003162 | DHS-AR-003186 | World Health Organization-Health Sector Syria - Health Sector Bulletin.pdf |
| DHS-AR-003187 | DHS-AR-003189 | World Health Organization-Millions at risk from cholera due to lack of clean water, soap and toilets, and shortage of cholera vaccine.pdf |
| DHS-AR-003190 | DHS-AR-003193 | World Health Organization-Syrian Arab Republic- WHO Health Emergency Appeal.pdf |
| DHS-AR-003194 | DHS-AR-003195 | World Health Organization-WHO calls for urgent support to rebuild Syria's health system.pdf |
| DHS-AR-003196 | DHS-AR-003203 | World Vision-Syrian refugee crisis: Facts, FAQs, and how to help.pdf |