World Vision

FROM THE FIELD

# Syrian refugee crisis: Facts, FAQs, and how to help

A man and three children sit or



GALLERY *For 10-year-old Hiba, the Child-Friendly Space is where she can simply be a child — drawing, playing games, and feeling safe. She participates in the World Vision program in Bab Al-Nour, a camp for displaced people in Azaz, Syria. Many children here can't return home due to ongoing violence, but safe spaces like this one give girls and boys a chance to play, learn, and just be kids. (© 2025 World Vision/photo by Tim Swanston)*

GALLERY *A makeshift fire is all a ; devastated the country*

Syria remains one of the largest displacement crises globally (https://www.unhcr.org/news/briefing-notes/eleven-years-mounting-challenges-push-many-displaced-syrians-brink), with more than 13 million people (https://www.unrefugees.org/news/syria-refugee-crisis-explained/) forcibly displaced since the conflict began in 2011. Following a recent transition in the Syrian government in late 2024, hundreds of thousands of Syrians have started to return from other countries, hoping for greater stability. However, children of Syria continue to endure devastating hardships, including ongoing hostilities, repeated displacement, public health emergencies, and impacts from the destructive earthquake of 2023. Renewed fighting in northwest Syria in late November 2024 and continuing into 2025 has displaced more than 1.2 million people — the majority children and women — putting their lives and safety at risk.

# Syrian refugee crisis: Facts, FAQs, and how to help


- Fast facts: Syrian refugee crisis
- What's the latest humanitarian situation in Syria?
- Impact of the ongoing conflict in Syria
- How did the 2023 earthquake affect Syrian refugees?
- Where do Syrian refugees live?
- How has the Syrian conflict affected the children of Syria?
- What is World Vision doing to help people impacted by the crisis in Syria?
- How long has World Vision worked in the Middle East?
- How can I help vulnerable Syrian children and their families?


## Fast facts: Syrian refugee crisis

- In 2024, an estimated 16.7 million people in Syria (approximately 70% of the population) needed humanitarian aid, according to U.N. agencies.
- Over 90% of the Syrian population lives below the poverty line.
- Syria has 7.4 million internally displaced people, the highest since the conflict began.
- Neighboring Turkey (officially the Republic of Türkiye) hosts over 2.6 million (https://data.unhcr.org/en/situations/syria) Syrian refugees, as of June 19, 2025.
- Approximately 500,000 Syrians have returned to their homes from abroad since the transition in government in late 2024.
- As of April 2024, nearly 7.5 million children in Syria needed humanitarian assistance (https://www.unicef.org/emergencies/syrian-crisis), as reported by the U.N. Children's Fund (https://www.unicef.org/) (UNICEF).
- Approximately 2 million Syrian refugee children are out of school, with an additional 1.6 million at risk of dropping out.
- A 7.8 magnitude earthquake on February 6, 2023, devastated northwest Syria and southeast Turkey, displacing hundreds of thousands of people.
- The conflict in Syria began on March 15, 2011, escalating from peaceful protests to full-scale violence.

BACK TO QUESTIONS



*A boy sits among the ruins of a collapsed building in Aleppo, one of Syria's hardest-hit cities. Approximately 13.5 million people across Syria have been displaced since the conflict began in 2011. (© 2024 photo courtesy of Shafak)*

## What's the latest humanitarian situation in Syria?

Since 2011, the conflict in Syria has forced millions of people from their homes, with most seeking safety and refuge in neighboring countries across the Middle East. Turkey hosts the largest Syrian refugee population, while many others have found safety in Lebanon, Jordan, and Iraq.

The escalation of hostilities that began on November 28, 2024, has further strained citizens, infrastructure, and humanitarian access and operations. Following the transition in government in late 2024, more than 500,000 Syrians have returned from abroad, according to UNHCR estimates as of mid-May 2025. Within Syria, an additional 1.2 million internally displaced people have returned to their communities of origin.

Many returnees face significant challenges, including damaged infrastructure, limited services, and ongoing insecurity. Food scarcity is also a growing concern, with bakeries and markets struggling to operate. Public services and critical facilities, including hospitals, power stations, and water supplies, have been disrupted. Healthcare access is severely impacted as health facilities, including main hospitals, have been damaged or closed.

BACK TO QUESTIONS



*A child is seen running through a neighborhood following an increase in violence in northwest Syria. (© 2024 World Vision/photo by Zaher Jaber)*

## Impact of the ongoing conflict in Syria

The conflict has devastated Syria and its people:

- **Loss of life:** Hundreds of thousands of people, including civilians, have died.
- **Destroyed infrastructure:** Many of the nation's roads, bridges, schools, and hospitals lie in ruins, limiting essential services.
- **Economic implications:** High unemployment and poverty prevail, with nearly 13 million people facing food insecurity. Nine out of 10 Syrian refugees struggle to meet their most basic needs.
- **Displacement:** Over 6.3 million refugees are living abroad, and millions of people are internally displaced.

BACK TO QUESTIONS



*In northwest Syria, a family displaced by 2023's devastating 7.8 magnitude earthquake, huddles near a makeshift fire to stay warm. The earthquake claimed over 47,000 lives and affected millions of people along the Syria–Turkey border. (© 2023 World Vision)*

## How did the 2023 earthquake affect Syrian refugees?

The February 6, 2023, earthquake and aftershocks in southern Turkey and northwest Syria deepened the struggles of displaced Syrians. The disaster worsened displacement, elevated hunger levels and malnutrition, and limited access to healthcare and educational support.

*Learn more about World Vision's response to help vulnerable families impacted by the 2023 earthquake.*

BACK TO QUESTIONS

## Where do Syrian refugees live?

While Syrian refugees have sought asylum in more than 130 countries, most remain in nearby nations across the Middle East. Turkey hosts the largest share, with around 2.6 million Syrian refugees, followed by significant populations in Lebanon, Jordan, Iraq, and Egypt.

BACK TO QUESTIONS

## How has the Syrian conflict affected the children of Syria?

The war has had a devastating impact on the children of Syria. According to UNICEF, approximately 7.5 million children in Syria urgently need humanitarian aid, with millions forced to flee their homes as refugees. Many Syrian children have never known a time without war. Here's how the war in Syria is affecting Syrian children today.

- **Displacement:** Millions of children live in makeshift camps, overcrowded shelters, or streets, often lacking access to necessities like food, water, and medical care.
- **Diseases and malnutrition:** Malnutrition, poor sanitation and hygiene, and limited healthcare access make children more vulnerable to diseases like cholera. In poor housing, cold weather increases the risk of pneumonia and other respiratory infections. Lack of access to healthy foods weakens them further.
- **Education:** An estimated 2.4 million children in Syria are out of school, and many have fallen behind in their education. Some schools have been turned into emergency centers for displaced families, disrupting education for tens of thousands of students.

- **Child marriage and abuse:** Syrian children are more vulnerable to sexual abuse and exploitation in the unfamiliar and overcrowded conditions in refugee camps and informal tent settlements. Families desperate for income may be more prone to arrange marriages for their young daughters in exchange for dowries.
- **Child labor:** Many children have been forced to work in dangerous and exploitative conditions to help support their families.
- **Recruitment of child soldiers:** Armed groups and government forces have recruited children to fight in the conflict, putting them in harm's way and robbing them of their childhood.
- **Psychological toll:** Many children have experienced trauma, anxiety, and depression and have little access to mental health services.

BACK TO QUESTIONS



*A girl enjoys a moment at World Vision's Child-Friendly Space in Bab Al-Nour, a camp for displaced families near Azaz, Syria, close to the Turkish border. Many children here can't return home due to the ongoing violence. Safe spaces like this offer them a place to play, learn, and simply be kids (© 2025 World Vision/photo by Zaher Jaber)*

## What is World Vision doing to help people impacted by the crisis in Syria?

World Vision is responding to the surge in displacement and humanitarian needs across the region and in Syria, working closely with local partners to reach those most affected. From September 30, 2024, to February 28, 2025, World Vision supported over 1.2 million people, prioritizing the well-being of children and families.

After the devastating February 6, 2023, earthquake, we launched more than 50 projects in partnership with local organizations, supporting nearly 1.8 million people. Our earthquake response programs covered a range of critical areas, including child protection; water, sanitation, and hygiene (WASH); livelihoods; health; nutrition; education; and more. Some key highlights of our work include:

- In Turkey, our child protection programming called LIFT (Life in Fullness Together) combines psychosocial support, education, and child protection services to promote child well-being.
- In Jordan and Syria, initiatives like Channels of Hope and Celebrating Families partner with communities of faith to target the root causes of violence.
- Critical WASH interventions were implemented, including responses to cholera outbreaks and the 2023 earthquake.
- Technical skills training, cash-for-work programs, and cash and voucher programs are strengthening family and community resilience.
- Health and nutrition programs continue to serve vulnerable families in northwest and northeast Syria.

BACK TO QUESTIONS

## How long has World Vision worked in the Middle East?

World Vision has served in the Middle East region for nearly four decades. We're dedicated to improving the lives of children, families, and the communities where they live through long-term sustainable development and responding to disasters and crises.

BACK TO QUESTIONS



*Qamar* (pictured third from left at age 12) of Syria has faced unimaginable hardships. Displaced by the conflict in Syria, her family fled their community and lived in a tent. They were uprooted again, first by the devastating 2023 earthquake and then by a fire. At a World Vision center in Syria, Qamar joined other girls in an integrated psychological and education program, offering a safe place to be with friends. She is among 20,000 children supported by this program. World Vision also equipped her family with a new shelter and new clothes for Qamar. *Name changed to protect identity. (© 2024 photo courtesy of Zaher Jaber)*

## How can I help vulnerable Syrian children and their families?

You can help Syrian refugees by praying for them, using your gifts to support them, and learning more facts about the Syrian refugee crisis.

- **Pray:** Join us in lifting the needs of Syrian families caught in the ongoing conflict, refugee children, and our sustained humanitarian response.
- **Give:** Become a vital partner in helping equip refugee children and families to survive, recover, and rebuild.

BACK TO QUESTIONS

OUR WORK :

*Refugee Crisis*

LOCATION:

*Syria*

*Middle East*



**Bring hope to Syrians amid escalating violence**

GIVE NOW

WRITTEN BY:

*Sevil Omer*

UPDATED ON:

*June 30, 2025*

---

**Refugee Crisis**

*View All Stories*

A young girl uses a wooden ruler to point at a chalkboard with English text in an outdoor classroom as children sit on the ground behind.

FROM THE FIELD

A love for language, and a vision beyond borders

A woman holds her young child while a health worker measures the child's arm for malnutrition. Another woman looks on in the background.

FROM THE FIELD

What is a refugee?

World Vision Inc. is a registered 501(c)3 nonprofit organization. All donations are tax deductible in full or in part.

© 2025 World Vision, Inc. All rights reserved.