AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Doe et al.
*Plaintiff*
v.
Noem et al.
*Defendant*

Case No. 25-cv-8686 (KPF)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs .

Date: 04/10/2026

Hussein Elbakri
*Attorney's signature*

Hussein Elbashir Elbakri
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, Floor 33
New York, NY 10004
*Address*

helbakri@refugeerights.org
*E-mail address*

(646) 532-8357
*Telephone number*

*FAX number*