# EXHIBIT A

PRE-DECISIONAL/DELIBERATIVE

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009



**U.S. Citizenship
and Immigration
Services**

July 28, 2025

## DECISION

MEMORANDUM FOR THE SECRETARY

FROM:        Joseph B. Edlow
             Director

SUBJECT:     **Review of the Designation of Syria for Temporary Protected Status**

PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000001

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000002

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000003

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000004

PRE-DECISIONAL/DELIBERATIVE



DHS-AR-000005

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000006

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000007

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000008

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000009

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000010

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000011

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000012

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

DHS-AR-000013



**Secretary's Decision:**

1. *Terminate:*  *Terminate Syria's designation*

   Specify the Effective Date of the Termination (60 days or longer): _____

   Approve/date ~~_____~~  *07-31-26*

**Attachments:**

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS RAIO Country of Origin Information Considerations Report, Syria |
| Attachment C: | USCIS OP&S Policy Considerations Report, Syria |

DHS-AR-000014