# EXHIBIT F

PRE-DECISIONAL/DELIBERATIVE

UNCLASSIFIED // FOR OFFICIAL USE ONLY



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs. MD 20588-0009

**U.S. Citizenship and Immigration Services**

March 20, 2025

**DECISION**

## MEMORANDUM FOR THE SECRETARY AND THE DEPUTY SECRETARY

FROM:           Kika M. Scott
                  Senior Official Performing the Duties of the Director

SUBJECT:     **Temporary Protected Status for Afghanistan**

---

**Purpose**: Afghanistan's existing designation for Temporary Protected Status (TPS) will expire on May 20, 2025. At least 60 days before a TPS designation expires, the Secretary, after consultation with appropriate U.S. Government agencies, is required to review the conditions in a country designated for TPS to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[1] If the Secretary determines that the country no longer meets the statutory conditions for designation, she shall terminate the designation.[2] If the Secretary does not make a timely decision about whether the country no longer meets the conditions for TPS designation, the designation is automatically extended for an additional period of at least six months.[3] Accordingly, U.S. Citizenship and Immigration Services (USCIS) has completed a review of the conditions in Afghanistan to inform the consideration of the TPS decision and is presenting a recommendation of terminating the designation for your consideration. ███████████████████████████

As part of the review process, USCIS consulted with the Department of State (DOS). In this matter, DOS provided a report dated November 20, 2024, and a more recent recommendation from Secretary Rubio. The November 20, 2024 DOS country conditions report, which relied

---

[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A). *See also* Attachment A: Temporary Protected Status Legal Authority.

[2] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(B). *See also* Attachment A: Temporary Protected Status Legal Authority.

[3] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(C). *See also* Attachment A: Temporary Protected Status Legal Authority.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 2

largely on uncited sources, the former DOS Secretary recommended an 18-month extension and a new designation of TPS for Afghanistan on the dual bases of ongoing armed conflict and extraordinary and temporary conditions.[4] A new designation would move up the eligibility dates to cover aliens who arrived after the previous TPS designation. DOS has since updated their recommendation, received March 18, 2025. In that updated letter, DOS assessed that permitting nationals of Afghanistan to remain temporarily in the United States under 8 U.S.C. 1254a is contrary to the national interest of the United States. See Attachment D. This finding is relevant to the extraordinary and temporary conditions basis of Afghanistan's designation. The updated DOS recommendation also found that any ongoing armed conflict in the country does not prevent the safe return of Afghan nationals. See Attachment D. We are providing the full record of all information received and considered as part of this consultative process. For the reasons set forth below, USCIS believes the Secretary could proceed with terminating TPS for Afghanistan, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**TPS Overview:** Afghanistan was initially designated for TPS on May 20, 2022, based on ongoing armed conflict and extraordinary and temporary conditions.[5] Following the initial designation, DHS extended and newly designated Afghanistan for 18 months, beginning on November 21, 2023, and ending on May 20, 2025, based on ongoing armed conflict and extraordinary and temporary conditions.[6]

To be eligible for TPS under Afghanistan's current designation, along with meeting the other eligibility requirements, aliens must have continuously resided in the United States since September 20, 2023, and have been continuously physically present in the United States since November 21, 2023. There are currently approximately 11,700[7] beneficiaries and approximately 8,900[8] pending applications under Afghanistan's TPS designation. The DHS Office of Homeland Security Statistics estimates an additional 10,900 Afghan nationals have entered the United States since September 20, 2023, and would be newly eligible for TPS if Afghanistan is newly designated.[9]

**Description of Country Conditions:** USCIS recently reviewed conditions in Afghanistan. Last year, DOS reviewed conditions prior to issuing its November 20, 2024 recommendation. In addition, DOS provided an updated recommendation which DHS received on March 18, 2025. The full USCIS and DOS reports can be found in Attachments B, C and D, respectively, and a synopsis follows.

---

[4] *See* Attachment C: DOS Recommendation and Country Conditions Report on TPS for Afghanistan. The previous administration called such a new designation a "redesignation," but that term is not found in INA sec. 244.

[5] *See Designation of Afghanistan for Temporary Protected Status*, 87 FR 30976 (May 20, 2022).

[6] *See Extension and Redesignation of Afghanistan for Temporary Protected Status*, 88 FR 65728 (Sep. 25, 2023).

[7] Estimate as of Feb. 5, 2025.

[8] Estimate as of Feb. 5, 2025.

[9] Estimate as of Oct. 21, 2024.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 3

Currently, armed conflict, primarily between the Taliban and ISIS-K, a Foreign Terrorist Organization (FTO), continues as a source of violence and instability in certain parts of the country. ISIS-K conducts attacks against Taliban fighters, civilians, and protected sites, targeting various communities, and causing numerous civilian casualties.[10] Taliban forces have also clashed with resistance fighters in Panjshir Province, Iranian security forces in the west, and Pakistani forces along the Durant line.[11] The Sunni-backed Islamic State Khorasan Province (ISKP) has continued deadly attacks on the local population of Afghan civilians, specifically targeting the minority Hazara group in urban areas, using improvised explosive device and suicide attacks.[12]

Regarding extraordinary and temporary conditions, human rights violations, such as use of torture in detention, killings, abductions, and enforced disappearances, continue to be committed by the Taliban against civilians.[13] Reports indicate that the Taliban has been specifically targeting individuals associated with the former Afghan government, police, and military personnel as well as their families.[14]

Improvements

The overall security situation in Afghanistan has evolved. The Taliban have been actively fighting back against the various terrorist groups within its borders and claim to be eliminating ISIS-K.[15] In September 2024, the United States Institute of Peace noted a decrease in armed conflict since the end of the Taliban's insurgency.[16] While threats of violence

---

[10] *See* Attachment C: DOS Recommendation and Country Conditions Report on TPS for Afghanistan.

[11] Regional Overview: South Asia and Afghanistan 5-11 March 2022, ACLED, Mar. 2022, available at: https://acleddata.com/2022/03/16/regional-overview-south-asia-and-afghanistan-5-11-march-2022/ (last visited Nov. 26, 2024); Regional Overview: South Asia and Afghanistan 19-25 February, ACLED, Feb. 2022, available at: https://acleddata.com/2022/03/03/regional-overview-south-asia-and-afghanistan-19-25-february-2022/ (last visited Nov. 26, 2024); Jon Gambrell, Iran, *Taliban exchange heavy gunfire in conflict over water rights on Afghan border,* PBS News, May 27, 2023, available at: https://www.pbs.org/newshour/world/iran-taliban-exchange-heavy-gunfire-in-conflict-over-water-rights-on-afghan-border (last visited Nov. 26, 2024).

[12] Country Guidance: Afghanistan, European Union Agency for Asylum (EUAA), p.64, 112, May 2024, available at: https://euaa.europa.eu/publications/country-guidance-afghanistan-may-2024 (last visited Nov. 26, 2024).

[13] Country Guidance: Afghanistan, European Union Agency for Asylum (EUAA), p.19, May 2024, available at: https://euaa.europa.eu/publications/country-guidance-afghanistan-may-2024 (last visited Nov. 26, 2024).

[14] Barbara Marcolini, Sanjar Sohail & Alexander Stockton, *The Taliban Promised Them Amnesty. Then They Executed Them,* The New York Times, Apr. 12, 2022, available at: https://www.nytimes.com/interactive/2022/04/12/opinion/taliban-afghanistan-revenge.html (last visited Nov. 26, 2024); Monika Evstatieva, *Three years after the U.S. withdrawal, former Afghan forces are hunted by the Taliban,* NPR, Sep. 25, 2024, available at: https://www.npr.org/2024/09/25/nx-s1-5099028/former-afghan-army-and-police-hunted-by-the-taliban (last visited Nov. 26, 2024).

[15] Instability in Afghanistan, Global Conflict Tracker, Center for Preventative Action, February 12, 2025, available at: https://www.cfr.org/global-conflict-tracker/conflict/war-afghanistan (last visited: Feb. 27, 2025).

[16] Belquis Ahmadi, Joyana Richer, Jill Baggerman, William Byrd, Ph.D. & Scott Worden, *Where is Afghanistan Three Years into Taliban Rule?,* United States Institute of Peace, September 19, 2024, available at: https://www.usip.org/publications/2024/09/where-afghanistan-three-years-taliban-rule (last visited Feb. 24, 2025).

PRE-DECISIONAL/DELIBERATIVE

4389

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 4

and terrorism remain, large-scale violence is at its lowest level in decades,[17] and Afghanistan's streets are reportedly safer.[18]

Despite Afghanistan's population growing to an estimated 44.5 million, the number of those in need of assistance has since declined to 23.7 million this year, a decrease from the more than 29 million Afghan nationals reported the previous year.[19] Furthermore, in 2023 and 2024, Afghanistan's economy began to show a GDP growth of 2.7% which was primarily driven by private consumption.[20] This sign of recovery, coupled with falling food prices, higher remittances, and ongoing humanitarian aid, has contributed to a gradual improvement in household welfare, particularly in rural areas.[21]

The Taliban government is promoting tourism to shift its global image. Tourism is on the rise while kidnappings are down.[22] Foreign visitors, particularly from China, have increased by 913% since the Taliban took control of the country in August 2021.[23] Tourists are sharing their experiences on social media, highlighting the peaceful countryside, welcoming locals, and the cultural heritage, according to reports by South China Morning Post (SCMP).[24]

Generally, a citizen of a foreign country who wishes to travel to the United States for a temporary stay must first obtain a nonimmigrant visa by showing an intent to return to their home country. In 2023, approximately 2,700 Afghan nationals were issued a nonimmigrant visa,

---

[17] Belquis Ahmadi, Joyana Richer, Jill Baggerman, William Byrd, Ph.D. & Scott Worden, *Where is Afghanistan Three Years into Taliban Rule?*, United States Institute of Peace, September 19, 2024, available at: https://www.usip.org/publications/2024/09/where-afghanistan-three-years-taliban-rule (last visited Feb. 24, 2025).
[18] Belquis Ahmadi, Joyana Richer, Jill Baggerman, William Byrd, Ph.D. & Scott Worden, *Where is Afghanistan Three Years into Taliban Rule?*, United States Institute of Peace, September 19, 2024, available at: https://www.usip.org/publications/2024/09/where-afghanistan-three-years-taliban-rule (last visited Feb. 24, 2025).
[19] Akmal Dawi, *Humanitarian Needs in Afghanistan Improve Slightly, Millions Still in Crisis*, Voice of American (VOA), Mar. 25, 2024, available at https://www.voanews.com/a/humanitarian-needs-in-afghanistan-improve-slightly-millions-still-in-crisis/7542014.html (last visited Feb. 24, 2025).
[20] *The World Bank in Afghanistan: Overview*, World Bank Group, February 09, 2025, available at https://www.worldbank.org/en/country/afghanistan/overview (last visited Feb. 24, 2025).
[21] *The World Bank in Afghanistan: Overview*, World Bank Group, February 09, 2025, available at https://www.worldbank.org/en/country/afghanistan/overview (last visited Feb. 24, 2025); *Afghanistan Development Update*, The World Bank, Dec. 2024, pg.12, available at https://thedocs.worldbank.org/en/doc/126f9684f0c7ff20248c0c7bf45ccccd-0310012024/afghanistan-development-update-december-2024 (last visited Feb. 24, 2025).
[22] Belquis Ahmadi, Joyana Richer, Jill Baggerman, William Byrd, Ph.D. & Scott Worden, *Where is Afghanistan Three Years into Taliban Rule?*, United States Institute of Peace, September 19, 2024, available at https://www.usip.org/publications/2024/09/where-afghanistan-three-years-taliban-rule (last visited Feb. 24, 2025).
[23] *Chinese tourists are now travelling to… Afghanistan?!*, Travel Weekly Asia, Nov. 13, 2024, available at https://www.travelweekly-asia.com/Destination-Travel/Chinese-tourists-are-now-travelling-to-Afghanistan (last visited Feb 24, 2025).
[24] *Chinese tourists are now travelling to… Afghanistan?!*, Travel Weekly Asia, Nov. 13, 2024, available at https://www.travelweekly-asia.com/Destination-Travel/Chinese-tourists-are-now-travelling-to-Afghanistan (last visited Feb 24, 2025).

PRE-DECISIONAL/DELIBERATIVE

4390

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 5

an increase from the approximate 1,800 in 2022.[25]  In 2024, approximately 4,300 Afghan nationals residing in Afghanistan were also admitted to the United States as nonimmigrants, demonstrating an increase from 2023 of 3,400 Afghan nationals.[26]

<u>TPS and Alignment with National Interest</u>
By statute, the Secretary is prohibited from designating a country for TPS or extending a TPS designation on the basis of extraordinary and temporary conditions if she finds that "permitting the aliens to remain temporarily in the United States is contrary to the national interest of the United States."[27]

"National interest" is an expansive standard that may encompass an array of broad considerations, including foreign policy, public safety (e.g., potential nexus to criminal gang membership), national security, migration factors (e.g., pull factors), immigration policy (e.g., enforcement prerogatives), and economic considerations (e.g., adverse effects on U.S. workers, impact on U.S. communities).[28]  Determining whether permitting a class of aliens to remain temporarily in the United States is contrary to the U.S. national interest therefore calls upon the Secretary's expertise and discretionary judgment, informed by her consultations with appropriate U.S. Government agencies.  Additionally, Executive Order 14150, "America First Policy Directive to the Secretary of State" (January 20, 2025), assists in further explaining "national interest," as the EO clearly sets out the President's vision that "the foreign policy of the United States shall champion core American interests and always put America and American citizens first."[29]

Regarding public and national security, DHS records indicate that there are Afghan nationals who are TPS recipients who have been the subject of administrative investigations for fraud, public safety, and national security.  There are currently 472 Afghan nationals in Immigration and Customs Enforcement (ICE) custody.  As of March 03, 2025, 30 aliens have been removed to Afghanistan between September 25, 2023 and March 2, 2025.  Additionally, as of February

---

[25] Report of the Visa Office 2023, DOS's Bureau of Consular Affairs, Mar. 05, 2025. Entry/Exit Overstays Report, DHS's USCIS's Policy Research Division, Mar. 05, 2025.

[26] Data provided may include Afghan nationals who had multiple entries under one visa type. Entry/Exit Overstays Report, DHS's USCIS's Policy Research Division, Mar. 05, 2025.

[27] *See* INA 244(b)(1), 8 U.S.C. 1254a(b)(1).

[28] *See, e.g., Poursina* v. *USCIS,* 936 F.3d 868, 874 (9th Cir. 2019) (observing, in an analogous INA context, "that the 'national interest' standard invokes broader economic and national-security considerations, and such determinations are firmly committed to the discretion of the Executive Branch—not to federal courts" (citing *Trump* v. *Hawaii,* 585 U.S. 667, 684-86 (2018)); *Flores* v. *Garland,* 72 F.4th 85, 89-90 (5th Cir. 2023) (same); *Brasil* v. *Sec'y, Dep't of Homeland Sec.,* 28 F.4th 1189, 1193 (11th Cir. 2022) (same); *cf. Matter of D-J-,* 23 I&N Dec. 572, 579-81 (A.G. 2003) (recognizing that taking measures to stem and eliminate possible incentives for potential large-scale migration from a given country is "sound immigration policy" and an "important national security interest"); *Matter of Dhanasar,* 26 I&N Dec. 884, 890-91 (AAO 2016) (taking into account impact on U.S. workers in "national interest" assessments).

[29] *See America First Policy Directive to the Secretary of State,* Executive Order 14150, 90 FR 8337 (Jan. 29, 2025), available at: https://www.whitehouse.gov/presidential-actions/2025/01/america-first-policy-directive-to-the-secretary-of-state/ (last visited on Feb. 24, 2025).

PRE-DECISIONAL/DELIBERATIVE

4391

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 6

20, 2025, ICE reports that 31 aliens have been flagged in DHS systems as a known suspected terrorist.[30] According to a criminal complaint filed by the Department of Justice, on October 07, 2024, an Afghan national was arrested and charged with conspiring to conduct an Election Day terrorist attack in the United States on behalf of the Islamic State of Iraq and al-Sham (ISIS), a designated foreign terrorist organization.[31] The criminal complaint highlights that the Afghan national entered the United States on September 09, 2021, as a Special Immigrant Visa holder SIV with parole pending adjudication of his immigration proceedings.[32] These issues underscore a potential conflict with the national interest.

Although congressional appropriations initially provided access to specific federal benefits for Afghan parolees for a limited period of time after arrival into the United States,[33] these benefits would be limited based on the duration of time in the United States while in that status.[34,35,36] Additionally, in 2023, approximately 2,700 nonimmigrant visas were issued to Afghan nationals of which approximately 250 were reported as overstays.[37] As such, there appears to be a conflict with the national interest.

Regarding foreign policy, DOS' recommendation, dated November 20, 2024, included with Attachment C, indicates that it is not contrary to the national interest of the United States to permit those who would meet the eligibility requirements of TPS to remain in the United States

---

[30] Since some Afghans have multiple A-numbers, it is possible that there are fewer than 31 aliens with a flag for KST record.

[31] *Afghan National Arrested for Plotting an Election Day Terrorist Attack in the Name of ISIS*, Press Release, Office of Public Affairs, U.S. Department of Justice, October 08, 2024, available at:
https://www.justice.gov/archives/opa/pr/afghan-national-arrested-plotting-election-day-terrorist-attack-name-isis
(last visited Feb. 24, 2024);  Eric Tucker, *FBI arrests man for plotting Election Day attack in the U.S.*, Associated Press, October 09, 2024, available at: https://www.pbs.org/newshour/politics/fbi-arrests-man-for-plotting-election-day-attack-in-the-u-s (last visited Feb. 24, 2024).

[32] *Afghan National Arrested for Plotting an Election Day Terrorist Attack in the Name of ISIS*, Press Release, Office of Public Affairs, U.S. Department of Justice, October 08, 2024, available at:
https://www.justice.gov/archives/opa/pr/afghan-national-arrested-plotting-election-day-terrorist-attack-name-isis
(last visited Feb. 24, 2024); Eric Tucker, *FBI arrests man for plotting Election Day attack in the U.S.*, Associated Press, October 09, 2024, available at: https://www.pbs.org/newshour/politics/fbi-arrests-man-for-plotting-election-day-attack-in-the-u-s (last visited Feb. 24, 2024).

[33] *See* the Afghanistan Supplemental Appropriations Act, 2022; the Additional Afghanistan Supplemental Appropriations Act, 2022; the Continuing Appropriations and Ukraine Supplemental Appropriations Act, 2023; and the Consolidated Appropriations Act, 2023.

[34] Afghan Eligibility for Selected Benefits Based on Immigration Status: In Brief, Congressional Research Service, Updated January 18, 2023, available at: https://crsreports.congress.gov/product/pdf/R/R46950/6 (last visited Feb 21, 2025).

[35] Overview of Immigrant Eligibility for Federal Programs, Table 1, National Immigration Law Center, Revised October 2021, available at: https://www.nilc.org/wp-content/uploads/2015/11/tbl1_ovrvw-fed-pgms.pdf, (last visited Feb. 21, 2025).

[36] *See* the Office of Refugee Resettlement's eligibility criteria as listed in Policy Letter 16-01:
https://acf.gov/orr/policy-guidance/status-and-documentation-requirements-orr-refugee-resettlement-program

[37] Report of the Visa Office 2023, DOS's Bureau of Consular Affairs, Mar. 05, 2025. Entry/Exit Overstays Report, DHS's USCIS's Policy Research Division, Mar. 05, 2025.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 7

temporarily.[38] This recommendation has since been superseded by Secretary Rubio's letter received on March 18, 2025 that finds that it is contrary to the national interest to permit Afghan nationals with TPS to remain in the United States.

*Options*

Your options include the following actions:

1)

2)

3) *Terminate Afghanistan's Designation for TPS; OR*
   - If you determine that Afghanistan no longer continues to meet the statutory requirements for its TPS designation and/or is contrary to the national interest, you must terminate TPS for Afghanistan. Termination would end TPS benefits for existing Afghan TPS beneficiaries after notice in the *Federal Register*. Upon the termination of TPS benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work and remain in the United States. They may, however,

---

[38] *See* Attachment C.

[39] In certain circumstances, aliens may apply for TPS for the first time during an extension of the country's TPS designation period. The alien must qualify to file their application late and must independently meet all the TPS eligibility requirements.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 8

apply for any other immigration benefits for which they may be otherwise eligible (e.g., asylum, lawful permanent residence, etc.).

- If you decide to terminate Afghanistan's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension.

4)

**Signature Level Justification:** The decision to designate any foreign state (or part thereof) is a discretionary decision, and there is no judicial review of any determination with respect to the designation, termination, or extension of a designation.[40] At least 60 days before the expiration of a foreign state's TPS designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign state designated for TPS to determine whether they continue to meet the conditions for the TPS designation.[41]

**Timeliness:** You are required by statute to decide whether to extend or terminate an existing TPS designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[42] For Afghanistan's designation, which expires on May 20, 2025, you must make a decision by March 21, 2025, or the automatic extension occurs. You are further required to provide timely notice of your decision through publication in the *Federal Register*.[43] Your earliest decision will facilitate

---

[40] INA sec. 244(b)(5)(A), 8 U.S.C. 1254a(b)(5)(A).
[41] INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).
[42] *See* INA sec. 244(b)(3)(A), (C).
[43] *See* INA sec. 244(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

4394

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY
**Temporary Protected Status for Afghanistan**
Page 9

publication of the *Federal Register* notice, which communicates policy and appropriate procedures for TPS beneficiaries, their employers, and benefit-granting agencies.

4395

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 10

**USCIS Recommendation:** Following a review of the material from DOS as well as a review of the reporting discussed above, and noting improvements in the conditions and the discussion about the national interest of the United States, USCIS believes that either of the following options are defensible in reviewing the record:

- On the basis of no longer meeting the 'extraordinary and temporary conditions' standard, you could terminate TPS for Afghanistan because it is contrary to the national interest to allow Afghan nationals with TPS to remain in the United States;
- On the basis of ongoing armed conflict in Afghanistan, you could a) terminate TPS for Afghanistan, or b) ███████████████████████████

USCIS recommends that TPS for Afghanistan be terminated. ███████████████

**Secretary's Decision:**

1. ████████████████

   Approve/date_____

   ████████████████

   Approve/date_____

2. ████████████████

   ████████████████

   Approve/date_____

3. Terminate:

   Terminate Afghanistan's designation on the basis of no longer meeting the extraordinary and temporary conditions statutory standard

   Approve/date _~~signature~~_ 3-21-25

4396

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Afghanistan**
Page 11

Terminate Afghanistan's designation on the basis of improved conditions as it relates to ongoing conflict

Approve/date _____

3-21-25

4. ██████

████████████████████████████████████

Approve/date _____

████████████████████████████████████

████████████████████████████████

Approve/date _____

**Attachments:**

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS Country Conditions Report on TPS for Afghanistan, USCIS Afghanistan: Temporary Protected Status (TPS) Considerations (Addendum) |
| Attachment C: | DOS Recommendation and Country Conditions Report on TPS for Afghanistan |
| Attachment D: | DOS Recommendation from Secretary Marco Rubio |

4397