# EXHIBIT G

PRE-DECISIONAL/DELIBERATIVE

UNCLASSIFIED // FOR OFFICIAL USE ONLY

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009



U.S. Citizenship
and Immigration
Services

April 3, 2025

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:         Kika M. Scott
              Senior Official Performing the Duties of Director

SUBJECT:      **Temporary Protected Status for Cameroon**

**Purpose:** U.S. Citizenship and Immigration Services (USCIS) has completed a review of the country conditions in Cameroon to inform the consideration of the TPS action and is presenting a recommendation of termination for your consideration. Cameroon's existing designation for Temporary Protected Status (TPS) will expire on June 7, 2025. At least 60 days before a TPS designation expires, the Secretary, after consultation with appropriate U.S. Government agencies, is required to review the conditions in a country designated for TPS to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[1] If the Secretary determines that the country no longer meets the statutory conditions for designation, she shall terminate the designation.[2] If the Secretary does not make a timely decision about whether the country continues to meet the conditions for TPS designation, the designation is automatically extended for an additional period of at least six months.[3]

As part of the review process, USCIS consulted with the Department of State (DOS). In this matter, we received a recommendation and report dated December 2, 2024, and were unable to obtain a more recent recommendation. Based on the DOS country conditions report, which relied largely on uncited sources, the former Secretary of State recommended a 12-month extension of TPS for Cameroon on the basis of ongoing armed conflict and extraordinary and temporary conditions.[4] For

---

[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A). *See also* Attachment A: Temporary Protected Status Legal Authority.
[2] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(B). *See also* Attachment A: Temporary Protected Status Legal Authority.
[3] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(C). *See also* Attachment A: Temporary Protected Status Legal Authority.
[4] *See* Attachment C: DOS Recommendation and Country Conditions Report on TPS for Cameroon.

PRE-DECISIONAL/DELIBERATIVE

CMR Termination AR - 3047

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 2

the reasons set forth below, we disagree that ample information on the current country conditions in Cameroon is presently available to support such a recommendation.

**TPS Overview:** Cameroon was initially designated for TPS on June 7, 2022, based on ongoing armed conflict and extraordinary and temporary conditions in Cameroon that prevented nationals of Cameroon from returning in safety.[5] Following the initial designation, DHS extended and newly designated Cameroon for 18 months, beginning on December 8, 2023 and ending on June 7, 2025, based on ongoing armed conflict and extraordinary and temporary conditions.[6]

To be eligible for TPS under Cameroon's designation, along with meeting the other eligibility requirements, aliens must have continuously resided in the United States since October 5, 2023, and have been continuously physically present in the United States since December 8, 2023. There are currently approximately 5,000[7] beneficiaries and approximately 1,200[8] pending applications under Cameroon's TPS designation. The DHS Office of Homeland Security Statistics has estimated that an additional 9,300[9] nationals of Cameroon who have entered the United States since October 5, 2023, could become newly eligible for TPS if Cameroon is newly designated.

**Description of Country Conditions:** USCIS recently reviewed conditions in Cameroon. Last year, DOS reviewed conditions prior to issuing its December 4, 2024 recommendation. The full USCIS and DOS reports can be found in Attachments B, C, and D, and a synopsis follows.

Cameroon is currently experiencing two conflicts that are limited to two separate parts of the country: (1) In the Far North region, the government is dealing with extremist insurgency groups, such as Boko Haram,[10] near the Lake Chad area, and (2) in the Northwest and Southwest regions, an ongoing armed conflict persists between the Anglophone (English-speaking) separatists and the Francophone (French-speaking) central government of Cameroon.[11] In January 2024, Cameroon was ranked as the 25th highest country experiencing conflict in the world, and by December 24th, 2024, Cameroon was ranked as the 9th highest country experiencing conflict.[12]

---

[5] *See Designation of Cameroon for Temporary Protected Status,* 87 FR 34706 (June 7, 2022).

[6] *See Extension and Redesignation of Cameroon for Temporary Protected Status,* 88 FR 69945 (Oct. 10, 2023).

[7] Estimate as of Mar. 11, 2025.

[8] Estimate as of Mar. 11, 2025.

[9] Estimate as of April 4, 2025.

[10] Curbing Feuds over Water in Cameroon's Far North, International Crisis Group, April 25, 2024, available at https://www.crisisgroup.org/africa/central-africa/cameroon/b197-curbing-feuds-over-water-cameroons-far-north (last visited Feb. 3, 2025).

[11] A Second Look at Cameroon's Anglophone Special Status, International Crisis Group, Mar. 31, 2023, available at https://www.crisisgroup.org/africa/central-africa/cameroon/b188-second-look-cameroons-anglophone-special-status (last visited Feb. 3, 2025).

[12] Armed Conflict Location & Event Data , ACLED Conflict Index Results, January 2024, available at https://acleddata.com/conflict-index/index-january-2024/ (last visited Feb. 13, 2025); Armed Conflict Location & Event Data, ACLED Conflict Index Results, December 2024, available at https://acleddata.com/conflict-index/ (last visited Feb. 13, 2025).

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 3

Regarding extraordinary and temporary conditions, in the Northwest and Southwest Regions, acts of violence, including kidnapping for ransom, sexual assault, roadside ambushes and robberies, use of improvised explosive devices and murder have occurred.[13] Security force operations, curfews and movement restrictions, and attacks by armed militants can take place at any time throughout these regions, including in urban areas.[14]

Improvements

The total number of people currently needing humanitarian assistance in Cameroon has decreased from 2023, and the number of forcibly displaced individuals is expected to progressively decrease to 1.4 million by the end of 2026.[15]

Last year, Cameroon benefited from initiatives led by the Economic Community of West African States (ECOWAS) Peace and Security Architecture.[16] These initiatives resulted in major headway in promoting women's roles in conflict resolution.[17] Additionally, the International Organization for Migration (IOM) has played a critical role in promoting the women, peace and security priorities in Cameroon and has "initiated transformative actions that empower women in disarmament, demobilization and reintegration processes."[18]

While education continues to be disrupted in some areas in Cameroon, the total number of schools currently operational in the Northwest and Southwest regions has increased from previous years,

---

[13] Cameroon Travel Advisory, U.S. Department of State, December 18, 2024, available at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/cameroon-travel-advisory.html (last visited Mar. 19, 2025.)

[14] Cameroon Travel Advisory, U.S. Department of State, December 18, 2024, available at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/cameroon-travel-advisory.html (last visited Mar. 19, 2025.)

[15] UN Office for the Coordination of Humanitarian Affairs, Cameroon: Humanitarian Dashboard (January to December 2023), December 2023, available at https://www.unocha.org/publications/report/cameroon/cameroon-humanitarian-dashboard-january-december-2023#:~:text=An%20estimated%204.7%20million%20people.and%20required%20US%24407.3million (last visited Feb. 18, 2025;) Cameroon Multi-Country Office, UNHCR, December 2024, available at https://reporting.unhcr.org/operational/operations/cameroon-multi-country-office#:~:text=To%20enable%20refugees%20and%20asylum,UNHCR%20supervisory%20and%20coordination%20functions (last visited Mar. 3, 2025.)

[16] Women, Peace, and Security in Cameroon: Bridging gaps for lasting change, Sept. 27, 2024, available at https://www.iom.int/news/women-peace-and-security-cameroon-bridging-gaps-lasting-change (last visited Mar. 12, 2025)

[17] Women, Peace, and Security in Cameroon: Bridging gaps for lasting change, Sept. 27, 2024, available at https://www.iom.int/news/women-peace-and-security-cameroon-bridging-gaps-lasting-change (last visited Mar. 12, 2025)

[18] Women, Peace, and Security in Cameroon: Bridging gaps for lasting change, Sept. 27, 2024, available at https://www.iom.int/news/women-peace-and-security-cameroon-bridging-gaps-lasting-change (last visited Mar. 12, 2025)

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 4

resulting in an improvement of over 18% from the previous school year.[19] This increase can be partly attributed to "the gradual improvement in the security situation in certain areas."[20]

Generally, a citizen of a foreign country who wishes to travel to the United States for a temporary stay must first obtain a nonimmigrant visa by showing an intent to return to their home country. In 2024, approximately 12,200 Cameroonian nationals were issued a nonimmigrant visa, an increase from approximately 10,600 in 2023. In 2024, there were approximately 15,500 nonimmigrant admissions from nationals of Cameroon, demonstrating an increase from 2023 of approximately 2,000 admissions.[21]

Additionally, Immigration and Customs Enforcement (ICE) is currently returning Cameroonians to Cameroon. ICE has removed approximately 70 Cameroonians since its initial TPS designation in June 2022, with 10 Cameroonians removed in 2025.[22]

TPS and Alignment with National Interest

By statute, the Secretary is prohibited from designating a country for TPS or extending a TPS designation on the basis of extraordinary and temporary conditions if she finds that "permitting the aliens to remain temporarily in the United States is contrary to the national interest of the United States."[23]

"National interest" is an expansive standard that may encompass an array of broad considerations, including foreign policy, public safety (e.g., potential nexus to criminal gang membership), national security, migration factors (e.g., pull factors), immigration policy (e.g., enforcement prerogatives), and economic considerations (e.g., adverse effects on U.S. workers, impact on U.S. communities). Determining whether permitting a class of aliens to remain temporarily in the United States is contrary to the U.S. national interest therefore calls upon the Secretary's expertise and discretionary judgment, informed by her consultations with appropriate U.S. Government agencies. Additionally, Executive Order 14150, "America First Policy Directive to the Secretary of State" (January 20, 2025), assists in further explaining "national interest", as the EO clearly sets out the President's vision that "the foreign policy of the United States shall champion core American interests and always put America and American citizens first."

---

[19] United Nations Office for the Coordination of Humanitarian Affairs, Humanitarian Needs Overview Cameroon, April 2024, p. 46, available at https://reliefweb.int/report/cameroon/cameroon-humanitarian-needs-overview-hno-2024-glance (last visited Feb. 18, 2025)

[20] United Nations Office for the Coordination of Humanitarian Affairs, Humanitarian Needs Overview Cameroon, April 2024, p. 46, available at https://reliefweb.int/report/cameroon/cameroon-humanitarian-needs-overview-hno-2024-glance (last visited Feb. 18, 2025)

[21] Note: Aliens may have entered into the United States multiple times using same nonimmigrant visa, and the visa may have been issued in previous years.

[22] Statistic obtained from OP&S' Policy Research Division on Mar. 19, 2025 based on ICE data.

[23] See INA 244(b)(1), 8 U.S.C. 1254a(b)(1).

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

CMR Termination AR - 3050

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 5

Regarding public and national security, DHS records indicate that there are Cameroonian nationals who are TPS recipients who have been the subject of administrative investigations for fraud, public safety and national security. Of the current 5,000 TPS recipients and 1,200 aliens with pending TPS Cameroon applications, there are 20 national security records, 299 fraud records, and 14 public safety records. None are known or suspected terrorists.

Approximately 7,500 nationals of Cameroon have entered the United States since October 5, 2023.[24] Of these new entrants, 3,100 are nonimmigrants in valid status, 500 entered as nonimmigrants but are now out of status, and 2,200 were encountered at a border or port of entry. OHSS also estimates that approximately 1,600 entered the United States irregularly and were not apprehended by U.S. government officials. Overstays and unlawful entry conflict with the national interest.

Regarding foreign policy, the DOS's December 2024 recommendation indicates that it is not contrary to the national interest of the United States to permit those who would meet the eligibility requirements of TPS to remain in the United States temporarily.[25] The DOS report states while the government of Cameroon has made some efforts to stabilize and secure reconstruction of crisis areas, the underlying cause of the crisis has not been resolved.[26] Additionally, DOS recommended a 12-month extension of TPS for Cameroon while noting that the designation of TPS for Cameroon could negatively impact cooperation on areas of mutual interest, such as counterterrorism efforts in the Lake Chad Basin, anti-piracy efforts in the Gulf of Guinea, and other areas of concern.[27] This assessment was prepared in the previous Presidential administration without additional analysis, and no updated assessment has been sent.

*Options*

Your options include the following actions:

1)

---

[24] Estimate as of Nov. 3, 2024.
[25] *See* Attachment C: DOS Recommendation and Country Conditions Report on TPS for Cameroon.
[26] *See* Attachment C: DOS Recommendation on TPS for Cameroon.
[27] *See* Attachment C: DOS Recommendation on TPS for Cameroon.

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 6



2)

3)    *Terminate Cameroon's Designation for TPS*

- If you determine that Cameroon no longer continues to meet the statutory requirements for its TPS designation, you must terminate TPS for Cameroon. Termination would end TPS benefits for existing Cameroonian TPS beneficiaries after notice in the *Federal Register*. Upon the termination of TPS benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work and remain in the United States. They may, however, apply for any other immigration benefits for which they may be otherwise eligible (e.g., asylum, lawful permanent residence, etc.).
- If you decide to terminate Cameroon's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension.

**USCIS Recommendation:** Following a review of the material from DOS as well as a review of the reporting discussed above, and noting improvements in the conditions, USCIS has concluded that TPS for Cameroon should be terminated. Given the preparedness and ability of the government of Cameroon to accept the return of its nationals, USCIS recommends that the statutory minimum of sixty days following publication of the FRN for the effective date of the termination is sufficient for an orderly period of transition.

**Signature Level Justification:** The decision to designate any foreign state (or part thereof) is a discretionary decision, and there is no judicial review of any determination with respect to the

---

[28] Along with an extension of the TPS designation, the statute also provides that the Secretary may newly designate the country for TPS. *See* INA sec. 244(b)(1), 8 U.S.C. 1254a(b)(1).

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 7

designation, termination, or extension of a designation.[29] At least 60 days before the expiration of a foreign state's TPS designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign state designated for TPS to determine whether they continue to meet the conditions for the TPS designation.[30]

**Timeliness:** You are required by statute to decide whether to extend or terminate an existing TPS designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[31] For Cameroon's designation, which expires on June 7, 2025, you must make a decision by April 8, 2025, or the automatic extension occurs. You are further required to provide timely notice of your decision through publication in the *Federal Register*.[32] Your earliest decision will facilitate publication of the *Federal Register* notice, to provide predictability and clarity to TPS beneficiaries, their employers, and benefit-granting agencies.

---

[29] INA sec. 244(b)(5)(A), 8 U.S.C. 1254a(b)(5)(A).
[30] INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).
[31] *See* INA sec. 244(b)(3)(A), (C).
[32] *See* INA sec. 244(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE
UNCLASSIFIED // FOR OFFICIAL USE ONLY

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Temporary Protected Status for Cameroon**
Page 8

**Secretary's Decision:**

1. ██████████████████████████████████████████

   Approve/date_____

2. █████████████████████████████ ██ ██████████

   ████████████████████████ █ ████████████

   Approve/date_____

3. <u>Terminate:</u>  *Terminate Cameroon's designation*

   Approve/date _~~~~~~~~~~~~~_  4-07-25

**Attachments:**

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS Country Conditions Report on TPS for Cameroon |
| Attachment C: | USCIS Country Conditions Report on TPS for Cameroon Addendum |
| Attachment D: | DOS Recommendation and Country Conditions Report on TPS for Cameroon |

UNCLASSIFIED // FOR OFFICIAL USE ONLY