PRE-DECISIONAL/DELIBERATIVE



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

**U.S. Citizenship and Immigration Services**

July 28, 2025

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:        Joseph B. Edlow
             Director

SUBJECT:     **Review of the Designation of Syria for Temporary Protected Status**

---

**Recommendation:** U.S. Citizenship and Immigration Services (USCIS) is recommending termination of the designation of Syria for Temporary Protected Status based on a review of current conditions in the country and an analysis of the statutory bases for which Syria is currently designated for Temporary Protected Status. USCIS has determined that Syria no longer meets the statutory criteria for experiencing ongoing armed conflict that poses a serious threat to the personal safety of Syrian nationals. In addition, USCIS has further assessed that permitting Syrian nationals to remain temporarily in the United States is contrary to the U.S. national interest.

**Purpose:** Syria's designation for Temporary Protected Status will expire on September 30, 2025. At least 60 days before a Temporary Protected Status designation expires, the Secretary is required, after consultation with appropriate U.S. Government agencies, to review the conditions in the country to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[1] If the Secretary determines that the country no longer meets the statutory conditions for designation, she shall terminate the designation.[2] If the Secretary does not make a timely determination about whether the country continues to meet the conditions for the Temporary Protected Status designation, the designation is automatically extended for an additional period of at least six months.[3] A timely decision must be made by August 1, 2025.

---

[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A); *see also* Attachment A: Temporary Protected Status Legal Authority.

[2] *See* INA sec. 244(b)(3)(B).

[3] *See* INA sec. 244(b)(3)(C).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 2

This recommendation is based primarily on USCIS' assessment and consultation with the Department of State. To inform the consideration of the Temporary Protected Status action, USCIS has completed a review of the conditions in Syria and conducted an analysis of factors including fraud, public safety, national security, immigration integrity, and foreign policy. Based on the review and analysis, USCIS determined that Syria no longer meets the statutory criteria for experiencing ongoing armed conflict that poses a serious threat to the personal safety of Syrian nationals and that permitting Syrian nationals to remain temporarily in the United States is contrary to the U.S. national interest. Accordingly, USCIS is presenting a recommendation of termination for your consideration. As part of the review process, USCIS sought concurrence from the U.S. Department of State (State). In State's assessment, it is noted that sanctions on Syria have recently been lifted and that there are no foreign policy concerns with terminating Temporary Protected Status.

Temporary Protected Status, as the name itself makes clear, is an inherently temporary status. Temporary Protected Status designations are time-limited and, as noted above, must be periodically reviewed.

## Background

**Temporary Protected Status Overview**: Syria was initially designated for Temporary Protected Status on March 29, 2012, based on a determination that there are extraordinary and temporary conditions in Syria that prevented nationals of Syria from returning in safety and that permitting such aliens to remain temporarily in the United States would not be contrary to the national interest of the United States.[4] [5] Thereafter, the Secretary extended Temporary Protected Status for Syria from April 1, 2018, to September 30, 2019,[6] from October 1, 2019, to March 31, 2021,[7] from March 31, 2021, to September 30, 2022,[8] and from October 1, 2022, to March 31, 2024[9] based on ongoing armed conflict and extraordinary and temporary conditions. Most recently, former Secretary Mayorkas extended and newly designated Temporary Protected Status for Syria based on ongoing armed conflict and extraordinary and temporary conditions from April 1, 2024, to September 30, 2025.[10]

---

[4] Designation of Syrian Arab Republic for Temporary Protected Status, 77 FR 19026 (Mar. 29, 2012).

[5] Following the initial designation, the Secretary extended and newly designated Syria for Temporary Protected Status three times based on ongoing armed conflict and extraordinary and temporary conditions: (1) from October 1, 2013, to March 31, 2015, 78 FR 36223 (June 17, 2013); (2) from April 1, 2015, to September 30, 2016, 80 FR 245 (Jan. 5, 2015); and (3) from October 1, 2016, to March 31, 2018, 81 FR 50533 (Aug. 1, 2016). The Department referred to these actions as redesignations in the published Federal Register notices.

[6] Extension of the Designation of Syria for Temporary Protected Status, 83 FR 9329 (Mar. 5, 2018).

[7] Extension of the Designation of Syria for Temporary Protected Status, 84 FR 49751 (Sept. 23, 2019).

[8] Extension and Redesignation of Syria for Temporary Protected Status, 86 FR 14946 (Mar. 19, 2021).

[9] Extension and Redesignation of Syria for Temporary Protected Status, 87 FR 46982 (Aug. 1, 2022).

[10] Extension and Redesignation of Syria for Temporary Protected Status, 89 FR 5562 (Jan. 29, 2024).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 3

To be eligible for Temporary Protected Status under Syria's current designation, along with meeting the other eligibility requirements,[11] aliens must have continuously resided in the United States since January 25, 2024, and have been continuously physically present in the United States since April 1, 2024.[12] There are currently approximately 6,071[13] beneficiaries and approximately 1,000[14] pending applications under Syria's Temporary Protected Status designation.[15]

**Description of Country Conditions:** Syria's current Temporary Protected Status designation is based on the "ongoing armed conflict"[16] and "extraordinary and temporary conditions"[17] grounds in the statute.

With regard to ongoing armed conflict, the Temporary Protected Status statute provides that the Secretary, after consultation with appropriate agencies of the government, may designate a foreign state for Temporary Protected Status if it is determined that there is ongoing armed conflict within the state and, due to such conflict, requiring aliens who are nationals of that state to return would pose a serious threat to their personal safety. After reviewing current country conditions in Syria, USCIS has determined that the situation no longer meets the criteria for an ongoing armed conflict that poses a serious threat to the personal safety of Syrian nationals.

With regard to extraordinary and temporary conditions, the Temporary Protected Status statute provides that the Secretary, after consultation with appropriate agencies of the government, may designate a foreign state for Temporary Protected Status if it is determined that extraordinary and temporary conditions exist in that state which prevent nationals from returning in safety, unless permitting them to remain temporarily in the United States would be contrary to the national interest.[18] As part of this two-part analysis, USCIS first examined country conditions to determine whether such extraordinary and temporary conditions exist before turning to the question of whether continued designation would conflict with the U.S. national interest. USCIS conducted a thorough review of country conditions, and while extraordinary and temporary conditions continue to exist in Syria, recent improvements suggest that these conditions may no longer hinder the safe return of aliens to the country. Additionally, USCIS concluded that extending the Temporary Protected Status designation for Syria would be inconsistent with the national interest of the United States.

---

[11] *See* INA sec. 244(c); 8 U.S.C. 1254a(c)

[12] *See* INA sec. 244(c)(1)(A);8 U.S.C. 1254a(c)(1)(A)

[13] Estimate as of July 11, 2025.

[14] Estimate as of July 11, 2025.

[15] The DHS Office of Homeland Security Statistics has estimated that an additional 2,300 nationals of Syria who have entered the United States since January 25, 2024, could become newly eligible for TPS if Syria is newly designated. Estimate as of June 12, 2025.

[16] INA sec. 244(b)(1)(A).

[17] INA sec. 244(b)(1)(C).

[18] *See* INA 244(b)(1)(C).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 4


From 2011 to 2024, civil war in Syria displaced more than half of Syria's population, killed more than half a million people, destroyed critical infrastructure, and significantly weakened Syria's economy.[19] Most recently, the majority of active hostilities in the country are confined to the northwest and parts of the northeast. In March 2025, violence erupted in predominantly Alawite-populated areas of northwest Syria, during which armed groups killed civilians.[20] Factionalized fighting has made space for the self-proclaimed Islamic State to maintain a presence and launch attacks.[21] However, the widespread violence and armed conflict that was once commonplace has stabilized in many parts of Syria.[22] The Syrian government maintains control over the majority of the country's population centers, and although most Syrians require some form of humanitarian assistance, this does not prevent nationals from returning in safety, as evidenced by the U.N. High Commissioner for Refugees estimate that "more than 2 million Syrians have returned home since December [2024], including nearly 600,000 from neighboring countries and just under 1.5 million who were displaced in other parts of Syria."[23] In addition, on March 10, 2025, the Syrian Democratic Forces, (the Kurdish-led armed group that controls Syria's northeast) signed a landmark deal with the interim government under which Syrian Democratic Forces would merge with the new Syrian army.[24] While Syria's economy shrunk significantly during the civil war, it now shows signs of recovery with easing of sanctions, and the current government is trying to attract much-needed foreign investment and aid commitments to support economic recovery.[25]

There have also been improvements in Syria's political and financial outlook as a result of the fall of the Assad regime and other developments. On December 8, 2024, the Bashar al-Assad regime fell following a ten-day offensive carried out by opposition forces, Islamist militant group Hayat Tahrir al-Sham and the Turkish-backed Syrian National Army.[26] The interim President Ahmed al-Sharaa is taking steps to establish governing infrastructure. On March 29, 2025, President Ahmed al-Sharaa announced the formation of a 23-member cabinet to replace the caretaker government that had been in place since December 2024, immediately after the fall of Bashar al-Assad's

---

[19] Library of Congress, Congressional Research Service, "Syria: Transition and U.S. Policy" Mar. 11, 2025, https://www.congress.gov/crs-product/RL33487.

[20] Library of Congress, Congressional Research Service, "Syria: Transition and U.S. Policy," Mar. 11, 2025, https://www.congress.gov/crs_external_products/RL/PDF/RL33487/RL33487.174.pdf.

[21] Council on Foreign Relations, "Conflict in Syria" May 14, 2025, https://www.cfr.org/global-conflict-tracker/conflict/conflict-syria.

[22] Council on Foreign Relations, "Conflict in Syria" May 14, 2025, https://www.cfr.org/global-conflict-tracker/conflict/conflict-syria.

[23] UNHCR, "In Syria, UNHCR's Grandi urges more support for refugees returning home" June 20, 2025, https://www.unhcr.org/us/news/stories/syria-unhcr-s-grandi-urges-more-support-refugees-returning-home.

[24] International Crisis Group, "A Glimmer of Peace in Syria's Northeast" Mar. 28, 2025, http://crisisgroup.org/middle-east-north-africa/east-mediterranean-mena/syria-iraq-turkiye-united-states/glimmer-peace-syrias-north-east.

[25] World Bank, "New World Bank Report Highlights Syria's Economic Challenges and Recovery Prospects for 2025" July 7, 2025, https://www.worldbank.org/en/news/press-release/2025/07/07/-new-world-bank-report-highlights-syria-s-economic-challenges-and-recovery-prospects-for-2025.

[26] *Id.*

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 5

regime.[27] This announcement followed a constitutional declaration two weeks earlier, which established a transitional legal framework for the post-Assad era.[28] On May 14, 2025, President Trump met with interim President Ahmed al-Sharaa in Saudi Arabia and announced that he would be lifting sanctions and normalizing relations with Syria.[29] On May 15, 2025, Secretary Rubio met with Syrian Foreign Minister al-Shaibani in Türkiye and affirmed the U.S.'s support for sanctions relief to stabilize Syria.[30] On May 23, 2025, the Department of the Treasury's Office of Foreign Assets Control issued Syria General License 25 to provide immediate sanctions relief for Syria in line with President Trump's announcement for the cessation of all sanctions on Syria.[31] That same day, the Department of the Treasury's Financial Crimes Enforcement Network announced exceptive relief that permits covered financial institutions to open and maintain correspondent accounts for the Commercial Bank of Syria under certain conditions.[32] State concurrently issued a waiver under the Caesar Syria Civilian Protection Act that would enable foreign partners, allies, and the region to further unlock Syria's potential.[33] On June 30, 2025, President Trump issued an Executive Order revoking six previous Syria-related Executive Orders that imposed comprehensive economic and financial sanctions and ended the national emergency declared under those orders.[34] On July 3, 2025, Secretary Rubio had a call with Syrian Foreign Minister al-Shaibani regarding sanctions relief, domestic and United Nations terrorist designations, and several topics related to foreign relations.[35] Following President Trump's instructions in the June 30, 2025 Executive Order, on July 7, 2025, State announced the revocation of the Foreign Terrorist Organization designation of al-Nusrah Front, also known as Hay'at Tahrir al-Sham, effective July 8, 2025.[36]

---

[27] International Crisis Group, "What Lies in Store for Syria as a New Government Takes Power?" Apr. 25, 2025, https://www.crisisgroup.org/middle-east-north-africa/east-mediterranean-mena/syria/what-lies-store-syria-new-government-takes-power.

[28] *Id.*

[29] Council on Foreign Relations, "Trump Meets Syria's Al-Sharaa" May 14, 2025, https://www.cfr.org/article/trump-meets-syrias-al-sharaa.

[30] U.S. Dep't of State, "Secretary Rubio's Meeting with Syrian Foreign Minister al-Shaibani" May 15, 2025, https://www.state.gov/releases/office-of-the-spokesperson/2025/05/secretary-rubios-meeting-with-syrian-foreign-minister-al-shaibani/.

[31] U.S. Dep't of the Treasury, "Press Releases: Treasury Issues Immediate Sanctions Relief for Syria" May 23, 2025, https://home.treasury.gov/news/press-releases/sb0148.

[32] U.S. Dep't of the Treasury, "Subject: Exception to Prohibition Imposed by Section 311 of the USA PATRIOT Act against the Commercial Bank of Syria" May 23, 2025, https://www.fincen.gov/sites/default/files/shared/Commercial-Bank-of-Syria-Exceptive-Relief.pdf.

[33] U.S. Dep't of State, "Caesar Act Waiver Certification" May 23, 2025, https://www.state.gov/caesar-act-waiver-certification/.

[34] *See* Executive Order 14312 of June 30, 2025 Providing for the Revocation of Syria Sanctions, 90 FR 29395 (July 3, 2025).

[35] U.S. Dept. of State, "Secretary Rubio's Call with Syrian Foreign Minister al-Shaibani" July 3, 2025, https://www.state.gov/releases/office-of-the-spokesperson/2025/07/secretary-rubios-call-with-syrian-foreign-minister-al-shaibani/.

[36] *See* Revocation of the Foreign Terrorist Organization Designation of al-Nusrah Front, Also Known as Hay'at Tahrir al-Sham, 90 FR 30187 (July 8, 2025).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 6

These recent events underscore a notable turning point for Syria. During a special briefing on Syria on June 30, 2025, Acting Under Secretary for Terrorism and Financial Intelligence at the Treasury Department, Brad Smith, stated: "President Trump has responded decisively in this historic moment, announcing that U.S. sanctions would not stand in the way of what could be a brighter future for the country... today's actions... will end the country's isolation from the international financial system, setting the stage for global commerce and galvanizing investments from its neighbors in the region as well as from the United States.[37]

The full USCIS reports, on which this recommendation is based, can be found in Attachments B and C.[38]

## **Ongoing Armed Conflict**

When Syria was initially designated for Temporary Protected Status, it was designated on the basis of extraordinary and temporary conditions.[39] Most recently, Temporary Protected Status for Syria was extended and newly designated based on ongoing armed conflict and extraordinary and temporary conditions.[40] Syria has changed significantly from when this basis was announced in January 2024. On December 8, 2024, Assad's regime collapsed after a swift offense by rebel forces led by Hay'at Tahrir al-Sham and its allies. From 2011 to 2024, civil war engulfed Syria.[41] Over the years, the conflict evolved from a protest movement to a civil war. Within that context, opposition groups formed and splintered, Islamic militants such as Al-Qaeda and Islamic State exacerbated the violence, and many countries and foreign fighters joined the war either directly or by proxy.[42] Since Assad's ouster, the nature of violence in Syria has shifted from national-level war to localized clashes to sporadic, isolated episodes of violence. Instead of nationwide hostilities, violence now takes form in localized security operations and insurgent flare-ups, particularly involving former regime loyalists, sectarian tensions and other skirmishes.[43] These events underscore continuing security challenges, but not full-scale conflict. The interim government, led by Al Sharaa, has established a caretaker cabinet, ratified a constitutional declaration granting executive authority for

---

[37] U.S. Dep't of State, Special Briefing: "U.S. Ambassador to Turkiye and Special Envoy for Syria Thomas Barrack and Acting Under Secretary Brad Smith, Terrorism and Financial Intelligence, Treasury" June 30, 2025, https://www.state.gov/releases/office-of-the-spokesperson/2025/06/u-s-ambassador-to-turkiye-and-special-envoy-for-syria-thomas-barrack-and-acting-under-secretary-brad-smith-terrorism-and-financial-intelligence-treasury/.

[38] *See* Attachments B and C.

[39] *See* Designation of Syrian Arab Republic for Temporary Protected Status, 77 FR 19026 (Mar. 29, 2012).

[40] *See* Extension and Redesignation of Syria for Temporary Protected Status, 89 FR 5562 (Jan. 29, 2024).

[41] Library of Congress, Congressional Research Service, "Syria: Transition and U.S. Policy" Mar. 11, 2025. https://www.congress.gov/crs-product/RL33487.

[42] Council on Foreign Relations, "Syria's Civil War: The Descent into Horror" Dec. 20, 2024. https://www.cfr.org/article/syrias-civil-war.

[43] Library of Congress, Congressional Research Service, "Syria: Transition and U.S. Policy" Mar. 11, 2025. https://www.congress.gov/crs-product/RL33487.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 7

a five-year transitional period, and initiated mechanisms like the National Dialogue Conference.[44]
These steps demonstrate an effort to move from a war footing to institutional governance, not a
perpetuation of armed conflict. As outlined previously, Syria's long-time dictator was deposed, a
transitional political structure has been installed, large-scale military campaigns have ceased, and
displaced populations are returning. While scattered episodes of violence persist, the structural
transformation in Syria is unmistakable. These developments align far more closely with the post-
conflict transitional phase of a nation rather than ongoing armed conflict.

**Extraordinary and Temporary Conditions**

USCIS' review included examining: (a) whether extraordinary and temporary conditions in Syria
that prevent aliens who are Syrian nationals from returning to Syria in safety continue to exist, and
(b) if permitting Syrian nationals to remain temporarily in the United States is contrary to the
national interest of the United States. As discussed above, while certain extraordinary and
temporary conditions remain, there have been measurable improvements in Syria's economic and
political outlook.

*TPS and Alignment with U.S. National Interest*

By statute, the Secretary is prohibited from designating a country for Temporary Protected Status or
extending a Temporary Protected Status designation on the basis of extraordinary and temporary
conditions if she finds that "permitting the aliens to remain temporarily in the United States is
contrary to the national interest of the United States."[45]

"National interest" is an expansive standard that may encompass an array of broad considerations,
including foreign policy, public safety (e.g., potential nexus to criminal gang membership), national
security, migration factors (e.g., pull factors), immigration policy (e.g., enforcement prerogatives),
and economic considerations (e.g., adverse effects on U.S. workers, impact on U.S. communities).[46]
Determining whether permitting a class of aliens to remain temporarily in the United States is
contrary to the U.S. national interest therefore calls upon the Secretary's expertise and discretionary
judgment, informed by her consultations with appropriate U.S. Government agencies. Additionally,
Executive Order 14150, *America First Policy Directive to the Secretary of State* (Jan. 20, 2025),

---

[44] International Crisis Group, "What Lies in Store for Syria as a New Government Takes Power?" Apr. 25, 2025.
https://www.crisisgroup.org/middle-east-north-africa/east-mediterranean-mena/syria/what-lies-store-syria-new-
government-takes-power.

[45] *See* INA 244(b)(1)(C).

[46] *See, e.g., Poursina* v. *USCIS,* 936 F.3d 868, 874 (9th Cir. 2019) (observing, in an analogous INA context, "that the
'national interest' standard invokes broader economic and national-security considerations, and such determinations are
firmly committed to the discretion of the Executive Branch—not to federal courts" (citing *Trump* v. *Hawaii,* 585 U.S.
667, 684-86 (2018)); *Flores* v. *Garland,* 72 F.4th 85, 89-90 (5th Cir. 2023) (same); *Brasil* v. *Sec'y, Dep't of Homeland
Sec.,* 28 F.4th 1189, 1193 (11th Cir. 2022) (same); *cf. Matter of D-J-,* 23 I&N Dec. 572, 579-81 (A.G. 2003)
(recognizing that taking measures to stem and eliminate possible incentives for potential large-scale migration from a
given country is "sound immigration policy" and an "important national security interest"); *Matter of Dhanasar,* 26
I&N Dec. 884, 890-91 (AAO 2016) (taking into account impact on U.S. workers in "national interest" assessments).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 8

assists in further explaining "national interest", as the EO clearly sets out the President's vision that "the foreign policy of the United States shall champion core American interests and always put America and American citizens first."[47]

## *Relevant National Interest Considerations*

There are significant public safety and national security risks associated with the continued designation of Temporary Protected Status for Syria. Syria has been on the U.S. Department of State's list of state sponsors of terrorism since the list's inception in 1979 because of "its continued support of terrorism and terrorist groups, its former occupation of Lebanon, its pursuit of weapons of mass destruction and missile programs and use of chemical weapons, and its ongoing efforts to undermine U.S. and international stabilization activities in Iraq and Syria."[48] The U.S. Embassy in Damascus suspended operations in February 2012, and diplomatic relations were severed for over a decade.[49] This lack of diplomatic presence severely limits the U.S. government's ability to access reliable Syrian records. Furthermore, the caliber of the civil and criminal history records are not comprehensive, accurate, or reliable and thereby making meaningful vetting virtually impossible. Even if there was an embassy in place, the United States cannot adequately vet Syrian nationals for identity, criminal history, or potential terrorist affiliations, posing an ongoing threat to public safety and national security of the United States.  In a January 20, 2025 Executive Order, President Trump instructed the Secretary of State, Attorney General, Secretary of Homeland Security, and the Director of National Intelligence to "vet and screen to the maximum degree possible all aliens who intend to be admitted, enter, or are already inside the United States, particularly those aliens coming from regions or nations with identified security risks."[50] Given Syria's continued designation as a state sponsor of terrorism[51] and the lack of access to verifiable information, the United States cannot adequately vet Syrian nationals for identity, criminal history, or potential terrorist affiliations, posing an ongoing threat to public safety and national security.

These national security and public safety vulnerabilities have already been proven in the United States. In August 2024, a former Syrian government official was indicted in the Central District of California for allegedly lying to United States immigration authorities about his prior role overseeing a detention facility where prisoners, including political dissidents, were subjected to

---

[47] 90 FR 8337 (Jan. 29, 2025).

[48] U.S. Dep't of State, "U.S. Relations With Syria" Oct. 17, 2023, https://2021-2025.state.gov/u-s-relations-with-syria/.

[49] U.S. Dep't of State, "U.S. Relations With Syria" Oct. 17, 2023, https://2021-2025.state.gov/u-s-relations-with-syria/.

[50] *See* Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 8451 (Jan. 30, 2025).

[51] As of the time of writing, Syria remains designated as a State Sponsor of Terrorism. On June 30, 2025, President Trump issued an Executive Order directing the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, to take appropriate action concerning several terrorism-related designations. These included the designation of Hay'at Tahrir al-Sham as a Foreign Terrorist Organization, the designation of Al-Sharaa as a Specially Designated Global Terrorist, and the reaffirmation of Syria's status as a State Sponsor of Terrorism. Subsequently, State removed Hay'at Tahrir al-Sham from the Foreign Terrorist Organization list. All other designations remain in effect.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 9

torture and other forms of mistreatment.[52] His ability to enter the United States and obtain immigration benefits, despite his leadership role in systemic abuse under the Assad regime, reveals a critical gap in our screening processes. Individuals who have participated in or directed acts of torture abroad may continue to pose a threat within the United States, whether through influence in diaspora communities, engagement in coercive or criminal activity, or by undermining the credibility and security of our immigration system. His presence highlights the risk that human rights violators can exploit our immigration system and underscores the real, ongoing threat posed when accountability and thorough vetting is not possible.

DHS records indicate there are Syrian nationals (or aliens who last habitually resided in Syria) who are Temporary Protected Status recipients or applicants who are or have been the subject of administrative investigations for fraud, public safety and national security.[53] Of the approximately 9,981 aliens who have filed for Temporary Protected Status under this designation,[54] there are 4 aliens associated with a fraud record. Moreover, there are 22 associated with public safety records. There were 14 aliens associated with a known or suspected terrorist record, and 272 aliens associated with a non-known or suspected terrorist national security-related information record.[55] DHS records show that the percentage of Syrian Temporary Protected Status beneficiaries or applicants with at least one TECS[56] hit in their immigration benefit request history is considerably higher than benefit requestors from most other countries. Fraud and egregious public safety violations are contrary to the national interest. Although it is possible for DHS to pursue withdrawal of the alien's temporary protected status in individual cases based on disqualifying criminal or terrorist activity,[57] the existence of that authority by no means precludes the Secretary from taking public safety and national security considerations into account when making TPS national interest determinations.

Approximately 2,300 nationals of Syria have entered the United States since January 25, 2024.[58] Of these new entrants, approximately 1,500 are nonimmigrants in valid status, approximately 300 entered as nonimmigrants but are now out of status, and approximately 400 were encountered at a border or port of entry and have no lawful immigration status. DHS Office of Homeland Security Statistics also estimates that approximately 200 entered the United States unlawfully and were not

---

[52] U.S. Dep't of Justice, "Press Release: Former Syrian Prison Official Charged with Immigration Fraud" Aug. 8, 2024, https://www.justice.gov/usao-cdca/pr/former-syrian-prison-official-charged-immigration-fraud.

[53] Estimates as of June 23, 2025.

[54] The 9,981 number includes all Syrian nationals (measured by unique A-numbers) who have applied for Temporary Protected Status since its initial designation in 2012, regardless of whether their application for Temporary Protected Status was approved, denied, or pending.

[55] Estimates as of June 23, 2025.

[56] TECS is an information-sharing platform which can assist authorized users to access different databases to identify individuals who pose a risk to national security or public safety, and individuals attempting to obtain immigration benefits through fraud or misrepresentation.

[57] See INA sec. 244(c)(3); 8 C.F.R. § 244.14.

[58] Estimates as of June 23, 2025.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 10

apprehended by U.S. government officials. All visa overstays and unlawful entries are contrary to the national interest, regardless of the alien's country of citizenship of nationality.

There are also compelling foreign policy reasons for ending the Temporary Protected Status designation for Syria. Temporary Protected Status designations can carry implicit foreign policy messages. As previously mentioned, recent events in Syria have provided a new opportunity for U.S. and Syrian relations, with President Trump expressing a commitment to assisting Syria in its next chapter in the post-Assad era. In his remarks at a United Nations Security Council briefing on the political and humanitarian situation in Syria, the acting U.S. alternate representative stated: "The President wants to see Syria and the entire region thrive. That's why he's made a bold decision on Syria with the hope the new government will take this opportunity to rebuild and take the country from being a source of instability to a source of stability."[59] He further emphasized that U.S. government agencies were working to execute the President's direction on Syria sanctions and has taken the first steps toward restoring normal diplomatic relations with Syria.

In a May 27, 2025 Department of State press briefing, a Department spokesperson said, "the cessation of sanctions against Syria will advance our primary objective: the enduring defeat of the Islamic State by giving the people of Syria a chance for a better future." Continuing Temporary Protected Status for Syria may be perceived as signaling a lack of confidence in diplomatic or reconstruction efforts in Syria or the region. Moreover, maintaining Temporary Protected Status for Syria may suggest that the United States deems the entire country categorically unsafe for return, thereby undercutting emerging diplomatic strategies. As noted above, more than 2 million Syrians have returned home since December [2024], including nearly 600,000 from neighboring countries, and just under 1.5 million who were displaced in other parts of Syria. Following a meeting of the Global Coalition to Defeat ISIS Small Group, a Department of State spokesperson released a statement that the members of the coalition "affirmed the Coalition's continuing commitment to counter ISIS/Daesh in post-Assad Syria, including through increased border security and information sharing and the return and repatriation of Syrians, Iraqis, and third country nationals to their communities and countries of origin."[60] In this context, extending Temporary Protected Status risks sending conflicting signals about U.S. foreign policy priorities and undermines the administration's broader diplomatic engagement with Syria's transitional government.

Syrian nationals in the United States have requested advance parole documents for travel back to Syria. From 2017 through 2025, approximately 2,347 Syrian nationals requested advance parole documents, of which approximately 178 (8%) were for intended travel to Syria.[61]

---

[59] U.S. Mission to the United Nations, "Remarks by John Kelley, Acting U.S. Alternate Representative, UN Security Council" May 21, 2025. https://usun.usmission.gov/remarks-at-a-un-security-council-briefing-on-the-political-and-humanitarian-situations-in-syria-10/.

[60] U.S. Department of State, "Media Note - Meeting of the Global Coalition to Defeat ISIS Small Group" June 10, 2025. https://www.state.gov/releases/office-of-the-spokesperson/2025/06/meeting-of-the-global-coalition-to-defeat-isis-small-group.

[61] Estimates as of June 23, 2025. These figures do not necessarily include Temporary Protected Status beneficiaries, who receive a Temporary Protected Status Travel Authorization Document rather than an Advance Parole Document.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 11

Additionally, U.S. Immigration and Customs Enforcement (ICE) is currently removing aliens to Syria. From Fiscal Year 2020 through Fiscal Year 2025,[62] ICE removed approximately 41 aliens to Syria.[63]

The significant reduction in armed conflict, from a previously pervasive civil war to sporadic episodes of violence, shows that violence in Syria no longer constitutes the statutory basis for ongoing armed conflict. Moreover, considering the continued national security and public safety risks, combined with the foreign policy costs of sending mixed signals at a pivotal moment in U.S.-Syria relations, extending Temporary Protected Status for Syria is contrary to the U.S. national interest. Taken together, Syria no longer meets the statutory basis for Temporary Protected Status.

**Options:** Your options include the following actions:

1) *Terminate Syria's Designation for Temporary Protected Status*

   - If you determine that Syria no longer meets the statutory requirements for its Temporary Protected Status designation, you must terminate Temporary Protected Status for Syria. Termination would end Temporary Protected Status benefits for existing Syria Temporary Protected Status beneficiaries after the termination determination is published in the *Federal Register* and the termination becomes effective. Upon the termination of Temporary Protected Status benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work and remain in the United States. They may, however, apply for any other immigration benefits for which they may be otherwise eligible (e.g., asylum, lawful permanent residence).
   - If you decide to terminate Syria's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension. Note that you can set an effective date longer than 60 days if you choose to do so. However, a 60-day transition period aligns with recent determinations made when Temporary Protected Status designations have been terminated, helps to streamline enforcement operations, and avoids creating uncertainty or false hope of a future designation.

2) *No Decision/Automatic Extension*

   - After review of the assessment, you could choose not to make a determination about whether Syria's Temporary Protected Status designation should be extended or terminated at this time. If you do not make a decision at least 60 days prior to its expiration date, by

---

USCIS does not collect intended destination country from TPS beneficiaries on Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records.

[62] As of May 31, 2025.

[63] Estimates as of May 31, 2025. Note that unable to confirm whether all aliens removed to a particular country are actually nationals of that country.

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 12

statute, its period of designation will be automatically extended for 6 additional months (or, in your discretion, a period of 12 or 18 months).
- Should you choose not to make a decision about whether the conditions supporting Syria's designation continue to be met, an announcement of the automatic extension is required via *Federal Register* notice, including information to beneficiaries and employers about continued employment authorization and the period of extension. Note that you would then have to review conditions prior to the expiration of that extension.

3) *Extend Syria's Designation for Temporary Protected Status*

- Under the Temporary Protected Status statute, if you determine that the statutory conditions for designation continue to be met, you must extend the Temporary Protected Status designation for an additional period of 6, 12, or 18 months.[64] Syria was initially designated for Temporary Protected Status on March 29, 2012, on the basis of extraordinary and temporary conditions in Syria that prevented nationals of Syria from returning in safety.
- Should the decision be made to extend the designation of Temporary Protected Status for Syria, only existing Temporary Protected Status Syria beneficiaries may re-register for Temporary Protected Status, and any Syrian nationals who may have entered the United States after the current continuous residence date will not be eligible for an initial application for Temporary Protected Status.

**Recommendation**: USCIS recommends that you terminate the Temporary Protected Status Syria designation based on a finding that the current situation in Syria no longer constitutes an ongoing armed conflict, and permitting Syrian nationals to remain temporarily in the United States is contrary to the U.S. national interest. Further, USCIS recommends the statutory minimum of 60 days following publication of the *Federal Register* notice for the effective date of the termination as appropriate for an orderly period of transition. A 60-day orderly period of transition is consistent with the precedent of previous Temporary Protected Status country terminations and makes clear that the United States is committed to clarity and consistency. Moreover, a 60-day transition period minimizes additional administrative burden and strikes a balance between providing a reasonable timeframe for aliens to transition and safeguarding the integrity of the immigration system and public resources.

**Signature Level Justification**: The decision to designate any foreign state (or part thereof) is a discretionary decision, and the statute provides that there is no judicial review of any determination with respect to the designation, termination, or extension of a designation.[65] At least 60 days before the expiration of a foreign state's Temporary Protected Status designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign

---

[64] Along with an extension of the TPS designation, the Secretary may newly designate the country for TPS. *See* INA sec. 244(b)(1).

[65] INA sec. 244(b)(5)(A).

PRE-DECISIONAL/DELIBERATIVE

PRE-DECISIONAL/DELIBERATIVE

**Review of the Designation of Syria for Temporary Protected Status**
Page 13

state designated for Temporary Protected Status to determine whether they continue to meet the conditions for the Temporary Protected Status designation.[66]

**Timeliness:**  You are required by statute to decide whether to extend or terminate an existing Temporary Protected Status designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[67]  **For Syria's designation, which expires on September 30, 2025, you must make a determination by August 1, 2025, or the automatic extension occurs.**

You are further required to provide timely notice of your determination through publication in the *Federal Register*.[68] Your earliest decision will facilitate publication of the *Federal Register* notice, which communicates policy and appropriate procedures to Temporary Protected Status beneficiaries, their employers, and benefit-granting agencies.

---

[66] INA sec. 244(b)(3)(A).

[67] *See* INA sec. 244(b)(3)(A), (C).

[68] *See* INA sec. 244(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Syria**
Page 14

**Secretary's Decision:**

1.   *Terminate:*  *Terminate Syria's designation*

Specify the Effective Date of the Termination (60 days or longer): _____

Approve/date *[signature]* 07-31-26

2.   *No Decision/Automatic Extension: Delay a decision on Syria's designation, resulting in an extension of 6 months*

Approve/date_____

3.   *Extend:  Extend Syria's existing designation for 6, 12, or 18 months*

Specify duration of extension (6, 12, or 18 months):_____

Approve/date_____


**Attachments:**

| | |
|---|---|
| Attachment A: | Temporary Protected Status Legal Authority |
| Attachment B: | USCIS RAIO Country of Origin Information Considerations Report, Syria |
| Attachment C: | USCIS OP&S Policy Considerations Report, Syria |