**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAHLIA DOE, *et al.*,<br><br>                              *Plaintiffs,*<br><br>       v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>                              *Defendants.* | Civil Action No. 1:25-cv-08686-KPF |

## <u>MOTION OF COUNSEL TO WITHDRAW APPEARANCE</u>

Pursuant to Local Civil Rule 1.4(b), Golnaz Fakhimi seeks leave of Court to withdraw her appearance in this matter for all Plaintiffs. Good cause for the withdrawal exists, because Ms. Fakhimi has concluded her work with Muslim Advocates. Plaintiffs continue to be represented by other attorneys from Muslim Advocates, the International Refugee Assistance Project, and Van Der Hout LLP; and Ms. Fakhimi is not asserting a retaining or charging lien. Ms. Fakhimi has conferred with Defendants' counsel, and they do not oppose or have any objections to the relief sought herein.

WHEREFORE, Ms. Fakhimi respectfully requests that the Court withdraw her appearance as counsel for Plaintiffs in this case.

Date: April 24, 2026

Respectfully Submitted,

*/s/ Golnaz Fakhimi*

1

Golnaz Fakhimi
Muslim Advocates
1032 15th Street Northwest # 362
Washington, D.C. 20005
T: (202) 655-2969
E: golnaz@muslimadvocates.org

(*Ms. Fakhimi's work at Muslim Advocates concluded April 17, 2026*)

## CERTIFICATE OF SERVICE

I hereby certify that I am effecting service of the instant motion on all parties via the CM/ECF system.

Date: April 24, 2026

/s/ *Golnaz Fakhimi*
Golnaz Fakhimi
Muslim Advocates
1032 15th Street Northwest # 362
Washington, D.C. 20005
T: (202) 655-2969
E: golnaz@muslimadvocates.org

(*Ms. Fakhimi's work at Muslim Advocates concluded April 17, 2026*)