UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAHLIA DOE, SARA DOE, NESMA DOE, LAILA DOE, WALEED DOE, MUSTAFA DOE, and AHMAD DOE,

                    Plaintiffs,

        -v.-

SECRETARY MARKWAYNE MULLIN, *United States Department of Homeland Security, in his official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,

                    Defendants.

25 Civ. 8686 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Given the Supreme Court's decision in *Mullin* v. *Doe*, No. 25-1083, No. 25-1084, 2026 WL 1825840 (U.S. June 25, 2026), the parties are directed to file a status update regarding next steps in the case on or before **July 16, 2026**.

      SO ORDERED.

Dated:   July 1, 2026
          New York, New York

                                  KATHERINE POLK FAILLA
                            United States District Judge