IRAP
International Refugee
Assistance Project

August 10, 2026

Via ECF & Email

Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Dahlia Doe v. Noem*, No. 1:25-cv-08686

Dear Judge Failla:

The parties write to request a revised briefing schedule concerning Plaintiffs' forthcoming Motion for Partial Summary Judgment and Defendants' forthcoming Motion to Dismiss and/or for Summary Judgment.

On July 30, 2026, the parties submitted to this Court a status update and stipulated proposed briefing schedule, ECF No. 86, in response to the Court's order for a joint status update from the parties following the Supreme Court's decision in *Mullin v. Doe*, Nos. 25-1083, 25-1084, 2026 WL 1825840 (U.S. June 25, 2026). The parties originally proposed the following schedule, which this Court ordered on July 31, 2026, ECF No. 87.

*Original Briefing Schedule:*

- Plaintiffs shall move for partial summary judgment on or before August 14, 2026;
- Defendants shall cross-move to dismiss and/or for summary judgment on or before September 9, 2026;
- Plaintiffs shall reply in support of their motion and in opposition to Defendants' motion on or before September 28, 2026; and
- Defendants shall reply in support of their motion on or before October 7, 2026.

In light of a medical emergency experienced by a lead attorney for Plaintiffs, Plaintiffs' counsel seeks a revised proposed briefing schedule to accommodate counsel's need for additional time to prepare Plaintiffs' partial summary judgment papers. Defendants consent to the request and the parties have stipulated to the revised proposed schedule below; this is Plaintiffs' first request for an extension of time.

*Revised Proposed Briefing Schedule:*

- Plaintiffs shall move for partial summary judgment on or before **August 17, 2026**;
- Defendants shall oppose Plaintiffs' motion and cross-move to dismiss and/or for summary judgment on or before **September 11, 2026**;
- Plaintiffs shall reply in support of their motion and in opposition to Defendants' motion on or before **September 30, 2026**; and
- Defendants shall reply in support of their motion on or before **October 9, 2026**.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Guadalupe Aguirre*
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, Fl 33
New York, N.Y. 10004
(929) 246-0154
laguirre@refugeerights.org

*Counsel for Plaintiffs*