**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia DOE, et al.,<br><br>*Plaintiffs*,<br><br>*– versus –*<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-08686 (KPF) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, DECLARATORY JUDGMENT UNDER 5 U.S.C. § 703, AND VACATUR UNDER 5 U.S.C. § 706**

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56.1, and 5 U.S.C. § 706, Plaintiffs respectfully move for partial summary judgment on Counts Three and Four of their Amended Complaint. Plaintiffs also ask this Court to vacate the termination of Temporary Protected Status ("TPS") for Syria, 90 Fed. Reg. 45,398.

As explained in the accompanying memorandum of law, Defendants' termination of Syria's TPS, was an agency action committed by an executive official—the Secretary of Homeland Security—who lacked statutory authority to terminate Syria's TPS and therefore acted *ultra vires*. The termination also violated Plaintiffs' rights under the Due Process Clause of the Fifth Amendment because it deprived them of protected property and liberty interests, including protection from detention and deportation and work authorization, without the adequate procedures detailed in the TPS statute. Because there are no genuine disputes of material fact and because Plaintiffs are entitled to judgment as a matter of law on Counts Three and Four of the Amended Complaint, the Court should enter partial summary judgment for Plaintiffs. In addition, because Plaintiffs have demonstrated that they are entitled to partial summary judgment on their

APA claims, the Court should vacate the termination of Syria's TPS and declare the termination unlawful.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Guadalupe Aguirre in Support of Plaintiffs' Motion for Partial Summary Judgment and the exhibits attached thereto, and the Plaintiffs' Statement of Undisputed Facts pursuant to Local Rule 56.1.

Dated: August 17, 2026

By:

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
/s/ *Guadalupe Aguirre*
Guadalupe Aguirre
Ghita Schwarz
Pedro Sepulveda
Hussein Elbakri
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
gshwarz@refugeerights.org
helbakri@refugeerights.org

Megan Hauptman*
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

MUSLIM ADVOCATES
Sadaf Hasan*
Nargis Aslami*
Melissa Keaney**
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 655-2969
sadaf@muslimadvocates.org
nargis@muslimadvocates.org
melissa@muslimadvocates.org

VAN DER HOUT LLP
Marc Van Der Hout*
Johnny Sinodis*
Oona Cahill*
360 Post Street, Suite 800
San Francisco, CA 94108
(415) 981-3000
ndca@vblaw.com

*Counsel for Plaintiffs*

**Admitted Pro Hac Vice*
***Application for admission Pro Hac Vice forthcoming*