**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia DOE, et al.,<br>*Plaintiffs*,<br>*– versus –*<br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, et al.,<br>*Defendants*. | Case No. 1:25-cv-08686 (KPF) |

**[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment on Counts III and IV of the Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the termination of Temporary Protected Status for Syria, found at 90 Federal Register 45,398, is HEREBY VACATED and SET ASIDE.

IT IS FURTHER ORDERED and DECLARED that the termination of Temporary Protected Status for Syria, found at 90 Federal Register 45,398 is UNLAWFUL because (1) the Secretary of Homeland Security lacks legal authority under the TPS statute to terminate a country's TPS status; and (2) the termination of Temporary Protected Status for Syria was contrary to the procedural Due Process guarantees under the Fifth Amendment.

**IT IS SO ORDERED.**

Dated:

______________________________
United States District Judge