**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dahlia DOE, et al.,<br>*Plaintiffs*,<br>– *versus* –<br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, et al.,<br>*Defendants*. | Case No. 1:25-cv-08686 (KPF) |

**DECLARATION OF GUADALUPE AGUIRRE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Guadalupe Aguirre, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney at law licensed to practice in New York State. I am an attorney with the International Refugee Assistance Project and counsel for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in support of Plaintiffs' motion to postpone effective date of agency action that are not available in the public record:

**Exhibit 1** is a true and correct screen capture of an archived press release from the Department of Justice's Office of Public Affairs titled, "Department of Justice Files First Case in U.S. Alien Terrorist Removal Court to Deport Afghan Alien Who Supported Her Family's Plans for Election-Day Shooting" and dated July 30, 2026. The webpage was captured at my direction on August 16, 2026, and is available at https://perma.cc/2CXR-BXFN.

**Exhibit 2** is a true and correct screen capture of an announcement on the USCIS website titled "Update on Termination of Temporary Protected Status for Syria (Release: July 29, 2026)" stating that the effective date of termination of TPS for Syria was July 27, 2026. The webpage was captured at my direction on August 16, 2026, and is available at https://perma.cc/NSE9-HQNC.

**Exhibit 3** is a true and correct copy of a December 2, 2025 policy memo issued by United States Citizenship and Immigration Services ("USCIS") titled USCIS PM-602-0192, "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries" (Dec. 2, 2025).

**Exhibit 4** is a true and correct copy of a January 1, 2025 policy memo issued by USCIS titled USCIS PM-602-0194, "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries" (January 1, 2026).

**Exhibit 5** is a true and correct screen capture of a report issued by the Transactional Records Clearinghouse ("TRAC") documenting the number of people in immigration detention facilities. The webpage was captured at my direction on August 16, 2026 and is available at https://perma.cc/5NRT-Z2HV.

**Exhibit 6** is a true and correct declaration of the declaration of Plaintiff Dahlia Doe, dated August 17, 2026.

**Exhibit 7** is a true and correct copy of the declaration of Plaintiff Sara Doe, dated August 17, 2025.

**Exhibit 8** is a true and correct copy of the declaration of Plaintiff Nesma Doe, dated August 17, 2026.

**Exhibit 9** is a true and correct copy of the declaration of Plaintiff Laila Doe, dated August 17, 2025.

**Exhibit 10** is a true and correct copy of the declaration of Plaintiff Waleed Doe, dated August 17, 2025.

**Exhibit 11** is a true and correct copy of the declaration of Plaintiff Mustafa Doe, dated August17, 2026.

**Exhibit 12** is a true and correct copy of the declaration of Plaintiff Ahmad Doe, dated August 16, 2026.

**Exhibit 13** is a true and correct screen capture of an announcement on the Department of State website titled "Travel Advisory – Syrian Arab Republic". The webpage was captured at my direction on August 17, 2026, and is available at https://travel.state.gov/en/international-travel/travel-advisories/syria.html.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on August 17, 2026.

/s/ *Guadalupe Aguirre*
Guadalupe Aguirre