AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Doe, et al.
*Plaintiff*
v.
Mullin, et al.
*Defendant*

Case No. 1:25-cv-08686-KPF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs: Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, & Ahmad Doe .

Date: 08/17/2026

/s/ Pedro Sepulveda, Jr.
*Attorney's signature*

Pedro Sepulveda, Jr. (6198550)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Fl
New York, New York 10004
*Address*

psepulveda@refugeerights.org
*E-mail address*

(646) 819-3805
*Telephone number*

(929) 999-8119
*FAX number*