UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAHLIA DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 25 Civ. 8686 (KPF) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT OR, ALTERNATIVELY, FOR SUMMARY JDUGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the amended complaint in the above-captioned matter pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or, alternatively, for summary judgment pursuant to Rule 56.

Dated: New York, New York
September 11, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York
*Attorney for Defendants*

By: */s/ Mark Osmond*
ADAM GITLIN
MARK OSMOND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2734/2713
adam.gitlin@usdoj.gov
mark.osmond@usdoj.gov