IRAP
International Refugee
Assistance Project

September 17, 2026

***Via ECF and Email***

MEMO ENDORSED

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Dahlia Doe, et al. v. Mullin, et al.,* 1:25-cv-08686 (KPF)
Letter Motion for Leave to Enlarge Word Limit

Dear Judge Failla:

Pursuant to the Court's rules, Plaintiffs submit this letter to request an extension of the word-count limitation for Plaintiffs' forthcoming combined opposition to Defendants' Motion to Dismiss and/or for Summary Judgment and reply in support of Plaintiffs' Motion for Partial Summary Judgment. Plaintiffs' brief is due September 30, 2026.

According to Your Honor's Individual Rule 4(B) and Local Civil Rule 7.1(c) reply briefs are limited to 3,500 words. We write to request leave to enlarge the word limit for Plaintiffs' combined opposition and reply to 8,000 words. Plaintiffs request this enlargement so that they may properly address the arguments that Defendants raise in their cross-motion, as well as adequately brief their reply for the Court's consideration. Defendants consent to the enlarged word count.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Guadalupe Aguirre*
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org

*Counsel for Plaintiffs*

Application GRANTED. Plaintiffs' combined opposition and reply shall not exceed 8,000 words in length.

Even so, the Court encourages Plaintiffs to be concise. Plaintiffs should not feel compelled to use all 8,000 words if fewer suffice to make their central arguments.

The Clerk of Court is directed to terminate the pending motion at docket entry 97.

Dated: September 18, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE